IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR -1  A 9:56

A.I.S.# 194433
DON MICHAEL SKELTON )
Full name and prison number of )
plaintiff(s) )
 )
 )
 ) CIVIL ACTION NO. 2:06cv195-WKW
 v. ) (To be supplied by the Clerk of the
 )  U.S. District Court)
(Sheriff) Billy WAYNE FULMER )
(WARDEN) Shane LOCKHART )
(SARgent) BONE )
 )
ET. AL. )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
          Plaintiff(s) _____

          Defendant(s) _____

      2.  Court (if federal court, name the district; if state court, name the county)
          _____
          _____

      3.  Docket No. _____

      4.  Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **CHILTON COUNTY JAIL**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **CHILTON COUNTY JAIL**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. BILLY WAYNE FULMER | (Sheriff) |
| 2. SHANE LOCKHART | (Warden) |
| 3. Sgt. BONE | (Sgt.) |
| 4. ET. AL. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **August 2004 Through January 2006**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Being held in County Jail for past 18 months and I am a State Inmate.**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

**I have been a state inmate since 1997, paroled in 2002, brought back on a technicality & violated in 2004. Instead of being placed in prison the state is housing me in the county jail with county & city inmates.**

GROUND 4: I have been denied priviledges and supplies that other county jails and the state provides for inmates.

Supporting FACTS: During the past nineteen months I've been housed here awaiting to be sent to prison the people here have not given me any soap, toothpaste, deodorant, underwear, writing supplies or any personal hygiene supplies!!!

Ground 5: I have been denied clean uniforms.

Supporting Facts: We have only 1 uniform and it is washed only once every 7 days + since they don't issue underwear several people have to go naked once a week while there 1 + only uniform is being washed.

GROUND 6: I have been denied access to a law library.

Supporting FACT: They don't even have one here.

GROUND 7: Everyone is denied being able to attend A/A, N/A, educational, or any other type of class.

Supporting FACTS: They don't allow any of these things. They even kept a 15 year old (John Mixon) in the hole for a year + he still can't attend any class. This is illegal in the free world.

GROUND 8: Sgt. Bone put me in the hole for 14 days + took me out of trustee block.

for following a direct order of another officer.

**Supporting Facts:** At one time I was made trustee + told by MRS. HAGOOD I had made work release status. The next day I was took out of trustee block + placed in the hole for following a direct order of OFFICER Clecker.

**GROUND 9:** They will not allow us to shave everyday.

**Supporting Facts:** Only once a week are we allowed to shave.

**GROUND 10:** They make a profit on postage stamps and envelopes + letters + motions mailed to the court + never have a free letter day for anyone.

**Supporting Facts:** Every institution I've been in has a free letter night and you can always get legal mail to the court free. NOT here, every letter sent out by inmates cost .52¢. ALSO, in the past inmates have passed out mail, however, that seldom happens anymore.

**GROUND 11:** Our eating and drinking utencles are unclean.

**Supporting Facts:** I was issued 1 plastic spoon to eat with + 1 plastic cup to drink out of. They wash the cups only 3 times a year + replace the spoons every other month. Our water is not hot enough to sterilize them in our cells.

GROUND TWO: OVER CROWDED

SUPPORTING FACTS: This day January 10th 2006 I am in a 2 man cell with 2 bunks but there are 4 of us in here, myself, Kevin Lucas, Jimmy Headley + Rickey Hix. There have been 3, 4 + 5 to a cell my entire stay here. This Pod is designed with 40 beds but there are people sleeping on the concrete floor in every one of the 20 cells.

GROUND THREE: NO EXERCISE, SUN, or fresh AIR

SUPPORTING FACTS: We are confined to our cell sometimes 23 hours a day and we are allowed to go outside once a month for 15 minutes. Never are we locked in a small cell less than 13 hrs a day + the other hrs we are in a very small Pod.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. Get me out of this jail and prevent these people from doing these terrible wrongs to any other Human beings.

Don M. Skelton
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2-23-06
(date)

Deborah [signature]
MY COMMISSION EXPIRES JUNE 11 2008

Don M. Skelton
Signature of plaintiff(s)

-3-