AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

RECEIVED

2006 MAR -1  A 9:5_

_____ CLK

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 2:06cv195-WKW

I, **Don Michael Skelton**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Chilton County Jail**

   Are you employed at the institution? **No**    Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

My father Don Skelton sends me 20 or 30 dollars a week to buy soap, shampoo, toothpaste, toothbrush, and payment for the medicine I have to buy from the Sheriff here. Also I buy food because they feed poorly here. Balogna sandwiches every day for lunch & nothing liquid but water.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Peggy Skelton
Destinie Skelton
John Skelton
Dewayne Skelton
Genesis Skelton

I have not been able to help them for the past 18 months because I've been here in this 9'x12' cell.

I declare under penalty of perjury that the above information is true and correct.

2/23/06
Date

Don Michael Skelton
Signature of Applicant

Sworn this day 23 of February, 2006
Deborah Quince

MY COMMISSION EXPIRES JUNE 11 2008

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# CHILTON COUNTY JAIL
## Individual Account Report for General Account

| Prsn. Number | Location | Last Name | First Name | MI | DOB |
|---|---|---|---|---|---|
| 419809151 | | SKELTON | DON | M | |

| Classification | Intake Date | Expected Release | On Count Cur Balance |
|---|---|---|---|
| | 09/17/2002 | | 30.72 |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 07/19/2005 | | 1 MED NURSE V | 55 | 10.00 | MEDICAL-COPAY | 20.86 |
| 07/25/2005 | | Canteen Sales | 54 | 20.45 | Commissary | 0.41 |
| 07/25/2005 | 20.00 | | 13 | | CASH | 20.41 |
| 08/04/2005 | 30.00 | | 13 | | CASH | 50.41 |
| 08/04/2005 | 30.00 | | 13 | | CASH | 80.41 |
| 08/09/2005 | | Canteen Sales | 54 | 50.41 | Commissary | 30.00 |
| 08/10/2005 | | Canteen Sales | 54 | 29.11 | Commissary | 0.89 |
| 08/11/2005 | 20.00 | | 13 | | CASH | 20.89 |
| 08/16/2005 | 30.00 | | 13 | | CASH | 50.89 |
| 08/17/2005 | | Canteen Sales | 54 | 47.45 | Commissary | 3.44 |
| 08/23/2005 | 25.00 | | 13 | | CASH | 28.44 |
| 08/24/2005 | | Canteen Sales | 54 | 29.25 | Commissary | (0.81) |
| 08/24/2005 | 3.60 | Canteen Return | 04 | | Commissary Credit | 2.79 |
| 08/24/2005 | | Canteen Sales | 54 | 2.40 | Commissary | 0.39 |
| 08/26/2005 | 30.00 | | 13 | | CASH | 30.39 |
| 08/31/2005 | | Canteen Sales | 54 | 30.15 | Commissary | 0.24 |
| 08/31/2005 | 30.00 | | 13 | | CASH | 30.24 |
| 09/07/2005 | 15.00 | | 13 | | CASH | 45.24 |
| 09/07/2005 | | Canteen Sales | 54 | 22.05 | Commissary | 23.19 |
| 09/08/2005 | 30.00 | | 13 | | CASH | 53.19 |
| 09/08/2005 | | 2 REFILLS | 55 | 10.00 | MEDICAL-COPAY | 43.19 |
| 09/13/2005 | | Canteen Sales | 54 | 42.95 | Commissary | 0.24 |
| 09/14/2005 | 30.00 | | 13 | | CASH | 30.24 |
| 09/14/2005 | 20.00 | | 13 | | CASH | 50.24 |
| 09/20/2005 | 30.00 | | 13 | | CASH | 80.24 |
| 09/20/2005 | | Canteen Sales | 54 | 38.70 | Commissary | 41.54 |
| 09/27/2005 | | Canteen Sales | 54 | 32.60 | Commissary | 8.94 |
| 09/28/2005 | 30.00 | | 13 | | CASH | 38.94 |
| 10/03/2005 | 20.00 | | 13 | | CASH | 58.94 |
| 10/03/2005 | 20.00 | | 13 | | CASH | 78.94 |

2/24/2006  8:45:01 AM
General

# CHILTON COUNTY JAIL
## Individual Account Report for General Account

| Prsn. Number | Last Name | First Name | MI | DOB | On Count Cur Balance |
|---|---|---|---|---|---|
| 419809151 | SKELTON | DON | M | | 30.72 |

| Location | Classification | Intake Date | Expected Release |
|---|---|---|---|
| | | 09/17/2002 | |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 10/04/2005 | | Canteen Sales | 54 | 38.00 | Commissary | 40.94 |
| 10/05/2005 | | | 55 | 10.00 | MEDICAL-COPAY | 30.94 |
| 10/05/2005 | 20.00 | 2 REFILLS | 13 | | CASH | 50.94 |
| 10/07/2005 | | Canteen Sales | 54 | 45.87 | Commissary | 5.07 |
| 10/12/2005 | 30.00 | | 13 | | CASH | 35.07 |
| 10/19/2005 | 30.00 | | 13 | | CASH | 65.07 |
| 10/25/2005 | | Canteen Sales | 54 | 34.80 | Commissary | 30.27 |
| 10/25/2005 | 30.00 | | 13 | | CASH | 60.27 |
| 11/01/2005 | | Canteen Sales | 54 | 28.45 | Commissary | 31.82 |
| 11/01/2005 | 10.00 | | 13 | | CASH | 41.82 |
| 11/01/2005 | 20.00 | | 13 | | CASH | 61.82 |
| 11/08/2005 | | Canteen Sales | 54 | 30.19 | Commissary | 31.63 |
| 11/08/2005 | | OCT REFILLS | 55 | 10.00 | MEDICAL-COPAY | 21.63 |
| 11/09/2005 | 20.00 | | 13 | | CASH | 41.63 |
| 11/09/2005 | 10.00 | | 13 | | CASH | 51.63 |
| 11/15/2005 | | Canteen Sales | 54 | 20.78 | Commissary | 30.85 |
| 11/16/2005 | | | 13 | | CASH | 0.35 |
| 11/18/2005 | 30.00 | Canteen Sales | 54 | 30.50 | Commissary | 30.35 |
| 11/22/2005 | | Canteen Sales | 54 | 30.33 | Commissary | 0.02 |
| 11/28/2005 | 30.00 | | 13 | | CASH | 30.02 |
| 11/29/2005 | 30.00 | | 13 | | CASH | 60.02 |
| 12/06/2005 | | Canteen Sales | 54 | 29.97 | Commissary | 30.02 |
| 12/07/2005 | | Canteen Sales | 54 | 30.00 | Commissary | 0.05 |
| 12/13/2005 | 30.00 | | 13 | | CASH | 30.05 |
| 11/30/2005 | | 2 REFILLS | 55 | 10.00 | MEDICAL-COPAY | 20.05 |
| 12/13/2005 | | Canteen Sales | 54 | 20.05 | Commissary | 0.00 |
| 12/20/2005 | 30.00 | | 13 | | CASH | 30.00 |
| 12/27/2005 | | Canteen Sales | 54 | 29.95 | Commissary | 0.05 |
| 12/21/2005 | 30.00 | | 13 | | CASH | 30.05 |
| 12/30/2005 | | Canteen Sales | 54 | 30.00 | Commissary | 0.05 |

6