■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Billy Wayne Fulmer
Chilton Co. Jail
301 City Street
Clanton, AL 35045

A. Signature
X Cathy Hazord — ☐ Agent ☐ Addressee

B. Received by ( Printed Name)
Cathy Hazord

C. Date of Delivery
3/6/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV195-Wa
prox order to
cmp

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7003 2260 0005 4584 6439

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540