**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Shane Lockhart
    Chilton Co. Jail
    301 City St.
    Clanton, AL 35045

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Deborah Quin_  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name )
Deborah Quin

C. Date of Delivery
3/3/06

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

2:06cv195
WKW

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7003 2260 0005 4584 6422

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540