IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DON MICHAEL SKELTON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:06cv0195-WKW |
| | ) |
| **SHERIFF BILLY WAYNE FULMER,** | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

**COMES NOW** C. Winston Sheehan, Jr., an attorney with the law firm of Ball, Ball, Matthews & Novak, P.A., Post Office Box 2148, Montgomery, Alabama 36102-2148, and enters his appearance as counsel for the Defendants, Billy Wayne Fulmer, Shane Lockhart, and Sgt. Bone.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for the Defendants

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Don Michael Skelton
A.I.S. # 194433
Chilton County Jail
301 City Street
Clanton, AL 35045

/s/ C. Winston Sheehan, Jr.
OF COUNSEL