NEW ADDRESS → DON MICHAEL SKELTON
#194433 P.O. BOX 150
MOUNT MEIGS, ALABAMA
36057

3/16/06

RECEIVED
2006 MAR 22 A 9:57

DEAR CLERK OF THE COURT:

I filed a complain against the Sheriff of Chilton County Billy Wayne Fulmer, Warden Shane Lockhart, Sgt. Bone, & et.al. last month in your court.

I'm writing this letter to advise you I have not heard back from y'all, & also I have a new address which is above. I left Chilton County Jail Friday March 3rd which was immediately after I had the secretary to notarize my complaint of over crowding, being held in County Jail since 2004 awaiting to be sent to prison, etc.

I was concerned that they might not forward my mail, this is the reason I'm writing to inform y'all of my new address.

Thank y'all!!!

Respectfully,

Don Michael Skelton
#194433
D.O.B. 7-11-57
Soc. Sec. # 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