IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON MICHAEL SKELTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-195-WKW |
| | ) |
| BILLY WAYNE FULMER, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

In light of the notice of change of address filed by the plaintiff on March 22, 2006 (Court Doc. No. 11), and for good cause, it is

ORDERED that the Recommendation entered on March 21, 2006 be and is hereby WITHDRAWN.

Done this 23rd day of March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE