IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR -6 A 9:33
DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

DON MICHAEL SKELTON
Plaintiff

v.

BILLY WAYNE FULMER, e.t. al.,
Defendants

CIVIL ACTION NO.

2:06-CV-195-WKW

Requesting Time Extension

AND

Petetioning for Panel Rehearing

Copy sent to Billy Wayne Fulmer VIA. Person receiving this document. Billy Wayne Fulmers copy came with this document so you can verify before mailing to him.

This 5th day of APRIL 2006   12:01 AM

witnesses Antonio Cheatham    Don Michael Skelton
         Kennett Duran              Plaintiff
         Connelu Null

DEAR HONORABLE JUDGE

Myself and my family have had a residence in CHILTON COUNTY for the past 25 years, we've paid taxes. Chilton County Jail had my 73 year old daddy in jail in February & had him sleeping on a concrete floor. My father has several medical conditions that I plan on explaining when I get my day in court. Statistics say 80% of inmates come back to jail with-in 2 years of there release. I will probably be back in the Chilton Co. Jail I have children who live in Chilton county I stated these facts so you can know I have a right to have my day in court with the officials in charge of the CHILTON COUNTY JAIL. If for no other reason then you should grant me my day in court because I myself have been harmed by the overcrowded and unclean facility. If you refuse to hear me out AND find these people guilty, then others like myself will come to harm from the inhumane acts such as having to hold yourself from going to the toilet for long periods of time or getting diseases because of UNSANITARY WAYS, such as they <u>never</u> wash the spoons inmates have to eat with, They wash inmates drinking cups no more than 2 times every 3 months. There's so many other things I'm being brief.

CIVIL ACTION NO. 2:06-CV-195-WKW
Petition for Panel Rehearing App.R41(b)(d)(1)

I am deeply disturbed by an order to be withdrawn. There was no mention of over-crowding and uncleaness of clothing in the papers I received from your court. The complaint form you all sent me said to state briefly what I want the court to do.

1. I will be more specific. I want your court to put a cap on the number of inmates that Chilton County Jail houses at one time. I want that number to be no more than the number of elevated beds they have, and also, this number is not to exceed a number that could create a health hazard. I want the Authorized Official of the Jail to have to pay a fine of $200.00 a day for each inmate over there capacity.

Having been confined in a cell designed for 2 people but at times having as many a 5 inmates at one time in my cell and being locked down on several occasions for 23 hours a day, this and uncleanliness of clothing has given me physical and mental problems (nerves) I have medical problems that are going to cost for the rest of my life I want Chilton County to pay these expenses and also for there keeping me A STATE INMATE for over 1 year.