IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON MICHAEL SKELTON, #194433, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-195-WKW |
| BILLY WAYNE FULMER, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on April 6, 2006 (Court Doc. No. 14) which the court construes to contain a motion for reconsideration of the Recommendation, and as the plaintiff now seeks damages for actions taken against him during his confinement in the Chilton County Jail, it is

ORDERED that:

1. The motion for reconsideration be and is hereby GRANTED.

2. The Recommendation entered on March 23, 2006 be and is hereby WITHDRAWN.

Done this  10th day of April, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE