IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON MICHAEL SKELTON, #194433, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-195-WKW |
| BILLY WAYNE FULMER, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on April 6, 2006 (Court Doc. No. 14), in which the plaintiff seeks an extension of time to address the Recommendation, and as the Recommendation has been withdrawn, it is

ORDERED that the motion for extension of time be and is hereby DENIED as moot.

Done this    10th day of April, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE