IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON MICHAEL SKELTON, #194433, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-195-WKW |
| BILLY WAYNE FULMER, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on April 6, 2006 (Court Doc. No. 14), which the court construes to contain a motion to amend, and to the extent that the plaintiff seeks to amend his complaint with respect to a request for monetary damages for actions taken against him during his confinement in the Chilton County Jail, it is

ORDERED that the motion to amend be and is hereby GRANTED. It is further

ORDERED that on or before May 5, 2006 the defendants shall file a special report and answer addressing the plaintiff's claims for relief in compliance with the directives of the order entered on March 2, 2006.

Done this   10th day of April, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE