DON MICHAEL SKELTON
#194433   7B-28T
VENTRESS CORR. FACILITY
P.O. BOX 767
CLAYTON, ALABAMA
          36016

Monday 4/10/06

2006 APR 13  A 10: 01

Dear Sir,

I am the plaintiff in a civil case against Billy WAYNE FULMER. Civil Action NO. 2:06-CV-195-WKW

I filed an objection to a recommendation on 4/5/06.
I'm writing now to inform you I have a change of address since I filed my objection on 4/5/06.
My new and present address is above. Unless a miracle happens I will probably here at VENTRESS CORR. FAC. for a while.

Respectfully,

Don Michael Skelton
D.O.B. 7/11/57   Soc.sec.#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
A.I.S. # 194433