# Chilton County Jail Inmate Rules & Regulations

Monday - Females and B pod        Tuesday - C pod
Wednesday - D pod        Thursday - A pod    Friday - E pod

**Canteen** Inmates are allowed to buy snacks, hygiene items, writing material etc. Canteen sheets will be issued and collected on Tuesday of each week. Canteen orders will be delivered on Wednesday of each week, unless otherwise stated. Money must be in the inmates account on Friday by 5pm to appear on the following week canteen sheet.

## JAIL OPERATIONS

**Inmate Personal Property** At no time can inmates have narcotics or items in their possession. All personal property will be taken during the booking process and stored in the property room. The inmate will be asked to sign a property log stating the items that were taken. At the time of release the inmate will sign the property log showing receipt of their property from the jail staff. Property taken will include all jewelry and hair pieces.

**Grievance** All inmates are entitled to voice any grievance to the Jail Administration. It should be put in writing on the Inmate Request Form and given to jail personnel. Prompt and fair consideration will be given to each request and appropriate action will be taken when warranted.

**Food** All meals are served (3) three meals per day. Meals will be served between 5-6 am, 11-12 noon and 4-5 pm. An effort to eat all of your food should be made however if you do not eat all of your food under no circumstances should you keep narcotics food in your cell.

**Medical Services** Reasonable and customary medical treatment is available when necessary. The Doctors visit the jail weekly on Tuesday.

## JAIL OPERATIONS

**Lock Down** The facility maintains complete lock down at set intervals during the following times:

12:00 noon thru 7:30 pm
5:30 pm thru 5:30 pm
9:00 pm until breakfast

**Lock Down** any cause during special security situations. All inmates should immediately obey orders to lock down. Inmates in any cell block that refuse to lock down will cause that entire pod to go on lock. Inmates refusing to lock will remain on lock in any subdivision in any infirmary during