CLINTON COUNTY JAIL
INMATE REQUEST FORM

DATE: 2-15-06   CELL: D-11
NAME: Don Michael Skelton

CHECK ONLY ONE OF THE FOLLOWING, IF MORE THAN ONE IS CHECKED FORM WILL BE VOIDED.

MRS. HAGOOD

___ GRIEVANCE   ✓ CHARGES/BOND INFO.   ___ MONEY ON BOOKS INFO

___ HYGIENE REQUEST (NO MONEY ON BOOKS FOR 30 DAYS)

___ PROPERTY INFO   ___ VISITATION SLIPS   ___ OTHER

STATE YOUR REQUEST OR GRIEVANCE AND GIVE TO OFFICER: I need papers notarized please. This is my 2nd Request. I sent the 1st Request on Feb. 6th & got no response. It is a motion for the court that requires notarizing & also verification of my indigence by my inmate account transactions for the last 6 months.
Your immediate attention to this matter would be greatly appreciated.

Do not write below this line

Officer receiving request: _____
Date: _____   Time: _____

ACTION TAKEN

DATE: 2-23-06   TIME: 08:45

Done

ACTION TAKEN BY: Sgt. Boyd

REQUEST FORMS WILL BE COMPLETED AND PLACED IN INMATE'S FILE. INMATES WILL RECEIVE A COPY WHEN A WRITTEN RESPONSE IS REQUIRED

CHILTON COUNTY JAIL
INMATE REQUEST FORM

DATE: 2/26/06   CELL: D-11
NAME: DON Michael Skelton

CHECK ONLY ONE OF THE FOLLOWING. IF MORE THAN ONE IS CHECKED FORM WILL BE VOIDED.

___ GRIEVANCE    ___ CHARGES/ BOND INFO.    ___ MONEY ON BOOKS INFO

___ HYGIENE REQUEST (NO MONEY ON BOOKS FOR 30 DAYS)

___ PROPERTY INFO    ___ VISITATION SLIPS    ✓ OTHER

STATE YOUR REQUEST OR GRIEVANCE AND GIVE TO OFFICER: SGT. BLAND    I was on parole in 2004. A warrant was issued on me for Criminal misch III 2 counts. I came in, made bond, later another warrant was issued by Dept. of Corr. stating Fugitive because my parole officer Mark Alexander wrote I recommended I be picked up because I had violated parole. He called me & I came & turned myself in, there was no bond for this warrant. My parole was violated but the warrant that was issued in July or Aug of 2004 is still in the computer. Please remove it, I'm no longer a fugitive, I'm in custody.

Do not write below this line

Officer receiving request: CO19 MIMS

Date: 022706    Time: 1714

ACTION TAKEN

DATE: 2/28/06    TIME: 21:50

Mr. Skelton,
The term "Fugitive Warrant" is the type of warrant. It has nothing to do with whether you are in jail or not. You are being held on a "Fugitive warrant" issued through the Department of corrections.

ACTION TAKEN BY: [signature]
REQUEST FORMS WILL BE COMPLETED AND PLACED IN INMATE'S FILE. INMATES WILL RECEIVE A COPY WHEN A WRITTEN RESPONSE IS REQUIRED