





CHILTON COUNTY JAIL
INMATE REQUEST FORM

DATE: 2-15-06          CELL: D-11

NAME: DON Michael Skelton

CHECK ONLY ONE OF THE FOLLOWING. IF MORE THAN ONE IS CHECKED FORM WILL BE
VOIDED.

MRS. HAGOOD

____ GRIEVANCE        ____ CHARGES/BOND INFO.        ____ MONEY ON BOOKS INFO

____ HYGIENE REQUEST (NO MONEY ON BOOKS FOR 30 DAYS)

____ PROPERTY INFO    ____ VISITATION SLIPS          ____ OTHER

STATE YOUR REQUEST OR GRIEVANCE AND GIVE TO
OFFICER: I need PAPERS NOTARIZED
Please. This is my 2ND Request I sent
the 1St on Feb. 6th + got no response.
                Request
   It is A motion for the court that requires
NOTARizing + Also Verification of my indigente
By my inmate Account transactions for the
last 6 months.
   Your immediate Attention to this matter
would be greatly Appreciated

Do not write below this line

Officer receiving request: _____

Date: _____    Time: _____

ACTION TAKEN
DATE: 2-23-06    TIME: 08:45

Done

ACTION TAKEN BY: _____
REQUEST FORMS WILL BE COMPLETED AND PLACED IN INMATE'S FILE.
INMATES WILL RECEIVE A COPY WHEN A WRITTEN RESPONSE IS
REQUIRED

CHILTON COUNTY JAIL
INMATE REQUEST FORM

DATE: 2/26/06        CELL: D-11
NAME: DON Michael Skelton
CHECK ONLY ONE OF THE FOLLOWING. IF MORE THAN ONE IS CHECKED FORM WILL BE
VOIDED.

____ GRIEVANCE      ____ CHARGES/ BOND INFO.      ____ MONEY ON BOOKS INFO

____ HYGIENE REQUEST (NO MONEY ON BOOKS FOR 30 DAYS)

____ PROPERTY INFO   ____ VISITATION SLIPS      ✓ OTHER

STATE YOUR REQUEST OR GRIEVANCE AND GIVE TO
OFFICER: SGT. BLAND        I was on parole in
2004. A warrant was issued on me for Criminal misch III
2 counts. I came in made bond. Another warrant
was issued by Dept of Corr. stating Fugitive because
my parole officer Mark Alexander wrote I recommended
cl be picked up because I had violated parole.
He called me & I came & turned myself in, there was
no bond for this warrant. My parole was violated
but the warrant that was issued in July or Aug of 2004
is still in the computer. Please remove it, I'm no longer
a fugitive, I'm in custody.

                Do not write below this line
Officer receiving request: CO19 MIMS

Date: 022706    Time: 1714

DATE: 2/28/06        ACTION TAKEN
                        TIME: 21:50

    Mr. Skelton,
            The term "Fugitive Warrant"
is the type of warrant. It has nothing to
do with whether you are in jail or not. You
are being held on a "Fugitive warrant" issued
through the Department of corrections.

ACTION TAKEN BY: _____
REQUEST FORMS WILL BE COMPLETED AND PLACED IN INMATE'S FILE.
INMATES WILL RECEIVE A COPY WHEN A WRITTEN RESPONSE IS
REQUIRED

Copyright 1996
CCW
Script

3/21/2006
General

8:17:57AM

# CHILTON COUNTY JAIL

## Individual Account Report for General Account

| Prsn. Number | Last Name | First Name | MI | DOB | Released |
|---|---|---|---|---|---|
| 419809151 | SKELTON | DON | M | | Cur Balance (10.00) |

| Location | Classification | Intake Date | Expected Release |
|---|---|---|---|
| | | 09/17/2002 | |



EXHIBIT B

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 09/17/2002 | | | 00 | | Intake | 0.00 |
| 09/17/2002 | 100.00 | | 13 | | CASH | 100.00 |
| 09/17/2002 | 50.00 | | 13 | | CASH | 150.00 |
| 09/17/2002 | 0.00 | | 48 | | Transfer - Credit | 150.00 |
| 09/18/2002 | 0.00 | Amounts Rolled up, Account Closed | 99 | 150.00 | Release | 0.00 |
| 09/18/2002 | | Cash Rel: 150.00/Check Rel: 0 | 13 | | CASH | 0.00 |
| 08/23/2004 | 20.00 | | 13 | | CASH | 20.00 |
| 08/23/2004 | 0.00 | | 00 | | Intake | 20.00 |
| 08/27/2004 | 25.00 | | 13 | | CASH | 45.00 |
| 08/30/2004 | | | 54 | 20.00 | Commissary | 25.00 |
| 09/01/2004 | 25.00 | | 13 | | CASH | 50.00 |
| 09/07/2004 | | | 54 | 25.00 | Commissary | 25.00 |
| 09/07/2004 | 30.00 | Canteen Sales | 13 | | CASH | 55.00 |
| 09/10/2004 | 60.00 | | 13 | | CASH | 115.00 |
| 09/10/2004 | 100.00 | | 13 | | CASH | 215.00 |
| 09/10/2004 | | | 54 | 25.00 | Commissary | 190.00 |
| 09/13/2004 | | Canteen Sales | 54 | 70.50 | Commissary | 119.50 |
| 09/15/2004 | | Canteen Sales | 13 | | CASH | 149.50 |
| 09/20/2004 | 30.00 | | 13 | | CASH | 108.95 |
| 09/20/2004 | | | 54 | 40.55 | Commissary | 108.95 |
| 09/27/2004 | 20.00 | Canteen Sales | 13 | | CASH | 128.95 |
| 09/28/2004 | | | 54 | 56.90 | Commissary | 72.05 |
| 10/04/2004 | | Canteen Sales | 54 | 38.35 | Commissary | 33.70 |
| 10/11/2004 | 30.00 | Canteen Sales | 13 | | CASH | 63.70 |
| 10/13/2004 | | | 54 | 51.65 | Commissary | 12.05 |
| 10/15/2004 | 20.00 | Canteen Sales | 13 | | CASH | 32.05 |
| 10/18/2004 | 10.00 | | 13 | | CASH | 42.05 |
| 10/19/2004 | 100.00 | | 13 | | CASH | 142.05 |
| 10/20/2004 | 25.00 | | 13 | | CASH | 167.05 |
| 10/20/2004 | | | 54 | 39.60 | Commissary | 127.45 |
| 10/21/2004 | | Canteen Sales | 54 | 48.40 | Commissary | 79.05 |
| 10/28/2004 | | Canteen Sales | 13 | | CASH | 99.05 |
| 11/01/2004 | 20.00 | | | | | |

1



3/21/2006
General
CCW
Copyright 1996 litdrpt

8:17:57AM

# CHILTON COUNTY JAIL

## Individual Account Report for General Account

| Prsn. Number | Classification | Intake Date | Last Name | First Name | MI | DOB | Released |
|---|---|---|---|---|---|---|---|
| 41980 9151 | | 09/17/2002 | SKELTON | DON | M | | Cur Balance (10.00) |

| Date | Deposit Amt | Location | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|---|
| 11/05/2004 | 30.00 | | Canteen Sales | 54 | | Commissary | 64.95 |
| 11/09/2004 | | | | 13 | 34.10 | CASH | 94.95 |
| 11/15/2004 | 30.00 | | Canteen Sales | 54 | | Commissary | 46.40 |
| 11/16/2004 | | | | 13 | 18.55 | CASH | 76.40 |
| 11/19/2004 | 30.00 | | Canteen Sales | 54 | | Commissary | 38.95 |
| 11/22/2004 | | | | 13 | 37.45 | CASH | 68.95 |
| 11/23/2004 | | | | 54 | 54.05 | Commissary | 14.90 |
| 12/03/2004 | | | | 54 | 9.79 | Commissary | 5.11 |
| 12/06/2004 | 25.00 | | Canteen Sales | 13 | | CASH | 30.11 |
| 12/06/2004 | 30.00 | | Canteen Sales | 13 | | CASH | 60.11 |
| 12/06/2004 | 40.00 | | Canteen Sales | 13 | | CASH | 100.11 |
| 12/06/2004 | | | | 54 | 38.50 | Commissary | 61.61 |
| 12/10/2004 | | | | 13 | | CASH | 61.61 |
| 12/14/2004 | 30.00 | | Canteen Sales | 54 | | Commissary | 91.61 |
| 12/20/2004 | 30.00 | | Canteen Sales | 13 | | CASH | 121.61 |
| 12/21/2004 | | | | 54 | 32.41 | Commissary | 56.20 |
| 12/28/2004 | | | | 54 | 33.60 | Commissary | 89.20 |
| 12/28/2004 | 50.00 | | Canteen Sales | 13 | | CASH | 106.20 |
| 12/28/2004 | 20.00 | | Canteen Sales | 13 | | CASH | 126.20 |
| 12/28/2004 | 30.00 | | | 13 | | CASH | 126.20 |
| 01/03/2005 | 30.00 | | | 13 | | CASH | 156.20 |
| 01/03/2005 | 30.00 | | | 13 | | CASH | 186.20 |
| 01/03/2005 | | | Canteen Sales | 13 | 12.95 | CASH | 143.25 |
| 01/10/2005 | 30.00 | | Canteen Sales | 54 | | Commissary | 173.25 |
| 01/10/2005 | | | | 13 | 31.35 | CASH | 141.90 |
| 01/14/2005 | | | Canteen Sales | 54 | 47.75 | Commissary | 94.15 |
| 01/17/2005 | 30.00 | | Canteen Sales | 13 | | CASH | 124.15 |
| 01/25/2005 | | | | 54 | 55.25 | Commissary | 68.90 |
| 01/26/2005 | 10.00 | | Canteen Sales | 13 | | CASH | 78.90 |
| 01/26/2005 | 25.00 | | Canteen Sales | 13 | | CASH | 103.90 |
| 01/28/2005 | | | | 54 | 41.30 | Commissary | 62.60 |
| 01/28/2005 | 30.00 | | Canteen Sales | 13 | | CASH | 92.60 |
| 01/31/2005 | | | | 13 | | CASH | |



3/21/2006

General

8:17:57AM

# CHILTON COUNTY JAIL

## Individual Account Report for General Account

| Prsn. Number | Last Name | First Name | MI | DOB |
|---|---|---|---|---|
| 419809151 | SKELTON | DON | M | |

| Location | Classification | Intake Date | Expected Release | Released Cur Balance |
|---|---|---|---|---|
| | | 09/17/2002 | | (10.00) |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 02/04/2005 | | Canteen Sales | 54 | 41.90 | Commissary | 50.70 |
| 02/07/2005 | 30.00 | | 13 | | CASH | 80.70 |
| 02/07/2005 | 10.00 | | 13 | | CASH | 90.70 |
| 02/15/2005 | 30.00 | | 13 | | CASH | 120.70 |
| 02/15/2005 | | Canteen Sales | 54 | 48.85 | Commissary | 71.85 |
| 02/17/2005 | 15.00 | | 13 | | CASH | 86.85 |
| 02/23/2005 | | Canteen Sales | 54 | 37.65 | Commissary | 49.20 |
| 02/23/2005 | 30.00 | | 13 | | CASH | 79.20 |
| 02/25/2005 | 20.00 | | 13 | | CASH | 99.20 |
| 02/25/2005 | | Canteen Sales | 54 | 37.25 | Commissary | 61.95 |
| 03/02/2005 | 20.00 | | 13 | | CASH | 81.95 |
| 03/03/2005 | 20.00 | | 13 | | CASH | 101.95 |
| 03/03/2005 | 15.00 | | 13 | | CASH | 116.95 |
| 03/07/2005 | | Canteen Sales | 54 | 63.15 | Commissary | 53.80 |
| 03/11/2005 | | Canteen Sales | 54 | 37.00 | Commissary | 16.80 |
| 03/15/2005 | 20.00 | | 13 | | CASH | 36.80 |
| 03/15/2005 | 20.00 | | 13 | | CASH | 56.80 |
| 03/22/2005 | 40.00 | | 13 | | CASH | 96.80 |
| 03/22/2005 | | Canteen Sales | 54 | 48.70 | Commissary | 48.10 |
| 03/28/2005 | | Canteen Sales | 54 | 17.75 | Commissary | 30.35 |
| 04/04/2005 | | Canteen Sales | 54 | 18.70 | Commissary | 11.65 |
| 04/06/2005 | 20.00 | | 13 | | CASH | 31.65 |
| 04/06/2005 | | DR VISIT 3 MEDS | 55 | 20.00 | MEDICAL-COPAY | 11.65 |
| 04/08/2005 | | Canteen Sales | 54 | 11.55 | Commissary | 0.10 |
| 04/12/2005 | 50.00 | | 13 | | CASH | 50.10 |
| 04/12/2005 | 30.00 | | 13 | | CASH | 80.10 |
| 04/12/2005 | 75.00 | | 13 | | CASH | 155.10 |
| 04/13/2005 | | 1 REFILL | 55 | 5.00 | MEDICAL-COPAY | 150.10 |
| 04/18/2005 | 30.00 | | 13 | | CASH | 180.10 |
| 04/18/2005 | | Canteen Sales | 54 | 18.30 | Commissary | 161.80 |

Copyright 1996 ldrpt

3/21/2006

8:17:57AM

**CHILTON COUNTY JAIL**

**Individual Account Report for General Account**

General

Copyright 1998 CCW    indrpt

| Prsn. Number | Last Name | First Name | MI | | | Released |
|---|---|---|---|---|---|---|
| 419809151 | SKELTON | DON | M | | | Cur Balance (10.00) |

| Location | Classification | Intake Date | Expected Release | DOB |
|---|---|---|---|---|
| | | 09/17/2002 | | |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 04/20/2005 | 5.00 | Canteen Sales | 13 | | CASH | 166.80 |
| 04/22/2005 | | Canteen Sales | 54 | 23.20 | CASH | 143.60 |
| 04/29/2005 | | Canteen Sales | 54 | 16.15 | Commissary | 127.45 |
| 05/09/2005 | | Canteen Sales | 54 | 15.80 | Commissary | 111.65 |
| 05/11/2005 | 30.00 | | 13 | | CASH | 141.65 |
| 05/11/2005 | | 1 MED 2 REFILLS | 55 | 5.00 | MEDICAL-COPAY | 136.65 |
| 05/12/2005 | | | 55 | 10.00 | MEDICAL-COPAY | 126.65 |
| 05/18/2005 | 10.00 | | 13 | | CASH | 136.65 |
| 05/18/2005 | | Canteen Sales | 54 | 41.00 | Commissary | 95.65 |
| 05/18/2005 | 30.00 | | 13 | | CASH | 125.65 |
| 05/18/2005 | 8.00 | | 13 | | CASH | 133.65 |
| 05/24/2005 | | Canteen Sales | 54 | 55.05 | Commissary | 78.60 |
| 05/31/2005 | | Canteen Sales | 54 | 14.20 | Commissary | 64.40 |
| 05/31/2005 | 30.00 | | 13 | | CASH | 94.40 |
| 06/03/2005 | | Canteen Sales | 54 | 37.90 | Commissary | 56.50 |
| 06/06/2005 | 30.00 | | 13 | | CASH | 86.50 |
| 06/14/2005 | | Canteen Sales | 54 | 41.50 | Commissary | 45.00 |
| 06/16/2005 | 30.00 | | 13 | | CASH | 75.00 |
| 06/21/2005 | 30.00 | | 13 | | CASH | 105.00 |
| 06/21/2005 | | Canteen Sales | 54 | 66.80 | Commissary | 38.20 |
| 06/21/2005 | | Canteen Sales | 54 | 35.45 | Commissary | 2.75 |
| 06/27/2005 | 30.00 | | 13 | | CASH | 32.75 |
| 06/28/2005 | | Canteen Sales | 54 | 31.78 | CASH | 0.97 |
| 07/06/2005 | 30.00 | Canteen Sales | 13 | | CASH | 30.97 |
| 07/06/2005 | 20.00 | Canteen Sales | 54 | 56.22 | CASH | 50.97 |
| 07/12/2005 | 30.00 | Canteen Sales | 13 | | CASH | 0.75 |
| 07/13/2005 | 30.00 | Canteen Sales | 54 | 30.75 | CASH | 30.75 |
| 07/13/2005 | 30.00 | Canteen Sales | 13 | | CASH | 2.81 |
| 07/15/2005 | 30.00 | Canteen Sales | 54 | 27.94 | Commissary | 0.86 |
| 07/18/2005 | 30.00 | Canteen Sales | 54 | 1.95 | Commissary | 30.86 |
| 07/19/2005 | 30.00 | Canteen Sales | 13 | | CASH | 30.86 |

4

3/21/2006

Copyright 1998
CCW
General
rdrpt

8:17:57AM

# CHILTON COUNTY JAIL

## Individual Account Report for General Account

| Prsn. Number | Last Name | First Name | MI | DOB |
|---|---|---|---|---|
| 419809151 | SKELTON | DON | M | |

| Location | Classification | Intake Date | Expected Release | Released Cur Balance |
|---|---|---|---|---|
| | | 09/17/2002 | | (10.00) |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 07/19/2005 | | 1 MED NURSE V | 55 | 10.00 | MEDICAL-COPAY | 20.86 |
| 07/25/2005 | | | 54 | 20.45 | CASH | 0.41 |
| 07/25/2005 | 20.00 | Canteen Sales | 13 | | CASH | 20.41 |
| 08/04/2005 | 30.00 | Canteen Sales | 13 | | CASH | 50.41 |
| 08/04/2005 | 30.00 | Canteen Sales | 13 | | CASH | 80.41 |
| 08/09/2005 | | | 54 | 50.41 | Commissary | 30.00 |
| 08/10/2005 | | | 54 | 29.11 | Commissary | 0.89 |
| 08/11/2005 | 20.00 | Canteen Sales | 13 | | CASH | 20.89 |
| 08/16/2005 | 30.00 | Canteen Sales | 13 | | CASH | 50.89 |
| 08/16/2005 | | | 54 | 47.45 | Commissary | 3.44 |
| 08/17/2005 | 25.00 | Canteen Sales | 13 | | CASH | 28.44 |
| 08/17/2005 | | | 54 | 29.25 | Commissary | (0.81) |
| 08/23/2005 | 3.60 | Canteen Return | 04 | | Commissary Credit | 2.79 |
| 08/24/2005 | | | 54 | 2.40 | Commissary | 0.39 |
| 08/24/2005 | 30.00 | Canteen Sales | 13 | | CASH | 30.39 |
| 08/26/2005 | | | 54 | 30.15 | Commissary | 0.24 |
| 08/31/2005 | 30.00 | Canteen Sales | 13 | | CASH | 30.24 |
| 08/31/2005 | 15.00 | Canteen Sales | 13 | | CASH | 45.24 |
| 09/07/2005 | | | 54 | 22.05 | Commissary | 23.19 |
| 09/07/2005 | 30.00 | Canteen Sales | 13 | | CASH | 53.19 |
| 09/08/2005 | | 2 REFILLS | 55 | 16.00 | MEDICAL-COPAY | 43.19 |
| 09/08/2005 | | | 54 | 42.95 | Commissary | 0.24 |
| 09/13/2005 | 30.00 | Canteen Sales | 13 | | CASH | 30.24 |
| 09/14/2005 | 20.00 | Canteen Sales | 13 | | CASH | 50.24 |
| 09/20/2005 | 30.00 | Canteen Sales | 13 | | CASH | 80.24 |
| 09/20/2005 | | | 54 | 38.70 | Commissary | 41.54 |
| 09/27/2005 | | | 54 | 32.60 | Commissary | 8.94 |
| 09/28/2005 | 30.00 | Canteen Sales | 13 | | CASH | 38.94 |
| 10/03/2005 | 20.00 | Canteen Sales | 13 | | CASH | 58.94 |
| 10/03/2005 | 20.00 | Canteen Sales | 13 | | CASH | 78.94 |

3/21/2006
8:17:57AM



# CHILTON COUNTY JAIL

## Individual Account Report for General Account

| Prsn. Number | Location | Classification | Intake Date | Last Name | First Name | MI | DOB | Released |
|---|---|---|---|---|---|---|---|---|
| 41980915I | | | 09/17/2002 | SKELTON | DON | M | | |

Cur Balance (10.00)

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 10/04/2005 | | | 54 | 38.00 | Commissary | 40.94 |
| 10/05/2005 | | | 55 | 16.00 | MEDICAL-COPAY | 30.94 |
| 10/05/2005 | 20.00 | 2 REFILLS | 13 | | CASH | 50.94 |
| 10/07/2005 | | | 54 | | Commissary | 50.94 |
| 10/07/2005 | | | 13 | 45.87 | CASH | 5.07 |
| 10/12/2005 | 30.00 | Canteen Sales | 13 | | CASH | 35.07 |
| 10/19/2005 | 30.00 | Canteen Sales | 13 | | CASH | 65.07 |
| 10/25/2005 | | | 54 | 34.80 | Commissary | 30.27 |
| 10/25/2005 | 30.00 | Canteen Sales | 13 | | CASH | 60.27 |
| 11/01/2005 | | | 54 | 28.45 | Commissary | 31.82 |
| 11/01/2005 | 10.00 | | 13 | | CASH | 41.82 |
| 11/01/2005 | 20.00 | | 13 | | CASH | 61.82 |
| 11/08/2005 | | | 54 | 30.19 | Commissary | 31.63 |
| 11/08/2005 | | | 13 | 10.00 | CASH | 21.63 |
| 11/09/2005 | 20.00 | Canteen Sales | 13 | | CASH | 41.63 |
| 11/09/2005 | 10.00 | OCT REFILLS | 13 | | CASH | 51.63 |
| 11/08/2005 | | | 55 | 10.00 | MEDICAL-COPAY | 41.63 |
| 11/15/2005 | | | 13 | 10.78 | CASH | 30.85 |
| 11/16/2005 | | | 54 | 30.50 | Commissary | 0.35 |
| 11/18/2005 | 30.00 | Canteen Sales | 13 | | CASH | 30.35 |
| 11/22/2005 | | | 54 | 30.33 | Commissary | 0.02 |
| 11/28/2005 | 30.00 | Canteen Sales | 13 | | CASH | 30.02 |
| 11/29/2005 | | | 54 | 30.00 | Commissary | 0.02 |
| 12/06/2005 | 30.00 | Canteen Sales | 13 | | CASH | 30.02 |
| 12/07/2005 | 30.00 | Canteen Sales | 54 | | Commissary | 60.02 |
| 12/13/2005 | | | 54 | 30.00 | Commissary | 30.02 |
| 11/30/2005 | | | 55 | 29.97 | MEDICAL-COPAY | 0.05 |
| 12/20/2005 | 30.00 | Canteen Sales | 13 | | CASH | 30.05 |
| 12/13/2005 | | | 54 | 10.00 | Commissary | 20.05 |
| 12/27/2005 | | | 54 | 20.05 | Commissary | 0.00 |
| 12/21/2005 | 30.00 | Canteen Sales | 13 | | CASH | 30.00 |
| 12/30/2005 | | | 54 | 29.95 | Commissary | 0.05 |
| | 30.00 | Canteen Sales | 13 | | CASH | 30.05 |
| | | | 54 | 30.00 | Commissary | 0.05 |

6

3/21/2006 General

Copyright 1996 CCW

# CHILTON COUNTY JAIL

## Individual Account Report for General Account

8:17:57 AM

| Prsn. Number | Location | Classification | Intake Date | Last Name | First Name | MI | DOB | Released |
|---|---|---|---|---|---|---|---|---|
| 419809151 | | | 09/17/2002 | SKELTON | DON | M | | Cur Balance (10.00) |

| Date | Comment | Cat Code | Cat Description | Deposit Amt | Withdrawal Amt | Calc. Balance |
|---|---|---|---|---|---|---|
| 12/28/2005 | | 13 | CASH | 20.00 | | 20.05 |
| 12/28/2005 | | 13 | CASH | 10.00 | | 30.05 |
| 12/30/2005 | | 13 | CASH | 10.00 | | 40.05 |
| 01/06/2006 | Canteen Sales | 54 | Commissary | | 24.37 | 15.68 |
| 01/04/2006 | | 13 | CASH | 10.00 | | 25.68 |
| 01/04/2006 | | 13 | CASH | 20.00 | | 45.68 |
| 01/11/2006 | | 13 | CASH | 20.00 | | 65.68 |
| 01/13/2006 | Canteen Sales | 54 | Commissary | | 28.60 | 37.08 |
| 01/20/2006 | Canteen Sales | 54 | Commissary | | 35.33 | 1.75 |
| 01/19/2006 | | 13 | CASH | 30.00 | | 31.75 |
| 01/31/2006 | Canteen Sales | 54 | Commissary | | 28.39 | 3.36 |
| 01/31/2006 | Canteen Sales | 54 | Commissary | | 3.31 | 0.05 |
| 02/03/2006 | 2 January refills | 55 | Commissary | | 10.00 | (9.95) |
| 02/01/2006 | | 13 | CASH | 30.00 | | 20.05 |
| 02/06/2006 | PD 9.95 BK MED | 54 | MEDICAL-COPAY | | 10.00 | |
| 02/07/2006 | | 13 | CASH | 30.00 | | 50.05 |
| 02/15/2006 | | 13 | CASH | 30.00 | | 80.05 |
| 02/17/2006 | Canteen Sales | 54 | Commissary | | 46.58 | 33.47 |
| 02/17/2006 | Canteen Sales | 54 | Commissary | | 2.75 | 30.72 |
| 02/24/2006 | Canteen Sales | 54 | Commissary | | 15.22 | 15.50 |
| 02/28/2006 | | 13 | CASH | 30.00 | | 45.50 |
| 03/03/2006 | Canteen Sales | 54 | Commissary | | 15.41 | 30.09 |
| 03/06/2006 | Amounts Rolled up, Account Closed | 48 | Transfer - Credit | 0.00 | | 30.09 |
| 03/06/2006 | Cash Rel: 30.09/Check Rel: 0 | 99 | Release | | 30.09 | 0.00 |
| 03/01/2006 | 2 feb refills | 55 | MEDICAL-COPAY | | 10.00 | (10.00) |

SKELTON, DON M
8/30/04                    2:53:22PM

COMMISSARY LIST INMATE NAME:        419809151    Cur Balance    25.00

Write amount in requested column ONLY! Do not overspend, your order WILL be VOIDED.

| ITEM | COST | REQ. | ISSUED | ITEM | COST | REQ. | ISSUED |
|------|------|------|--------|------|------|------|--------|
| STAMPED ENVELOPES | $0.50 | 1 | 1 | | | | |
| NOTE PADS | $1.00 | | | PLAIN CHIPS | $0.60 | | |
| PENS | $0.60 | | | BBQ CHIPS | $0.60 | 3 | 3 |
| HOT CHOCOLATE | $0.35 | | | SWEET HEAT CHIPS | $0.60 | | |
| TEA | $2.50 | | | SOUR CREAM CHIPS | $0.60 | | |
| COFFEE | $0.15 | 50 | 50 | CHEESE CURLS | $0.60 | | |
| CREAMER | $0.03 | | | CHEESE PUFFS | $0.60 | | |
| BOX 120 SWEET LOW | $3.60 | | | CAJUN CHIPS | $0.60 | 3 | 3 |
| MAYO | $0.05 | | | HOT CHEESE CURLS | $0.60 | | |
| MUSTARD | $0.03 | 20 | 20 | | | | |
| KETCHUP | $0.03 | | | | | | |
| JELLY | $0.08 | 30 | 30 | M OR L DEODORANT | $1.00 | | |
| OATMEAL CAKES | $0.40 | | | lady choice deodorant | $2.50 | | |
| HONEY BUNS | $0.70 | | | LOTION | $2.00 | | |
| goldfish cheese crackers | $0.50 | | | POWDER | $2.00 | | |
| choc. Or cinn. Grahams | $0.50 | | | TAMPAX | $0.25 | | |
| LEMON COOKIES | $0.70 | | | CONTACT SOLUTION | $2.50 | | |
| POP TART | $0.70 | 7 | 7 | AMPRO | $2.00 | | |
| FIG NEWTON | $0.40 | | | CURL ACTIVATOR GEL | $1.75 | | |
| ritz peanut butter or chees | $0.30 | 1 | 1 | | | | |
| MOON PIES | $0.70 | | | magic shaving cream | $4.60 | | |
| m&m peanut butter bar | $0.70 | | | SHAVING CREAM | $0.10 | | |
| 3 MUSKETEER | $0.70 | | | BLISTEX | $1.25 | | |
| M&M PEANUTS | $0.70 | | | coast or dove soap | $1.50 | | |
| SKITTLE | $0.70 | | | SOAP DISH | $0.50 | | |
| MILKYWAY | $0.70 | | | fixodent denture cream | $3.50 | | |
| SNICKERS | $0.70 | | | CONDITIONER | $1.75 | | |
| starlite mints or sour cher | $0.70 | | | | | | |
| MR. GOODBAR | $0.70 | | | SHAMPOO | $1.75 | | |
| NUTRAGOUS | $0.70 | | | TOOTH BRUSH | $1.25 | | |
| BUTTERFINGER | $0.70 | | | TOOTHE PASTE | $0.90 | | |
| CRUNCH BAR | $0.70 | | | BOXERS XXL XXXL | $3.10 | | |
| HERSHEY ALMOND | $0.70 | | | BOXERS S-M-L-XL | $2.75 | | |
| ZERO | $0.70 | | | T-SHIRTS XXL XXXL | $2.35 | | |
| REESE CUP | $0.70 | | | T-SHIRTS S-M-L-XL | $2.00 | | |
| TWIX BARS | $0.70 | | | SOCKS | $1.00 | | |
| BABY RUTH | $0.70 | | | CHESS | $5.25 | | |
| KIT KAT OR PAYDAY | $0.70 | | | CHECKERS | $5.00 | | |
| special k bars blueberry | $0.50 | | | PUZZLES | $4.00 | | |
| special k bars strawberry | $0.50 | | | | | | |
| asst. nutra grain bars | $0.50 | | | CARDS | $2.00 | | |
| DOLE MIXED FRUIT | $0.60 | | | ROOK CARDS | $7.00 | | |
| DOLE PINEAPPLE | $0.60 | | | | | | |
| strawberry/peach jello | $0.60 | | | | | | |
| CHICKEN SOUP | $0.65 | 4 | 4 | REDMAN GOLD | $3.25 | | |
| BEEF SOUP | $0.65 | | | timberwolf straight | $4.00 | | |
| SHRIMP SOUP | $0.65 | 4 | 4 | timberwolf wintergreen | $4.00 | | |
| ASST. KOOLAID | $1.35 | | | | | | |
| | | | | SUBSTITUTE? YES OR NO | | | |

EXHIBIT
C

```
419809151 DON SKELTON
                    Begin Balance: 50.00

 1 STAMPED ENVELOPES     @ 0.50   0.50
50 COFFEE                @ 0.15   7.50
20 MUSTARD               @ 0.03   0.60
30 JELLY                 @ 0.08   2.40
 7 POP TARTS             @ 0.70   4.90
 1 RITZ CRACKERS         @ 0.30   0.30
 4 SOUP                  @ 0.65   2.60
 4 SOUP                  @ 0.65   2.60
 3 CHIPS                 @ 0.60   1.80
 3 CHIPS                 @ 0.60   1.80


                    _____
                    Total Sales      25.00



Ending Balance:         25.00


_____
         Signed


COMMISSARY LINE 1
COMISSARY  LINE 2
COMMISSARY LINE 3
COMMISSARY LINE 4
COMMISSARY LINE 5
```

SKELTON DONLY
1/19/05    12:05:22PM

COOH

419809151    Cur Balance    124.15

| ITEM | COST | REQ. | ISSUED | ITEM | COST | REQ. | ISSUED |
|------|------|------|--------|------|------|------|--------|
| COMMISSARY LIST INMATE NAME: | | | | | | | |
| Write amount in requested column ONLY! Do not overspend, your order WILL be voided. | | | | | | | |
| STAMPED ENVELOPES | $0.50 | 6 | 6 ✓ | SUNNY DELITE | $0.60 | | |
| NOTE PADS | $1.00 | 1 | 1 ✓ | ASST. FRUIT DRINKS | $0.60 | | |
| PENS | $0.60 | | | SWEET HEAT CHIPS | $0.60 | | |
| HOT CHOCOLATE | $0.35 | | | BBQ CHIPS | $0.60 | 7 | 7 ✓ |
| TEA | $2.50 | | | PLAIN CHIPS | $0.60 | | |
| COFFEE | $0.15 | 50 | 50 ✓ | CAJUN CHIPS | $0.60 | 1 | 1 ✓ |
| CREAMER | $0.03 | | | PEANUTS | $0.60 | | |
| BOX 120 SWEET LOW | $3.60 | | | SOUR CREAM CHIPS | $0.60 | | |
| MAYO | $0.05 | 10 | 10 ✓ | hot cheese curls | $0.60 | 2 | 2 ✓ |
| MUSTARD | $0.03 | 20 | 20 ✓ | CHEESE CURLS | $0.60 | | |
| KETCHUP | $0.03 | 20 | | CHEESE PUFFS | $0.60 | | |
| JELLY | $0.08 | 20 | 0 | M OR L DEODORANT | $1.00 | | |
| OATMEAL CAKES | $0.40 | 5 | ✓ | lady choice deodorant | $2.50 | | |
| MOON PIES | $0.70 | | | LOTION | $2.00 | 1 | 1 ✓ |
| POP TART | $0.70 | | | POWDER | $2.00 | | |
| | | | | TAMPAX | $0.25 | | |
| LEMON COOKIES | $0.70 | | | CONTACT SOLUTION | $2.50 | | |
| banana crème cookie | $0.70 | | | FOOT POWDER | $2.50 | | |
| vanilla crème cookie | $0.70 | 5 | 5 ✓ | CURL ACTIVATOR GEL | $1.75 | | |
| choc. Crème cookie | $0.70 | | | hair & scalp condition | $2.00 | | |
| strawberry crème cookie | $0.70 | | | magic shaving cream | $4.60 | | |
| m&m peanut butter bar | $0.70 | | | SHAVING CREAM | $0.10 | | |
| 3 MUSKETEER | $0.70 | | | BLISTEX | $1.25 | | |
| M&M PEANUTS | $0.70 | | | DOVE OR COAST SOAP | $1.50 | 1 | 1 ✓ |
| SKITTLE | $0.70 | | | SOAP DISH | $0.50 | | |
| MILKYWAY | $0.70 | | | fixodent denture cream | $3.50 | | |
| SNICKERS | $0.70 | 3 | 3 ✓ | CONDITIONER | $1.75 | | |
| starlite mints or sour cher | $0.70 | 3 | 3 ✓ | DANDRUFF SHAMPOO | $1.75 | | |
| MR. GOODBAR | $0.70 | | | SHAMPOO | $1.75 | | |
| | | | | TOOTH BRUSH | $1.25 | | |
| BUTTERFINGER | $0.70 | | | TOOTHE PASTE | $0.90 | | |
| CRUNCH BAR | $0.70 | | | BOXERS XXL XXXL | $3.10 | | |
| HERSHEY ALMOND | $0.70 | | | BOXERS S-M-L-XL | $2.75 | | |
| NUTRAGOUS | $0.70 | | | T-SHIRTS XXL XXXL | $2.35 | | |
| REESE CUP | $0.70 | | | T-SHIRTS S-M-L-XL | $2.00 | | |
| PAYDAY | $0.70 | | | SOCKS | $1.00 | | |
| BABY RUTH | $0.70 | | | CHESS | $5.25 | | |
| KIT KAT | $0.70 | | | CHECKERS | $5.00 | | |
| REESE STICKS | $0.70 | | | PUZZLES | $4.00 | | |
| ALMOND JOY | $0.70 | | | ROOK CARDS | $7.00 | | |
| | | | | CARDS | $2.00 | | |
| | | | | ORAL GEL | $3.50 | | |
| CHICKEN SOUP | $0.65 | | | thermal underwear sets | $15..00 | | |
| BEEF SOUP | $0.65 | | | HALLS | $1.00 | | |
| SHRIMP SOUP | $0.65 | 15 | 15 ✓ | TUMS | $1.00 | 1 | 1 ✓ |
| ASST. KOOLAID | $1.35 | 5 | 2 ✓ | REDMAN GOLD | $3.25 | | |
| | | | | timberwolf wintergreen | $4.00 | 3 | 3 ✓ |
| shower shoes s-m-l-xl | $3.85 | | | timberwolf straight | $4.00 | | |
| | | | | SUBSTITUTE? YES OR NO | | | |

GRAPE OR CHERRY

I am Giving you (5) oatmeal Cakes I charged you last week
C. Haygood

oat & Jelly

EXHIBIT 1

MS. HAYGOOD, MY Balance should be $2.00 more because I got credit for 5 oatmeal cookies. You ran out last week. Killen a Capt. White confirmed & made a note on my last week sheet.

419809151 DON SKELTON
                    Begin Balance: 124.15

6 STAMPED ENVELOPES      @ 0.50   3.00
1 NOTE PADS              @ 1.00   1.00
50 COFFEE                  @ 0.15   7.50
10 MAYO                    @ 0.05   0.50
20 MUSTARD                 @ 0.03   0.60
5 COOKIES                @ 0.70   3.50
3 CANDY BARS             @ 0.70   2.10
3 HARD CANDY             @ 0.70   2.10
15 SOUP                    @ 0.65   9.75
2 KOOLAID                @ 1.35   2.70
10 CHIPS                   @ 0.60   6.00
1 LOTION                 @ 2.00   2.00
1 SOAP                   @ 1.50   1.50
1 TUMS                   @ 1.00   1.00
3 TIMBERWOLF             @ 4.00  12.00


                    Total Sales      55.25


Ending Balance:         68.90


_____
          Signed


COMMISSARY LINE 1
COMISSARY  LINE 2
COMMISSARY LINE 3
COMMISSARY LINE 4
COMMISSARY LINE 5

1/26/05    11:22:47AM

COOH

419809151    Cur Balance   103.90

COMMISSARY LIST INMATE NAME:

Write amount in requested column ONLY! Do not overspend, your order WILL be VOIDED.

| ITEM | COST | REQ. | ISSUED | ITEM | COST | REQ. | ISSUED |
|---|---|---|---|---|---|---|---|
| STAMPED ENVELOPES | $0.50 | 10 | 10 | SUNNY DELITE | $0.60 | | |
| NOTE PADS | $1.00 | | | ASST. FRUIT DRINKS | $0.60 | | |
| PENS | $0.60 | | | SWEET HEAT CHIPS | $0.60 | | |
| HOT CHOCOLATE | $0.35 | | | BBQ CHIPS | $0.60 | 7 | 10 |
| TEA | $2.50 | | | PLAIN CHIPS | $0.60 | | 2 |
| COFFEE | $0.15 | 50 | 50 | CAJUN CHIPS | $0.60 | 3 | 0 |
| CREAMER | $0.03 | | | PEANUTS | $0.60 | | |
| BOX 120 SWEET LOW | $3.60 | | | SOUR CREAM CHIPS | $0.60 | | |
| MAYO | $0.05 | 10 | 10 | hot cheese curls | $0.60 | 2 | 1 |
| MUSTARD | $0.03 | 20 | 20 | | | | |
| KETCHUP | $0.03 | | | CHEESE PUFFS | $0.60 | 1 | 0 |
| JELLY | $0.08 | 20 | 0 | M OR L DEODORANT | $1.00 | | |
| OATMEAL CAKES | $0.40 | 5 | 0 | lady choice deodorant | $2.50 | | |
| MOON PIES | $0.70 | | 2 | LOTION | $2.00 | | |
| POP TART | $0.70 | | | POWDER | $2.00 | | |
| HONEY BUN | $0.70 | 3 | 3 | TAMPAX | $0.25 | | |
| | | | | CONTACT SOLUTION | $2.50 | | |
| banana crème cookie | $0.70 | | 5 | FOOT POWDER | $2.50 | | |
| vanilla crème cookie | $0.70 | 5 | 5 | CURL ACTIVATOR GEL | $1.75 | | |
| choc. Crème cookie | $0.70 | | | hair & scalp condition | $2.00 | | |
| strawberry crème cookie | $0.70 | 5 | 0 | magic shaving cream | $4.60 | | |
| m&m peanut butter bar | $0.70 | | | SHAVING CREAM | $0.10 | | |
| 3 MUSKETEER | $0.70 | | | BLISTEX | $1.25 | | |
| M&M PEANUTS | $0.70 | | | DOVE OR COAST SOAP | $1.50 | 1 | |
| SKITTLE | $0.70 | | | SOAP DISH | $0.50 | | |
| MILKYWAY | $0.70 | | | fixodent denture cream | $3.50 | | |
| SNICKERS | $0.70 | | | CONDITIONER | $1.75 | | |
| starlite mints or sour cher | $0.70 | 2 | 2 | DANDRUFF SHAMPOO | $1.75 | 1 | 1 |
| MR. GOODBAR | $0.70 | | | SHAMPOO | $1.75 | | |
| CHOC. CUP CAKES | $0.70 | 1 | 1 | TOOTH BRUSH | $1.25 | | |
| BUTTERFINGER | $0.70 | | | TOOTHE PASTE | $0.90 | | |
| CRUNCH BAR | $0.70 | | | BOXERS XXL XXXL | $3.10 | | |
| HERSHEY ALMOND | $0.70 | | | BOXERS S-M-L-XL | $2.75 | | |
| NUTRAGOUS | $0.70 | | | T-SHIRTS XXL XXXL | $2.35 | | |
| REESE CUP | $0.70 | | | T-SHIRTS S-M-L-XL | $2.00 | | |
| PAYDAY | $0.70 | | | SOCKS | $1.00 | | |
| BABY RUTH | $0.70 | | | CHESS | $5.25 | | |
| KIT KAT | $0.70 | | | CHECKERS | $5.00 | | |
| REESE STICKS | $0.70 | | | PUZZLES | $4.00 | | |
| ALMOND JOY | $0.70 | | | ROOK CARDS | $7.00 | | |
| SUGAR DONUTS | $0.70 | 1 | 1 | CARDS | $2.00 | 1 | 1 |
| CARROT CAKE | $0.70 | | | ORAL GEL | $3.50 | | |
| CHICKEN SOUP | $0.65 | | | thermal underwear sets | $15.00 | | |
| BEEF SOUP | $0.65 | | | HALLS | $1.00 | | |
| SHRIMP SOUP | $0.65 | | | TUMS | $1.00 | 1 | 1 |
| ASST. KOOLAID | $1.35 | 1 | 1 | REDMAN GOLD | $3.25 | | |
| | | | | timberwolf wintergreen | $4.00 | | |
| shower shoes s-m-l-xl | $3.85 | | | timberwolf straight | $4.00 | | |
| | | | | SUBSTITUTE? YES OR NO | | | |

Cherry OR GRAPE

EXHIBIT
2

THANK you for correcting my balance Ms. HABOOD.
It is now correct!!! IM ☺ !!!

419809151 DON SKELTON
                  Begin Balance: 103.90

```
10 STAMPED ENVELOPES    @ 0.50   5.00
50 COFFEE               @ 0.15   7.50
10 MAYO                 @ 0.05   0.50
20 MUSTARD              @ 0.03   0.60
2 MOON PIES             @ 0.70   1.40
3 HONEY BUNS            @ 0.70   2.10
10 COOKIES              @ 0.70   7.00
2 HARD CANDY            @ 0.70   1.40
1 CHOC CUP CAKE         @ 0.70   0.70
1 DONUTS                @ 0.70   0.70
1 KOOLAID               @ 1.35   1.35
13 CHIPS                @ 0.60   7.80
1 SOAP                  @ 1.50   1.50
1 DANDRUFF SHAMPOO       @ 1.75   1.75
1 CARDS                 @ 2.00   2.00
```

                  _____
                  Total Sales      41.30


Ending Balance:      62.60


_____
            Signed


COMMISSARY LINE 1
COMISSARY  LINE 2
COMMISSARY LINE 3
COMMISSARY LINE 4
COMMISSARY LINE 5