IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | |
|---|---|
| DON MICHAEL SKELTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:06cv1095-WKW |
| ) | |
| SHERIFF BILLY WAYNE FULMER, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF DERRICK BONE

STATE OF ALABAMA
COUNTY OF CHILTON

BEFORE ME, the undersigned authority, personally appeared Derrick Bone, who is known to me, and who being by me first duly sworn, states under oath the following:

My name is Derrick Bone and I am over the age of nineteen (19) years. I have personal knowledge of the matters set forth herein.

Attached hereto is an Inmate Incident Report describing the plaintiff's incident of theft signed by Jennifer Bland, the supervisor of the First Shift on May 11, 2005.

I discovered hygiene kits wrapped in laundry that the plaintiff was handling. There were approximately 6 hygiene kits that had been wrapped in inmates laundry and were in a laundry basket. The plaintiff told me that he had been given a direct order by Officer Cleckler to place the hygiene kits in the laundry. I checked with Officer Cleckler and he denied giving any such order. I recommended that the plaintiff be denied Trustee status and he was placed in a segregated cell with other inmates.

_____
DERRICK BONE

    Before me, the undersigned Notary Public, did personally appear Derrick Bone, who states to me that he is aware of the contents of the foregoing Answers to Interrogatories and that he did execute same voluntarily.

Sworn to and subscribed before me on this ____ day of _____, 2006.

_____
NOTARY PUBLIC    MY COMMISSION EXPIRES JUNE 11, 2008
Commission Expires:_____

| Chilton County Sheriffs Dept. | INMATE INCIDENT REPORT | Booking Number 200116601 |
|---|---|---|
| Printed: Wed May 11, 2005 | DON MICHAEL SKELTON (S419809151) | Booking Date AUGUST 17th, 2004 |

| Date Incident | Time | Officer | Subject |
|---|---|---|---|
| 2005-05-11 | 10:30 | 00CO3 BLAND, JENNIFER | REMOVED FROM A-POD |

Narrative

ON THE ABOVE DATE & APPROXIMATE TIME INMATE DON SKELTON WAS REMOVED FROM A-POD AND PLACED IN E-POD. SKELTON WAS PLACED IN E-POD FOR ISSUED UNAUTHORIZED HYGENE KITS TO INMATES IN B-POD WHEN RETURNING INMATES IN B-PODS CLOTHES FROM LAUNDRY. MOVED TO E-POD BY SGT. DERRICK BONE & OFFICER WESLEY RAGER.

## OTHER INCIDENTS

| Date Incident | Time | Officer | Subject |
|---|---|---|---|
| | | | |

Officers's Signature: *Jennifer Bland*   Date: 5-11-05   Time: 1100
00CO3 BLAND, JENNIFER

Page 1