IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON MICHAEL SKELTON, #194433, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-195-WKW |
| | ) |
| BILLY WAYNE FULMER, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On May 5, 2006, counsel for the defendants erroneously filed a motion to dismiss. This motion is not properly before the court as the defendants submitted the motion without permission of the court. *See Order of March 2, 2006 - Court Doc. No. 4* at 2 ("No . . . motion to dismiss . . . [may] be filed by any party without permission of the court."). The aforementioned order further directed that "[i]f any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court [without the requisite permission having been granted], the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court." *Id.* Accordingly, it is

ORDERED that the motion to dismiss electronically filed by the defendants on May 5, 2006 be stricken from the file.

Done this 8th day of May, 2006.

/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE