In The United States District Court
For The Middle District of Alabama
Northern Division

Don Michael Skelton,
    Plaintiff,

v.

Billy Wayne Fulmer,
et. al.,
    Defendants.

Case No. 2:06-cv-195-WKW

2006 MAY 23 A 9:37

## Motion For Extention of Time To File Response.

Comes now the plaintiff, Don M. Skelton, pro-se in the above styled cause, and respectfully moves this Honorable Court for an extention of time in which to file his response to the defendants' Special Report and for good cause states the following:

1.) This court ordered that the plaintiff file/answer the Special Report submitted by the defendants on May 5, 2006, on or before May 30, 2006.

2.) The Special Report was received by plaintiff on May 8, 2006 by mail.

3.) Due to circumstances beyond plaintiff's control he cannot complete his response by May 30, 2006, in time for filing in this court. As cause for the delay plaintiff avers that the law library is closed and has been since May 19, 2006 when the officer in charge of the library took time off to attend a training seminar, it will not re-open until May 30, 2006, and because of the shortage of staff and the over-crowded conditions a regular officer will not be available to operate the library.

4.) Plaintiff has made a diligent effort to have the response ready for the May 30, deadline, however the closing of the library recently took everyone by surprise that uses the library. Plaintiff has secured someone to help with the response, but we are unable to research the law at this time, and will not be able to do such until May 30. The parties in this action will suffer no prejudice should this motion be granted, but rather, the response will be more concise and clear as to the issues involved.

Wherefore, the plaintiff prays this Honorable Court to grant an 11 day extension of time for plaintiff to file his response, which would be on or before June 9, 2006. Respectfully submitted, on this the 20 day of May, 2006. _Don Michael Skelton_
Don Michael Skelton *
194433
V.C.F. - P.O. Box 767
Clayton, AL. 36016

(2)

## Certificate of Service

I hereby certify that I have mailed a copy of the foregoing to counsel for the defendants in this case by placing same in the U.S. Mail, postage prepaid, first class mail, on this the 20th day of May, 2006, and properly addressed as follows:

Hon. C. Winston Sheehan, Jr.
   Attorney at Law
2000 Interstate Park Dr. Suite 204
P.O. Box 2148
   Montgomery, AL. 36102-2148

                            Don Michael C. Skelton
                            DON MICHAEL SKELTON
                            # 194433