IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | |
|---|---|
| DON MICHAEL SKELTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:06cv195-WKW |
| ) | |
| SHERIFF BILLY WAYNE FULMER, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE MOTION TO DISMISS

COME NOW the Defendants, and move this Honorable Court to allow the Defendants to file for consideration by the Court the attached Defendants' Motion to Dismiss. As grounds for said motion the attorney for the Defendants shows unto this Honorable Court as follows:

The Plaintiff failed to exhaust his administrative remedies while incarcerated at the Chilton County Jail and is now seeking an extension of time in which to drag this matter out (Doc. # 23).

The resolution of the Defendants' Motion to Dismiss will dispose of all matters in an expeditious and meaningful way. By addressing the Motion to Dismiss this matter can be disposed of without additional time and effort by the Court.

The Defendants respectfully request this Honorable Court to allow the Defendants' Motion to Dismiss in this action.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for the Defendants

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222


## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Don Michael Skelton
#194433    7B-28T
Ventress Corr. Facility
PO Box 767
Clayton, AL 36016

/s/ C. Winston Sheehan, Jr.
OF COUNSEL