IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON MICHAEL SKELTON, #194433, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-195-WKW |
| BILLY WAYNE FULMER, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file a motion to dismiss filed by the defendants on May 24, 2006 (Court Doc. No. 24), and as the failure to exhaust administrative remedies which were once but are no longer available to the plaintiff does not warrant dismissal of this civil action under 42 U.S.C. § 1997(e)(a), *see Booth v. Churner*, 532 U.S. 731, 121 S.Ct. 1819, 1820 (2001), it is

ORDERED that this motion be and is hereby DENIED.

Done this   25th   day of May, 2006.

　　　　　　　　　　　　　　　　　　**/s/ Delores R. Boyd**
　　　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE