IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Don Michael Skelton, <br>     Plaintiff, <br><br> vs. <br><br> Billy Wayne Fulmer, <br> et.al., <br>     Defendants. | Case No. <u>2:06cv-195-WKW</u> |

## AFFIDAVIT OF DON MICHAEL SKELTON

Before me a Notary Public in and for the State of Alabama at large, appeared Don Michael Skelton, who being known to me, and being by me first duly sworn, states the following:

My name is Don Michael Skelton, and I am over the age of nineteen (19) years. I am in sound mind, and this affidavit is in support of my civil complaint referenced above, and pertains to the time I was incaecerated in the Chilton County Jail to the present.

I entered the Chilton County Jail in August, 2004, and was transfered to the Alabama Department of Corrections in March, 2006. In August, 2004, at the jail I did not have any problems with my skin. When I left the jail in March, 2006, I had a severe skin problem. After a couple of months being in the jail I complained of having a rash on the left side of my body. I sent several sick call slips in, and finally Officer J.D. Davis saw me. He gave me a bar of "Dove" soap to use, that was it. The soap did not help, and I saw him again in another month, at this point the rash had spread to the right side of my body; my feet; my back; and my shoulders. Officer Davis called an outside doctor to come and look at me. She was an elderly lady, whose name I cannt recall, but she gave a couple of steroid shots, some pills, and a cream to rub on the rash. She said "something in the environment is causing the rash."

The jail deducted money from my account for the seeing the doctor and for the medicine that had been prescribed, and continued to do such thereafter. When I got transfered to Kilby Correctional Facility in March, 2006, the health provider their basically continued the same care with me using a cream, but it was getting worse, and when I got to Ventress Correctional Facility the rash was covering 80% of my body and very painful. The admitting Lt. at V.C.F. had me go the infirmary that day to get checked. The nurses in the firmary called the doctor and he gave an Order to give another steroid shot and he would see me in the morning. The next day when I saw the doctor, he ordered several days of steroid shots, antibiotics, and steroid cream, within a week my rash started to clear-up, but I was in an awful lot of pain. I continue to use a steroid cream to this day as prescribed by the doctor here at V.C.F.

Concerning the defendants saying I stole hygiene kits from the laundry I deny that allegation emphatically, such was not the situation. John Hodge and I worked in the laundry room at Chilton County Jail for awhile. One day Mrs. Haygood came by the laundry room and John asked her if he was approved for work release, Mrs. Haygood said no, "the Warden did nit approve you." I asked if I was approved and she said, "yes, the warden did approve you." A couple of days after this conversation I was picking-up the laundry for "B" pod and an inmate named Damon Franklin approached me and asked if I could bring him some soap from the laundry. I told him I could not do that without permission. He went to the intercom and ask Officer Clecker who was working the pod then if I could get him some soap because his "backside" was dirty. Two other inmates heard him ask and they to asked if they could get some soap and toothpaste. I asked Officer Clecker if he wanted me to get soap and toothpaste for them, since I had to go back to the laundry with their clothes. He said, "I guess so.". This event was right before the 2pm shift change of the guards. I went to the laundry room with the dirty laundry bags.

-2-

When the laundry was finished I put the 3 hygiene kits in the inmates' laundry bags. The hygiene kits are very small and contain 1 2"x2" bar of soap; 1 very small tube of toothpaste; 1 small disposable toothbrush; and a small stick of deoderant. These items do not last for more than 2-3 showers under normal use. When I went back to "B" pod Sgt. Bone was there and he asked me if I had any contraban in the buggy. I said no, except that I did have 3 hygiene kits for the inmates that Officer Clecker authorized me to get for them. Sgt. Bone then searched the buggy and found the kits, and said I stole them, and then placed me in punitive cell "E" pod. I had money on the books at that time, and I was approved for work release according to Mrs. Haygood, it makes no sense for me to steal a $1.00 hygiene kit, I would not jepordize my opportunity for work release by doing something stupid.

During my stay in the jail I did file several grievances concerning the way the clothes were washed and returned wet, and damp, and that we had to sleep in the uniforms if you did not have underwear, which was taken from me and others upon admittance to the jail. These grievances do not get mentioned in the special report by the defendants, however they were filed along with my complaints of the skin problem I was having, and in which I did eventually see the doctor, all this should be documented as the defendants have failed to produce them in the report.

I am providing affidavits of Franklin Patterson; Charles Carrick; Derrick Campbell;     and Mrs. Tucker, which are marked as **Exhibits: A, B, C, D,** respectively, plus I am providing a copy of the inmate property sheet which shows that my underwear was taken from me on admittance, marked as **Exhibit E** ; and my **Inmate Screening Form**, which shows that I did not have any skin problems when I entered the Chilton County Jail, marked as **Exhibit F**.

**I swear under the penalty of perjury that the above statements by me are true and correct to the best of my knowledge, I also swear that the exhibits provided are true and unaltered as I have received them from the various people listed on them, so help me God!**

Don Michael Skelton, #194433

Sworn to and Subscribed before me on this the 25th day of May, 2006.
My Commission Expires August 18, 2007
My Commission Expires

Carolyn Abercrombie, COI,
Notary Public

-3-