Barbour County
State of Alabama

Re:
CASE NO. 2:06cv-1¤95-WKW

## AFFIDAVIT OF FRANKLIN PATTERSON

Before me, a Notary Public in and for the State of Alabama at large, appeared Franklin Patterson, #186202, who being known to me, and who being duly sworn by me, states the following under oath:

My name is Franklin Patterson, and I am over the age of nineteen (19) years. I am in sound mind and have knowkedge of the complaint filed in the above referenced case. I was admitted to the Chilton County Jail on 6/10/05 after I was sentenced. I remained in the jail until 9/27/05 when I was transferred to the Department of Corrections to serve my sentence imposed by the court. When I was admitted to the Chilton County Jail, all my clothing was taken from me including my under shorts and under shirt, and I was given a uniform, but no underwear to wear.

I was issued a hygiene kit, which contained a small bar of soap, the soap was depleated after 2 showers and I could not get another bar until I had money to pay for it. I slept in "C" Pod and in my cell there were 3 other men. I had to sleep on the floor and eat my meals on the floor.

While I was at Chilton County Jail there was always 65 to 80 inmates in our pod. The bathroom in our cell was used many times by other inmates who came from another pod, because there toilet was broken. The Warden made me a trustee and I worked in the laundry. I was told by the Warden, Shane Lockhart, not to put "Clorox" in the wash when I was doing the inmate uniforms and sheets, or I would receive a disiplinary and go to "E" pod which is a punish- ment pod. I worked in the laundry for 15 hours a day sometimes more, because the machines, 1 washer and 1 dryer were always breaking-down. I was told not to dry the clothes and sheets for "C", "D", and "E" pods most of the time, since the dryer was not capable of functioning  after doing "A", and "B" pods. The clothes for C, D, And E pods always went back wet or damp. Mrs. Rebecca also told me not to put "Clorox" in the laundry for the uniforms and sheets, she said that the Clorox was for the kitchen rags.

The detergent I was given to use for the uniforms and sheets had marked on the label something about corrosive with a picture of a skull and cross bones on it. The label said to use gloves and goggles and mask when using. I was never given gloves, mask or goggles when I worked in the laundry.

Pex-"A"

cont.-

     While working in the laundry and using the detergent given to me, my eyes would burn, and my sinuses developed an infection.

     About one month after being in Chilton County Jail I developed a rash on my arms, legs and chest. I still have some of the rash present on chest area. I had to buy medicene from the Department of Corrections when I got to Kilby Correctional Facility on 9/28/05, and still continue to buy it on the store here at V.C.F.. The health provider has told me that I have gotten a fungus that takes a long time to heal. While at Chilton County Jail, the inmate population was always between 240 and 300 inmates, everything was breaking down from the kitchen to the laundry to the pods.


     I swear under the penalty of purjury that the above statement by me is true and correct to the best of my knowledge, so help me God!

Franklin Patterson, #186202
Ventress Correctional Facility
P.O. Box 767
Clayton, Al. 36016-0767

Sworn to and subscribed before me on this 23 day of May ,2006.

My Commission Expires August 18, 2007
_____
**Commission Expires**

Carolyn Abercrombie, CO I,
**Notary Public.**

                                                        -2-