IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Barbour County
STATE OF ALABAMA

Re: CASE NO. 2:06cv-195-WKW

## AFFIDAVIT OF CHARLES C. CARRICK

Before me a Notary Public, in and for the State of Alabama at large appeared Charles C. Carrick, #245084, and who being known to me, and being duly sworn by me states the following:

My name is Charles C. Carrick, and I am over the age of nineteen (19) years, and in sound mind. I have personal knowledge of the above referenced action, and therefore am providing this affidavit.

I was admitted to the Chilton County Jail on December 8, 2005, after I was sentenced for the offense I am now serving. I stayed in the county jail until April 21, 2006, when I was transfered to Kilby Correctional Facility to go through orientation and screening in the A.D.O.C.. When I was in the county jail I was housed in "D" pod the entire time of my stay there. The cell I had been assigned had three (3) other men in it. There were only 2 beds and I had to sleep on the floor the entire time.

Upon admittance to the Chilton County Jail I had all my clothing taken from me, this included my socks; T-shirt; and under shorts. I was given a uniform to wear, but no underwear, and a pair of "flip-flops". I received a hygiene kit which contained a small bar of soap, the kind you get in a hotel or motel. The soap lasted me for two showers and then when I requested another I had to wait 6 days before I recieved it. All the time I showered in cold water.

During my stay in Chilton County Jail I was allowed outdoors approximately 6 times for recreation, for 15 minutes at a time. The one time I stayed outdoors longer was when the plumber came to unclog the shower drains. He poured some chemical in the drains and it gave off a terrible smell, which also caused my eyes to burn and tear, it wasn't until the fire department came and told the officers to put us outside, I was exposed to the fumes for about 45 minutes. All of the inmates, myelf included stayed outdoors for about an hour until the firemen said it was alright to go in.

After 2 weeks in the jail I started to break out in a rash on my legs; arms; stomach and back. I had to have anti-biotics given to me when I got to Kilby Correctional Facility, and the doctor there said something about a staff infection. To this day I still itch from it and have scars where the rash was.

P = x - "B"

The majority of time that I stayed at the jail I was cold and hungry. I had a public defender appointed to me but he would not accept my collect calls from the jail. Since I had no money I could not buy the stamped envelope for .50¢ that it cost and the jail does not give free postage or stationary, or offer to let you call the lawyer. I could not get in touch with the court or file any motions on my own because the jail does not have a law library, so I could not get any help for anything. The jail was so over-crowded that at all times I could reach out and touch someone, it was a nightmare.

    I swear under the penalty of perjury that the above statements by me are true and correct to the best of my knowledge and belief, so help me God!

*Charles C Carrick*
Charles C. Carrick, #245084
Ventress Correctional Facility
P.O. Box 767
Clayton, Al. 36016-0767

Sworn to and subscribed before me on this 23Rd day of May, 2006.

My Commission Expires August 18, 2007
_____
My Commission Expires.

*Carolyn R. Abercrombie*
Carolyn Abercrombie, CO.I,
Notary Public.

-2-