IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BARBOUR COUNTY  
STATE OF ALABAMA

RE: CASE NO. 2:06cv-1995 WKW

## AFFIDAVIT OF DERRICK CAMPBELL

Before me, a Notary Public, in and for the State of Alabama at large, appeared Derrick Campbell, #245086, who is known to me, and who being by me first duly sworn, states under oath the following:

My name is Derrick Campbell, I am over the age of nineteen (19) years. I was an inmate at Chilton County Jail from November 8, 2005, until approximately March 13, 2006, and therefore, I have knowledge of the issues raised in the above referenced complain.

While I was in the Chilton County Jail, I stayed naked when the laundry washed uniforms, because I did not have any underwear. When I entered the jail, after being sentenced, all my clothing was taken from me including underwear, and I was issued a uniform, but no underwear. I was told I could not have my under shorts because they had "cartoon characters" on it, and had the color of blue in it. I would remain naked covered with my sheet only iuntil the uniforms came back from the laundry, they always damp, sometime outright wet, and this gave me a chill when I put them on and I caught a cold. I was housed in "C" Pod, cell 17.

I could not call my lawyer, and I could write to him as I had no funds to buy a stamped envelope, and the court appointed lawyer would not accept my calls. The Jail did not have a law library, and I could not reference my case, until I got to the Alabama Department of Corrections. The officer who admitted me me on 11/0/05 at the jail, gave me a small bar of soap, which I used-up in a week after takin two showers that I was permitted to take. I asked the officer for another bar of soap, and he chewed-me out for asking and told me to buy one.

I was in C-Pod with 3 other men, and all the time I was there I had to sleep on the floor. I also ate my meals on the floor as there were no seats available because of the over-crowding. C-Pod was built to house 40 men, yet while I was there from 11/8/05/ to 3/13/06 the count was ....

PEx "C"

-always over 60 men, sometimes 70. The shower was always cold and I stayed cold the entire time I was at Chilton County Jail. We had recreation for 15 minutes in the yard one time while I was there.

The meals were never served with juice, milk or tea, we had to drink water with ever meal, except on Sunday morning at breakfast we received a cup of coffee. My small plastic spoon and cup was never sterilized or washed in hot water because there wasn't any.

I swear under the penalty of perjury that the foregoing statement by me is true and correct to the best of my knowledge, so help me God!

                                                Derrick Campbell, #245086
                                                Ventress Correctional Facility
                                                P.O. Box 767
                                                Clayton, Al. 36016-0767

Sworn to and subscribed before me on this the 29th day of May, 2006.

My Commission Expires August 18, 2007
_____
Commission Expires

                                                Notary Public, Carolyn Abercrombie,
                                                      Correction Officer I