| Chilton County Sheriffs Dept. | INMATE PROPERTY LOG | Booking Number 200115352 |
|---|---|---|
| Printed: Thu Apr 29, 2004 | DON MICHAEL SKELTON (S419809151) | Booking Date APRIL 29th, 2004 |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| $263.00 | $1.21 | $50.00 | | $314.21 |

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | PR BOXERS | | |
| 1 | PR SHOES | | |
| 1 | SHIRT | | |
| 1 | PR JEANS | | |
| 1 | BELT | | |
| 1 | WATCH | | |
| 1 | COMB | | |

Notes    BOX 78/TAG 1008966

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.
Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.
Officers's Signature _____ Date: 04-29-04 Time: 11:15

### ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.
Inmate's Signature  Don M. Skelton    Date: _____ Time: _____
Officers's Signature William Scarbrough    Date: 04-30-04 Time: 11:00

Page 1

PEx-"E"

| Chilton County Sheriffs Dept. | **MEDICAL SCREENING FORM** | Booking Number 200115352 |
|---|---|---|
| Printed: Thu Apr 29, 2004 | DON MICHAEL SKELTON (S419809151) | Booking Date APRIL 29th, 2004 |

### ADMISSION OBSERVATIONS

| Question | Y/N | Question | Y/N | Question | Y/N |
|---|---|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations

### INMATE QUESTIONNAIRE
**HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?**

| Condition | Y/N | Condition | Y/N | Condition | Y/N |
|---|---|---|---|---|---|
| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | Y **N** |
| Tuberculosis | Y **N** | Hypertension | Y **N** | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | Y **N** | Pregnant/Recent Delivery | Y **N** | | |

Doctors Name and Address
NONE

Health Insurance
NONE

Special Diet
NONE

Prescriptions/Medications
NONE

Drug Allergies
NONE

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _Don M. Skelton_  Date: ____04  Time: __15

Officers's Signature _____  Date: 04-29-04  Time: 21:15
00C09 PARKER, KAYE

Page 1

PEX-"F"