May 20, 2006

Edna Tucker
924 Whaley Way
Fultondale Al 35068
Re: Don Michael Skelton A.I.S# 194433

To Whom It May Concern:

My journey to get my son, Mike, out of Chilton County jail was a very long and trying one; which could have been shortened by one year plus; had his parole officer, Mark Alexander, had done his job in a reasonable time frame.

I talked to him several times about transferring Mike to a state prison so he could enter a drug program. He was not at all truthful when he told me over and over that he had nothing to do with Mike being held in the county jail.

I found out in 2006 after months and months of phone calls since 2004 that Mike had an outstanding fugitive warrant on him. That I couldn't understand because Mike had turned himself in to Mark Alexander in 2004 and was incarcerated in Chilton County jail. As soon as I found out about the warrant I called Mr. Alexander

PEx-"G"

all D.O.C. did was to send to the warden the number of available beds and it was up to him to send whomever he chooses. She also told me to call Chilton County back and talk with Ann Davis, the assistant warden which I did.

Mike was transferred that evening. I really appreciate your time

Thank You,

Edna Tucker

*[Notary stamp: Deborah Lynn Carroll Herring, Notary Public, State of Alabama, COMM. EXP. 9-12-2009]*

P.S. Enclosed please find a copy of my phone bill.

I also want you to know that Mike called me one day and told me that someone had sprayed the jail for insects with some type of acid and the inmates was coughing and complaining of burning eyes and throats due to the lack of ventilation. After reporting the instance to Osha in Mobile the inmates were let out in the yard for fresh air.

Thank You Again
My phone number if you need it
205-849-6713

again and he assured me that he had nothing to do with holding Mike, that it was up to D.O.C. I called D.O.C and ask about the warrant. D.O.C told me that Mark Alexander had signed the warrant and to call him. I called him and he reiterated his previous statement. I called D.O.C and talked to Ms. Mary Bradley. She referred me to Ms. Linda Miller. I repeated my story for the humptent time to Ms. Miller. She was such an enormous help. She told me that Mike would have been eligible for a transfer to the state prison in 30 days if Mark Alexander had filled out a short and simple form. "Not complicated at all", Ms. Miller said. The inmates name, A.I.S number and date then fowarded it to D.O.C. After Ms. Miller cleared the paper work, I called the warden at Chilton County jail and ask if he would transfer Mike so he could start the drug program that the parole board had recommended. He told me that he had nothing to do with who was transferred that D.O.C sent him a list of names to transfer which is not true because I called D.O.C, Ms. Miller, again and she told me that