Barbour County  
STATE OF ALABAMA

RECEIVED  
2006 JUN -9 A 9: 40

Re: <u>Skelton v. Fulmer</u>,  
Case No. <u>2:06cv-0195-WKW</u>

<u>AFFIDAVIT IN SUPPORT OF DOCUMENTS</u>  
<u>SUBMITTED AS EXHIBITS "H - K".</u>

Before me, a Notary Public in and for the State of Alabama at large, appeared Don Michael Skelton, #194433, who being known by me, and who being first duly sworn by me states the following:

My name is Don Michael Skelton, and I am over the age of nineteen (19) years. This affidavit is prepared by me in support of the above referenced case, and to attest to the documents attached as being genuine as I have received them from the various sources. They have not been altered or changed by me in any form or fashion, and I hereby submit them as evidence in support of my 42 U.S.C. §1983 complaint.

The documents are listed as follows:

**PEX-"H"**, represents a reuest slip I filed at the Chilton County Jail on October 1, 2004, reuesting to go to the law library. I never was allowed to go to the law library the entire time I was incarcerated at the Chilton County Jail.

**PEX-"I"**, represents a "Identification of Special Needs" form from Prison Health Services, Inc., the inmate health provider for A.D.O.C., dated 3/16/06, after my arrival at Kilby Correctional Facility, from the Chilton County Jail, and shows that I was treated for my "skin problems".

**PEX-"J"**, represents a "Identificatio of Special Needs" form of Prison Health Services, Inc., dated 4/7/06, upon my arrival at Ventress Correctional Facility, and is self-explanatory as to seeing the doctor and treatment for my "skin problems".

**PEX-"K"**, represents a "Identification of Special Needs" form of Prison Health Services, Inc., dated 4/10/06, and it shows that I had to be treated with a more potent steroid medication than what I was originally getting at the jail and upon admission to the A.D.O.C.. I am still being treated with steroids at this writing.

I swear under the penalty of perjury that the attached documents listed as **PEX "H thru K"**, are true and correct copies as I have received them, so help me God!

Respectfully submitted;

*Don Michael Skelton*
Don Michael Skelton, #194433
Ventress Corr. Facility
P.O. Box 767
Clayton, Al. 36016-0767

Sworn to and subscribed before me on this the 7th day of June, 2006.

My Commission Expires August 18, 2007
———————————————
My Commission Expires

*Carolyn Abercrombie, COI*
Carolyn Abercrombie, COI,
Notary Public.

-2-

CHILTON COUNTY JAIL
INMATE REQUEST FORM

DATE: 10-1-04    CELL: C001
NAME: Don Michael Skelton

CHECK ONLY ONE OF THE FOLLOWING, IF MORE THAN ONE IS CHECKED FORM WILL BE VOIDED.

___ GRIEVANCE    ___ CHARGES/ BOND INFO.    ___ MONEY ON BOOKS INFO

___ HYGIENE REQUEST  (NO MONEY ON BOOKS FOR 30 DAYS)

___ PROPERTY INFO    ___ VISITATION SLIPS    ✓ OTHER

STATE YOUR REQUEST OR GRIEVANCE AND GIVE TO OFFICER: I am a D.O.C. inmate parole violation case. Please make arrangements for me to get to a law library. I have several motions I need to file which have deadlines.

**Do not write below this line**

Officer receiving request: Hubbell
Date: 10/3   Time: 0535

**ACTION TAKEN**

DATE: 10/3/04    TIME: 22:45

Mr. Skelton,
When we have an Officer available we will take you to the Law Library. We do not have one here.

ACTION TAKEN BY: [signature]
REQUEST FORMS WILL BE COMPLETED AND PLACED IN INMATE'S FILE. INMATES WILL RECEIVE A COPY WHEN A WRITTEN RESPONSE IS REQUIRED

It is now 10/07/05 1 year later PEX "H" AND still they wont let me go to law library. Do you think they ever will?



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: _____

To: _____

From: _____

Inmate Name: _____ ID#: _____

*(handwritten, top right:)*
1-L T-shirts
1- PM Boxers
1- Socks
1-36 Pants
2- Sheets
1- Towels
1- Baby cloth
1- Blanket

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

Comments: _____

*(handwritten comments, largely illegible)* ...Apply AFTER warm ... entire body. Leave ... Please ... need clothes, linen ... etc.

Date: _____ MD Signature: _____ Time: _____

60418

PEx "I"

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _____
          LAST      FIRST      MI

DATE OF BIRTH _____ SS# _____

**Housing Recommendations:**

 General Population _____

 Medical Observation Unit _____

 Lower Level/Lower Bunk _____

 Suicide Precautions _____

 Special Watch (15 Minute Checks) _____

 Isolation _____

 Initiate Universal Precautions _____

**Individual found to be:**

 Frail/Elderly _____

 Physically Handicapped _____

 Developmentally Disabled _____

 Drug/Alcohol Withdrawal _____

 Special Mental Health Needs _____

 Expressed Suicidal Ideation _____

 History of Seizures _____

 Other _____

 Specify _____

Nurse _____  Date _____

*[Handwritten notes on right side: 4/10/04 time 0001AM M.D. to see inmate Monday d/cont previously ordered home meds. Triamcinolone cream apply to rash as needed until seen by M.D. X1 tube ...]*

PEx "J"

GLF 1005  Original/Classification  Second Copy/Booking Staff  Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Shelta_____ A._____
                           LAST               FIRST        MI

DATE OF BIRTH ___7-11-_____ SS# _____

**Housing Recommendations:**

    General Population _____  
    Medical Observation Unit _____  
    Lower Level/Lower Bunk _____  
    Suicide Precautions _____  
    Special Watch (15 Minute Checks) _____  
    Isolation _____  
    Initiate Universal Precautions _____

(1. Arcadia 4mg ... QL x 3d @ 5AM

4/10 ___ AM ___ 2PM

4/11 DT

4/12 CG

**Individual found to be:**

    Frail/Elderly _____  
    Physically Handicapped _____  
    Developmentally Disabled _____  
    Drug/Alcohol Withdrawal _____  
    Special Mental Health Needs _____  
    Expressed Suicidal Ideation _____  
    History of Seizures _____  
    Other _____  
    Specify _____

(2. Diamondine 1% oin topical qd x 9d
4/10/06 — 9/10/06

4-10-06 (2 Tubes given)
T.S.

Nurse _____  Date _4/10/06_

PEx "K"

GLF 1005     Original/Classification     Second Copy/Booking Staff     Third Copy/Medical Unit

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing response with exhibits and affidavits attached to counsel for the defendants by placing same in the U.S. Mail, postage prepaid, First Class Mail, on this the 7th day of June, 2006, and properly addressed as follows:

Hon. C. Winston Sheehan, Jr.
Attorney for the Defendants
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Al. 36102-2148

*Don Michael Skelton*
Don Michael Skelton, #194433
Ventress Correctional Facility
P.O. Box 767
Clayton, Al. 36016-0767