IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON MICHAEL SKELTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:06cv195-WKW |
| ) | |
| SHERIFF BILLY WAYNE FULMER, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## JURY DEMAND

TO:   Don Michael Skelton, Plaintiff

Please take notice that, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Sheriff Billy Wayne Fulmer, Shane Lockhart and Derrick Bone, defendants, hereby demand a jury trial in the above-entitled action.

Dated June 14, 2006.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for the Defendants

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

CERTIFICATE OF SERVICE

      I hereby certify that on June 14, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Don Michael Skelton
#194433    7B-28T
Ventress Corr. Facility
PO Box 767
Clayton, AL 36016

                                      /s/ C. Winston Sheehan, Jr.
                                      OF COUNSEL