IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

DON MICHAEL SKELTON
   PLAINTIFF,

VS.

BILLY WAYNE FULMER
et al.
   Defendants

CASE NO. 2:06 cv 195-WKW

RECEIVED 2006 JUN 16 A 9:49

MOTION FOR EXTENSION of time to respond to defendants ANSWER TO COMPLAINT.

Your HONOR,

Please grant me a 30 day extension to research and respond to the 33 defenses that Billy WAYNE FULMERS LAWYER'S sent me. I am presently in the CRIME Bill Program here at Ventress Correctional Facility and it is a 7 day a week Program and my access to the law library is very limited.

Thank you for your consideration in this matter and I pray you grant me this motion.

JUNE 13, 2006                Respectfully  Don Michael Skelton
                                           DON MICHAEL SKELTON
                                           #194433

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

6/13/06

TO THE CLERK

## "CERTIFICATE OF SERVICE"

I Hereby swear under oath I sent a hand written copy of the motion FOR EXTENSION of Time To Respond to defendants answer to complaint TO The defendants ATTORNEY AT the Address below

BALL, BALL, MATTHEWS & NOVAK, P.A.
ATTORNEYS AT LAW
P.O. BOX 2148
MONTGOMERY, ALABAMA
    36102-2148

I mailed it the same time as I mailed this letter.

Respectfully Don Michael Skelton #194433
        DON Michael SKELTON

## THANK YOU!

1. 1 motion sent To defendants ATTORNEY
2. 1 motion sent with this Certificate of service to CLERK.