N266

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

RECEIVED

IN THE UNITED STATES DISTRICT COURT  2006 AUG -3 A 10: 20

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION.

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

\*

DON MICHAEL SKELTON,    \*

    PLAINTIFF.    \*    CASE NO. 2:06CV 195 -WKW

VS.    \*

BILLY WAYNE FULMER,    \*

    DEFENDANT, et al.    \*

### REQUEST FOR AN ORDER TO PRODUCE DOCUMENTS.

COMES NOW DON MICHAEL SKELTON, PLAINTIFF IN THE ABOVE-STYLE CAUSE, AND HE MOVES THIS HONORABLE COURT PURSUANT TO RULE 7(B)(1) OF THE F.R.CIV.P., FOR AN ORDER TO THE NAMED DEFENDANTS TO PRODUCE TO THE PLAINTIFF, DON MICHAEL SKELTON, DOCUMENTS RELEVANT TO PREPARATION FOR TRIAL BY JURY. AS GROUNDS FOR SAID ORDER TO BE GRANTED, PLAINTIFF SHOWS THE FOLLOWING:

### GROUNDS IN SUPPORT.

THE NAMED DEFENDANTS IN THIS CAUSE HAVE MOVED THIS COURT FOR A TRIAL BY JURY. PLAINTIFF SHOWS THAT WITHOUT THIS COURT ORDERING PRODUCTION BY THE DEFENDANTS OF THE REQUESTED DOCUEMENTS NAMED HEREIN, PLAINTIFF CAN NOT PROPERLY PREPARE HIS CASE FOR TRIAL BY JURY, OF WHICH PLAINTIFF HIMSELF HAS REQUESTED IN THIS CAUSE.

### DOCUMENTS REQUESTED FROM DEFENDANTS.

THE RECORDS AND/OR DOCUMENTS REQUESTED BY THE PLAINTIFF ARE FROM THE DATES OF JULY OF 2004 thru MARCH OF 2006.

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

I. Plaintiff request copies be produced of medical records that show prisoners of the Chilton County, Alabama Jail who were treated for the following:

1. Skin rashes
2. Staph infections
3. Lice & crabs
4. Injuries pursuant to assault
5. All medical treatment received by plaintiff during his incarceration at the Chilton County, Alabama Jail.

<u>RELEVANCE</u>

These documents would show that due to extreme over-crowding of the jail, spread of infectious diseases are common and security for inmates inadequate.

II. Plaintiff request copies of documents that set forth the distribution of personal hygiene to inmates at the Chilton County, Alabama Jail as to its schedule of issuance, type, quantity, and adequancy to its purpose.

<u>RELEVANCE.</u>

Due to the extreme over-crowding, these documents would show that the procedure used by the Chilton County, Alabama Jail as to hygiene are inadequate and discriminatory to those who are indigent.

# STATE OF ALABAMA
### Department of Corrections
*Inmate Stationery*

III. PLAINTIFF REQUEST COPIES OF THE CHILTON COUNTY, ALABAMA JAIL BED ROSTERS FROM THE DATES OF JANUARY 1, 2004 thru DECEMBER 31, 2005. THESE DOCUMENTS ARE NEEDED FOR:

**RELEVANCE:**

THESE DOCUMENTS WOULD SHOW THAT THE CHILTON COUNTY, ALABAMA JAIL MAINTAINED AN UNSAFE AND UNSANITARY ENVIROMENT FOR THE PLAINTIFF AND OTHERS ALIKE. INMATES AND PLAINTIFF WERE FORCED TO SLEEP BY THE TOILET WHERE OTHER INMATES USED DURING THE NIGHT LITERALLY IN THE FACES OF THOSE WHO SLEPT IN THE CELL.

IV. PLAINTIFF REQUEST COPIES OF ALL DOCUMENTS PRETAINING TO THE PURCHASES OF JUICE DISTRIBUTED TO INMATES FROM JANUARY 1, 2004 thru DECEMBER 31, 2005 AND COPIES OF ALL FOOD GUIDELINES AND PROCEDURES FOR THE CHILTON COUNTY, ALABAMA JAIL FOR THE DATES OF JANUARY 1, 2004 thru DECEMBER 31, 2005.

**RELEVANCE.**

DOCUMENTS WOULD SHOW THE JAIL FACILITY WAS WELL BELOW STANDARDS OF THE DAILY REQUIRED DIETS FOR THE PLAINTIFF AND OTHERS HOUSED IN THE JAIL AND THAT UNSANITARY CONDITIONS EXISTED IN THE PREPARATION AND DISTRIBUTION OF FOOD TO THE PLAINTIFF.

# STATE OF ALABAMA
## Department of Corrections
### Inmate Stationery

## CONCLUSION.

WHEREFORE, PREMISES CONSIDERED, AND FOR GOOD CAUSE SHOWN, PLAINTIFF MOVES THIS HONORABLE COURT TO GRANT HIS REQUEST FOR PRODUCTION OF DOCUMENTS IN THIS CAUSE.

ON THIS THE 31st DAY OF JULY, 2006.

*Don Michael Skelton*
DON MICHAEL SKELTON
PLAINTIFF.

## CERTIFICATE OF SERVICE.

I HEREBY DECLARE THAT I HAVE ON THIS DATE CAUSE A COPY OF THE FOREGOING DOCUMENT TO BE SERVED UPON ALL PARTIES TO THIS ACTION BY PLACING COPIES TO EACH PROPERLY ADDRESSED AND POSTAGE PREPAID BY ME.

OFFICE OF THE CLERK
U.S. DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

*Don Michael Skelton*
DON MICHAEL SKELTON
P.O. BOX 767
CLAYTON, ALABAMA
36016

OF COUNSEL.
BALL, BALL, MATTHEWS & NOVAK, P.A.
C/O WINSTON SHEEHAN, JR.,
2000 INTERSTATE PARK DRIVE
SUITE 204
P.O. BOX 2148
MONTGOMERY, ALABAMA
36102-2148