IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON MICHAEL SKELTON, #194433, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-195-WKW |
| | ) |
| BILLY WAYNE FULMER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the request for order to produce documents filed by the plaintiff on August 3, 2006 (Court Doc. No. 33), which the court construes as a motion for production of documents, and as the defendants have produced all documents relevant and necessary to disposition of the claims presented in the complaint, it is

ORDERED that the motion for production of documents be and is hereby DENIED.

Done this 7th day of August, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE