Civil Action No. 2:06-CV-195-WKW

Dear Sir,

I have a case pending in your Court and I am writing to inform I have a new address

RECEIVED
2007 FEB 27 A 10 34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DON MICHAEL SKELTON
#194433 C2-45A
P.O. BOX 8
ELMORE, ALABAMA
36025

I am going to send my new address to the defendants attorney BALL, BALL, MATTHEWS & NOVAK, P.A. this day.

Up until yesterday I was at Ventress Corr. in Clayton, Alabama.

I have not heard anything from the Court or the defendants for several months.

Would you please send me an up date on case # 2:06-CV-195-WKW. My last notification was the defendants were demanding a jury trial.

Has your court made any decisions as to this matter?

Respectfully,
DON. M. SKELTON
Don M. Skelton

DON MICHAEL SKELTON
#194433 C2-45A
P.O. BOX 8
ELMORE, ALABAMA
36025

2/24/07

MONTGOMERY AL 361
26 FEB 2007 PM 3 T

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

36101+0711 B007