IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON MICHAEL SKELTON, #194433, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06-CV-195-WKW |
| | ) |
| BILLY WAYNE FULMER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on February 27, 2007 (Court Doc. No. 35), which the court construes to contain a motion for status, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The plaintiff is advised that this case remains pending before the court on his complaint, the written report and supporting evidentiary materials filed by the defendants, and the plaintiff's responses in opposition to the defendants' report.

Done this 27th day of February, 2007.

           /s/ Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE