IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DON MICHAEL SKELTON, #194433, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-195-WKW |
| | ) | |
| BILLY WAYNE FULMER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the responses to the special report filed by the plaintiff, and for good cause, it is

ORDERED that on or before March 15, 2007 the defendants shall file a supplement to their special report which addresses the plaintiff's claims that: (i) he contracted a skin disease/disorder while confined in the jail; and (ii) he exhausted the grievance procedure provided by the Chilton County Jail because he "filed complaints pertaining to him having to wear his uniform 24 hours a day, that he had no underwear to wear while the clothes were being washed, [being given clothes that were not clean upon return from laundry,] that he had to sleep in the same uniform 7 days a week and that while the clothes were being washed he had to put on a sheet, which was not yet washed or otherwise be naked." *Plaintiff's June 9, 2006 Response* at 1-2. In filing their supplement, the defendants shall advise the court of whether the filing of general complaints properly exhausted the jail's administrative procedure. "[T]he PLRA exhaustion requirement requires proper exhaustion." *Woodford v. Ngo*, ___ U.S. ___, 126 S.Ct. 2378, 2387 (2006). "Proper exhaustion demands compliance with an agency's deadlines and other critical procedural rules [as a precondition to filing suit in federal court] because no adjudicative system can function effectively

without imposing some orderly structure on the courts of its proceedings.... Construing § 1997e(a) to require proper exhaustion ... fits with the general scheme of the PLRA, whereas [a contrary] interpretation [allowing an inmate to bring suit in federal court once administrative remedies are no longer available] would turn that provision into a largely useless appendage." *Id*. at 2386.

   Done this 27th day of February, 2007.


              /s/ Terry F. Moorer
       TERRY F. MOORER
       UNITED STATES MAGISTRATE JUDGE