IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON MICHAEL SKELTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:06cv195-WKW |
| ) | |
| BILLY WAYNE FULMER, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENT TO SPECIAL REPORT

**COME NOW** the Defendants, Billy Wayne Fulmer, Shane Lockhart and Derrick Bone, and pursuant to this Court's Order of February 27, 2007 supplement their Special Report to address the Plaintiff's claims set out in said Order as:

(i) he contracted a skin disease/disorder while confined in the jail; and

(ii) he exhausted the grievance procedure provided by the Chilton County Jail because he "filed complaints pertaining to him having to wear his uniform 24 hours a day, that he had no underwear to wear while the clothes were being washed, [being given clothes that were not clean upon return from laundry,] that he had to sleep in the same uniform 7 days a week and that while the clothes were being washed he had to put on a sheet, which was not yet washed or otherwise be naked."

(i) The Plaintiff had a pre-existing skin disease over 2 years before the alleged incident of which the Plaintiff now complains. The Plaintiff alleged that he contracted a skin disease while confined at the Chilton County Jail beginning in 2004; however, he had previously been confined at the Chilton County Jail in 2002 and he reported during his booking process in 2002 that he had Herpes Simplex B which caused his skin to break out once every year. See Affidavit of Shane Lockhart and Medical Screening Form attached hereto dated September 13, 2002.

(ii) The Plaintiff did not exhaust his administrative remedies in that he never filed a grievance concerning the alleged skin problem nor did he ever file a grievance concerning the clothing provided at the Chilton County Jail. See attached Affidavit of Shane Lockhart.

The filing of a general complaint did not exhaust the administrative procedures of the Chilton County Jail. The Plaintiff filed only two (2) grievances and never pursued an appeal to

1

the Chilton County Sheriff. According to the Plaintiff's inmate file, he submitted only two grievances and both of those grievances were resolved to the Plaintiff's satisfaction. See Exhibit 2 attached and part of the Plaintiff's Commissary list, which is a composite Exhibit C.

The Plaintiff never complained about his clothing or lack thereof. Even if the plaintiff had a problem with the inmate clothing, he had adequate funds in his Canteen Account to have purchased additional clothing if in fact unclean clothing was an issue with him.

The jail uniforms and underwear at the Chilton County Jail are washed and dried once a week on different days of the week so that an inmate is never naked. The washing and drying of uniforms takes approximately 6 hours and the plaintiff was never without either a pair of underwear or uniform to wear. See affidavit of Shane Lockhart attached hereto.

The plaintiff was allowed up to six pair of underwear in his cell and if there had been a problem with his underwear, he could have purchased a set of underwear for $2.75 rather than the pop tarts, Cajun chips, starlit mints and playing cards, which he spent his money to purchase. The Plaintiff had a balance in his Commissary Account of approximately $30.00 at all times. See attached Affidavit of Shane Lockhart and attached Commissary records.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for the Defendants

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Don Michael Skelton
#194433    7B-28T
Ventress Corr. Facility
PO Box 767
Clayton, AL 36016

/s/ C. Winston Sheehan, Jr.
OF COUNSEL

2