IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | | |
|---|---|---|
| DON MICHAEL SKELTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 2:06cv1095-WKW |
| | ) | |
| SHERIFF BILLY WAYNE FULMER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SHANE LOCKHART

STATE OF ALABAMA
COUNTY OF MONTGOMERY

BEFORE ME, the undersigned authority, personally appeared Shane Lockhart, who is known to me, and who being by me first duly sworn, states under oath the following:

My name is Shane Lockhart and I am over the age of nineteen (19) years. I have personal knowledge of the matters set forth herein. I was the Warden of the Chilton County Jail from July 14, 2003 until January 12, 2007.

On September 13, 2002, two years before the incidents for which the plaintiff has filed this lawsuit, the plaintiff was brought to the Chilton County Jail for a probation revocation. The plaintiff reported in 2002 during his booking process that he had a preexisting skin disease due to Herpes Simplex B. He stated that he breaks out with skin problems once every year. See Medical Screening Form signed by the plaintiff and attached hereto.

I reviewed the inmate file on the plaintiff and there are only two grievances filed by the plaintiff during the 19 months that he was confined at the Chilton County Jail from 2004

through March 2006. The two grievances had nothing to do with the claims listed in the Complaint filed in this action. If the plaintiff was not satisfied with the action taken after filing a grievance, the Plaintiff could appeal to the Warden, and if not satisfied by the Warden, the Plaintiff could appeal any unresolved grievance to the Sheriff. All of the Plaintiff's grievances with the exception of his verbal complaint to me concerning the denial of the Plaintiff's trustee status, were dealt with to the Plaintiff's satisfaction. The plaintiff never appealed any grievance to the Sheriff.

Inmates are assigned one uniform and that uniform is washed once a week. An inmate's underwear is washed and dried once a week on a different day of the week, so that an inmate is not naked while his uniform is washed and dried. While the uniform is being washed the inmate is required to remain in his cell in his underwear until the uniform has been washed and dried. The washing and drying of uniforms takes about 6 hours, and the inmate would be in his underwear no more than 6 hours. The inmate is allowed six pairs of underwear while at the Chilton County Jail. He may either have three pairs of underwear brought to him by family and friends or he may purchase and have in his cell up to six pairs of underwear.

Attached hereto are the Individual Account Report for the General Account (Exhibit "B") and Commissary Lists (Exhibit "C") showing the plaintiff's average account balance of approximately $30.00 available for use in purchasing on his Commissary Account. Commissary items included, but were not limited to, underwear, which cost $2.75 a pair.

The plaintiff had funds in his canteen account available to purchase additional sets of underwear if they were needed by him, in lieu of the other canteen items he purchased (i.e. pop tarts, Cajun chips, starlit mints and playing cards).

While confined at the Chilton County Jail the Plaintiff maintained an account balance which would have allowed him to purchase underwear if there was a problem with his clothing. See Exhibit B and C and Exhibit 2 attached hereto.

_____
SHANE LOCKHART

Before me, the undersigned Notary Public, did personally appear Shane Lockhart, who states to me that he is aware of the contents of the foregoing Answers to Interrogatories and that he did execute same voluntarily.

Sworn to and subscribed before me on this 12 day of March, 2007.

_____
NOTARY PUBLIC
Commission Expires: 6/17/08

...on County Sheriffs Dept.

# MEDICAL SCREENING FORM
## DON MICHAEL SKELTON (S419809151)

Printed: Fri Sep 13, 2002

Booking Number: 200109483
Booking Date: SEPTEMBER 13th, 2002

## ADMISSION OBSERVATIONS

| Question | Y/N | Question | Y/N | Question | Y/N |
|---|---|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptoms? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations

## INMATE QUESTIONNAIRE
### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| Condition | Y/N | Condition | Y/N | Condition | Y/N |
|---|---|---|---|---|---|
| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | Y **N** |
| Tuberculosis | Y **N** | Hypertension | Y **N** | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | **Y** N | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | **Y** N | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | Y **N** | Pregnant/Recent Delivery | Y **N** | | |

Doctors Name and Address
**NONE**

Health Insurance
**NONE**

Special Diet
**NONE**

Prescriptions/Medications
**NONE**

Drug Allergies
**NONE**

Descriptions
**HERPES SYMPLEX B
BREAKS OUT WITH IT ONCE EVERY YEAR**

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature: _Don M Skelton_   Date: 09-13-02   Time: 16:10

Officer's Signature: _Ellison_   Date: 09-13-02   Time: 16:10

OC018 ELLISON, MICHEAL