3/21/2006 8:17:57AM

# CHILTON COUNTY JAIL
## Individual Account Report for General Account

| Prsn. Number | Location | Classification | Intake Date | Expected Release | Last Name | First Name | MI | DOB | Released | Cur Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 41980915l | General | | 09/17/2002 | | SKELTON | DON | M | | | (10.00) |

Copyright 1998 inept CCW

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 09/17/2002 | 100.00 | | 00 | | Intake | 100.00 |
| 09/17/2002 | 50.00 | | 13 | | CASH | 150.00 |
| 09/17/2002 | 0.00 | | 13 | | CASH | 150.00 |
| 09/18/2002 | 0.00 | | 48 | | CASH | 150.00 |
| 09/18/2002 | | Amounts Rolled up, Account Closed | 99 | 150.00 | Transfer - Credit Release | 0.00 |
| 08/23/2004 | 20.00 | Cash Rel: 150.00/Check Rel: 0 | 00 | | Intake | 20.00 |
| 09/17/2002 | 0.00 | | 00 | | Intake | 20.00 |
| 08/27/2004 | 25.00 | | 13 | | CASH | 45.00 |
| 08/30/2004 | 25.00 | Canteen Sales | 54 | | Commissary | 25.00 |
| 09/01/2004 | 25.00 | | 13 | | CASH | 50.00 |
| 09/07/2004 | | | 54 | 25.00 | Commissary | 25.00 |
| 09/10/2004 | 30.00 | | 13 | | CASH | 55.00 |
| 09/10/2004 | 60.00 | | 13 | | CASH | 115.00 |
| 09/10/2004 | 100.00 | | 13 | | CASH | 215.00 |
| 09/10/2004 | | Canteen Sales | 54 | 25.00 | Commissary | 190.00 |
| 09/13/2004 | | Canteen Sales | 54 | 70.50 | Commissary | 119.50 |
| 09/15/2004 | 30.00 | | 13 | | CASH | 149.50 |
| 09/20/2004 | | Canteen Sales | 54 | 40.55 | Commissary | 108.95 |
| 09/27/2004 | 20.00 | | 13 | | CASH | 128.95 |
| 09/28/2004 | | Canteen Sales | 54 | 56.90 | Commissary | 72.05 |
| 10/04/2004 | | Canteen Sales | 54 | 38.35 | Commissary | 33.70 |
| 10/11/2004 | 30.00 | | 13 | | CASH | 63.70 |
| 10/13/2004 | | Canteen Sales | 54 | 51.65 | Commissary | 12.05 |
| 10/15/2004 | 20.00 | | 13 | | CASH | 32.05 |
| 10/18/2004 | 10.00 | | 13 | | CASH | 42.05 |
| 10/19/2004 | 100.00 | | 13 | | CASH | 142.05 |
| 10/20/2004 | 25.00 | | 13 | | CASH | 167.05 |
| 10/20/2004 | | Canteen Sales | 54 | 39.60 | Commissary | 127.45 |
| 10/21/2004 | | Canteen Sales | 54 | 48.40 | Commissary | 79.05 |
| 10/28/2004 | 20.00 | | 13 | | CASH | 99.05 |
| 11/01/2004 | | | | | | |

EXHIBIT 3

3/21/2006
8:17:57AM

# CHILTON COUNTY JAIL

## Individual Account Report for General Account

| Prsn. Number | Last Name | First Name | MI | DOB | Released |
|---|---|---|---|---|---|
| 419809151 | SKELTON | DON | M | | |

| Location | Classification | Intake Date | Expected Release | | Cur Balance |
|---|---|---|---|---|---|
| | | 09/17/2002 | | | (10.00) |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 11/05/2004 | | Canteen Sales | 54 | 34.10 | Commissary | 64.95 |
| 11/09/2004 | 30.00 | Canteen Sales | 13 | | CASH | 94.95 |
| 11/15/2004 | | Canteen Sales | 54 | 48.55 | Commissary | 46.40 |
| 11/16/2004 | 30.00 | Canteen Sales | 13 | | CASH | 76.40 |
| 11/19/2004 | | Canteen Sales | 54 | 37.45 | Commissary | 38.95 |
| 11/22/2004 | 30.00 | Canteen Sales | 13 | | CASH | 68.95 |
| 11/23/2004 | | Canteen Sales | 54 | 54.05 | Commissary | 14.90 |
| 12/03/2004 | | Canteen Sales | 54 | 9.79 | Commissary | 5.11 |
| 12/06/2004 | 25.00 | Canteen Sales | 13 | | CASH | 30.11 |
| 12/06/2004 | 30.00 | Canteen Sales | 13 | | CASH | 60.11 |
| 12/10/2004 | 40.00 | Canteen Sales | 13 | | CASH | 100.11 |
| 12/10/2004 | | Canteen Sales | 54 | 38.50 | Commissary | 61.61 |
| 12/14/2004 | 30.00 | Canteen Sales | 13 | | CASH | 91.61 |
| 12/20/2004 | 30.00 | Canteen Sales | 13 | | CASH | 121.61 |
| 12/21/2004 | | Canteen Sales | 54 | 32.41 | Commissary | 89.20 |
| 12/28/2004 | | Canteen Sales | 54 | 33.00 | Commissary | 56.20 |
| 12/28/2004 | 50.00 | Canteen Sales | 13 | | CASH | 106.20 |
| 12/28/2004 | 20.00 | Canteen Sales | 13 | | CASH | 126.20 |
| 01/03/2005 | 30.00 | Canteen Sales | 13 | | CASH | 156.20 |
| 01/03/2005 | 30.00 | Canteen Sales | 13 | | CASH | 186.20 |
| 01/10/2005 | | Canteen Sales | 54 | 42.95 | Commissary | 143.25 |
| 01/10/2005 | 30.00 | Canteen Sales | 13 | | CASH | 173.25 |
| 01/14/2005 | | Canteen Sales | 54 | 31.35 | Commissary | 141.90 |
| 01/14/2005 | | Canteen Sales | 54 | 47.75 | Commissary | 94.15 |
| 01/17/2005 | 30.00 | Canteen Sales | 13 | | CASH | 124.15 |
| 01/25/2005 | | Canteen Sales | 54 | 55.25 | Commissary | 68.90 |
| 01/25/2005 | 10.00 | Canteen Sales | 13 | | CASH | 78.90 |
| 01/26/2005 | 25.00 | Canteen Sales | 13 | | CASH | 103.90 |
| 01/28/2005 | | Canteen Sales | 54 | 41.30 | Commissary | 62.60 |
| 01/31/2005 | 30.00 | Canteen Sales | 13 | | CASH | 92.60 |

2

# CHILTON COUNTY JAIL
## Individual Account Report for General Account

| Prsn. Number | Last Name | First Name | MI | DOB |
|---|---|---|---|---|
| 41989151 | SKELTON | DON | M | |

| Location | Classification | Intake Date | Expected Release | Released Cur Balance |
|---|---|---|---|---|
| | | 09/17/2002 | | (10.00) |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 02/04/2005 | 30.00 | Canteen Sales | 54 | | Commissary | 50.70 |
| 02/07/2005 | 10.00 | | 13 | | CASH | 80.70 |
| 02/07/2005 | 10.00 | | 13 | | CASH | 90.70 |
| 02/15/2005 | 30.00 | | 13 | | CASH | 120.70 |
| 02/15/2005 | | | 54 | 48.85 | Commissary | 71.85 |
| 02/17/2005 | 15.00 | | 13 | | CASH | 86.85 |
| 02/23/2005 | | | 54 | 37.65 | Commissary | 49.20 |
| 02/23/2005 | 30.00 | | 13 | | CASH | 79.20 |
| 02/25/2005 | 20.00 | | 13 | | CASH | 99.20 |
| 02/25/2005 | | | 54 | 37.25 | Commissary | 61.95 |
| 03/02/2005 | 20.00 | | 13 | | CASH | 81.95 |
| 03/03/2005 | 20.00 | | 13 | | CASH | 101.95 |
| 03/03/2005 | 15.00 | | 13 | | CASH | 116.95 |
| 03/07/2005 | | Canteen Sales | 54 | 63.15 | Commissary | 53.80 |
| 03/11/2005 | | Canteen Sales | 54 | 37.00 | Commissary | 16.80 |
| 03/15/2005 | 20.00 | | 13 | | CASH | 36.80 |
| 03/15/2005 | 20.00 | | 13 | | CASH | 56.80 |
| 03/22/2005 | 40.00 | | 13 | | CASH | 96.80 |
| 03/22/2005 | | Canteen Sales | 54 | 48.70 | Commissary | 48.10 |
| 03/28/2005 | | Canteen Sales | 54 | 17.75 | Commissary | 30.35 |
| 04/04/2005 | | Canteen Sales | 54 | 18.70 | Commissary | 11.65 |
| 04/06/2005 | 20.00 | | 13 | | CASH | 31.65 |
| 04/06/2005 | | DR VISIT 3 MEDS | 55 | 20.00 | MEDICAL-COPAY | 11.65 |
| 04/08/2005 | | Canteen Sales | 54 | 11.55 | Commissary | 0.10 |
| 04/12/2005 | 50.00 | Canteen Sales | 13 | | CASH | 50.10 |
| 04/12/2005 | 30.00 | | 13 | | CASH | 80.10 |
| 04/12/2005 | 75.00 | | 13 | | CASH | 155.10 |
| 04/13/2005 | | 1 REFILL | 55 | 5.00 | MEDICAL-COPAY | 150.10 |
| 04/18/2005 | 30.00 | | 13 | | CASH | 180.10 |
| 04/18/2005 | | Canteen Sales | 54 | 18.30 | Commissary | 161.80 |

3



3/21/2006 8:17:57AM
General

# CHILTON COUNTY JAIL
## Individual Account Report for General Account

| Prsn. Number | Location | Classification | Intake Date | Expected Release | Last Name | First Name | MI | DOB | Released Cur Balance |
|---|---|---|---|---|---|---|---|---|---|
| 41980915I | | | 09/17/2002 | | SKELTON | DON | M | | (10.00) |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 04/20/2005 | 5.00 | | 13 | | CASH | 166.80 |
| 04/22/2005 | | Canteen Sales | 54 | 23.20 | Commissary | 143.60 |
| 04/29/2005 | | Canteen Sales | 54 | 16.15 | Commissary | 127.45 |
| 05/09/2005 | | Canteen Sales | 54 | 15.80 | Commissary | 111.65 |
| 05/11/2005 | 30.00 | | 13 | | CASH | 141.65 |
| 05/12/2005 | | 1 MED | 55 | 5.00 | MEDICAL-COPAY | 136.65 |
| 05/12/2005 | | 2 REFILLS | 55 | 10.00 | MEDICAL-COPAY | 126.65 |
| 05/18/2005 | 10.00 | | 13 | | CASH | 136.65 |
| 05/18/2005 | | Canteen Sales | 54 | 41.00 | Commissary | 95.65 |
| 05/18/2005 | 30.00 | | 13 | | CASH | 125.65 |
| 05/18/2005 | 8.00 | | 13 | | CASH | 133.65 |
| 05/24/2005 | | Canteen Sales | 54 | 55.05 | Commissary | 78.60 |
| 05/31/2005 | | Canteen Sales | 54 | 14.20 | Commissary | 64.40 |
| 05/31/2005 | 30.00 | | 13 | | CASH | 94.40 |
| 06/03/2005 | | Canteen Sales | 54 | 37.90 | Commissary | 56.50 |
| 06/06/2005 | 30.00 | | 13 | | CASH | 86.50 |
| 06/14/2005 | | Canteen Sales | 54 | 41.50 | Commissary | 45.00 |
| 06/16/2005 | 30.00 | | 13 | | CASH | 75.00 |
| 06/21/2005 | 30.00 | | 13 | | CASH | 105.00 |
| 06/21/2005 | | Canteen Sales | 54 | 66.80 | Commissary | 38.20 |
| 06/27/2005 | | Canteen Sales | 54 | 35.45 | Commissary | 2.75 |
| 06/28/2005 | 30.00 | | 13 | | CASH | 32.75 |
| 07/06/2005 | | Canteen Sales | 54 | 31.78 | Commissary | 0.97 |
| 07/06/2005 | 30.00 | | 13 | | CASH | 30.97 |
| 07/06/2005 | | Canteen Sales | 54 | 50.22 | Commissary | 50.97 |
| 07/12/2005 | 20.00 | | 13 | | CASH | 0.75 |
| 07/13/2005 | 30.00 | | 13 | | CASH | 30.75 |
| 07/13/2005 | | Canteen Sales | 54 | 27.94 | Commissary | 2.81 |
| 07/15/2005 | | Canteen Sales | 54 | 1.95 | Commissary | 0.86 |
| 07/18/2005 | 30.00 | | 13 | | CASH | 30.86 |
| 07/19/2005 | | Canteen Sales | 13 | | CASH | |

4

3/21/2006 8:17:57AM

# CHILTON COUNTY JAIL
## Individual Account Report for General Account

| Prsn. Number | Last Name | First Name | MI | DOB |
|---|---|---|---|---|
| 419809151 | SKELTON | DON | M | |

| Location | Classification | Intake Date | Expected Release | Released Cur Balance |
|---|---|---|---|---|
| | | 09/17/2002 | | (10.00) |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 07/19/2005 | | 1 MED NURSE V | 55 | 10.00 | MEDICAL-COPAY | 20.86 |
| 07/25/2005 | 20.00 | Canteen Sales | 54 | | Commissary | 0.41 |
| 07/25/2005 | | | 13 | 20.45 | CASH | 20.41 |
| 07/25/2005 | 30.00 | | 13 | | CASH | 50.41 |
| 08/04/2005 | 30.00 | | 13 | | CASH | 80.41 |
| 08/04/2005 | | Canteen Sales | 54 | 50.41 | Commissary | 30.00 |
| 08/09/2005 | | Canteen Sales | 54 | 29.11 | Commissary | 0.89 |
| 08/10/2005 | 20.00 | | 13 | | CASH | 20.89 |
| 08/11/2005 | 30.00 | | 13 | | CASH | 50.89 |
| 08/16/2005 | | Canteen Sales | 54 | 47.45 | Commissary | 3.44 |
| 08/16/2005 | 25.00 | | 13 | | CASH | 28.44 |
| 08/17/2005 | | Canteen Sales | 54 | 29.25 | Commissary | (0.81) |
| 08/23/2005 | 3.60 | Canteen Return | 04 | | Commissary Credit | 2.79 |
| 08/24/2005 | | Canteen Sales | 54 | 2.40 | Commissary | 0.39 |
| 08/24/2005 | 30.00 | | 13 | | CASH | 30.39 |
| 08/26/2005 | | Canteen Sales | 54 | 30.15 | Commissary | 0.24 |
| 08/31/2005 | 30.00 | | 13 | | CASH | 30.24 |
| 08/31/2005 | 15.00 | | 13 | | CASH | 45.24 |
| 09/07/2005 | | Canteen Sales | 54 | 22.05 | Commissary | 23.19 |
| 09/08/2005 | 30.00 | | 13 | | CASH | 53.19 |
| 09/08/2005 | | 2 REFILLS | 55 | 10.00 | MEDICAL-COPAY | 43.19 |
| 09/13/2005 | | Canteen Sales | 54 | 42.95 | Commissary | 0.24 |
| 09/14/2005 | 30.00 | | 13 | | CASH | 30.24 |
| 09/14/2005 | 20.00 | | 13 | | CASH | 50.24 |
| 09/20/2005 | 30.00 | | 13 | | CASH | 80.24 |
| 09/20/2005 | | Canteen Sales | 54 | 38.70 | Commissary | 41.54 |
| 09/27/2005 | | Canteen Sales | 54 | 32.60 | Commissary | 8.94 |
| 09/28/2005 | 30.00 | | 13 | | CASH | 38.94 |
| 10/03/2005 | 20.00 | | 13 | | CASH | 58.94 |
| 10/03/2005 | 20.00 | | 13 | | CASH | 78.94 |

Copyright 1998 CCW

5

Copyright 1998 CCW

3/21/2006  8:17:57AM
IGrpt
General

# CHILTON COUNTY JAIL
## Individual Account Report for General Account

| Prsn. Number | Last Name | First Name | MI | DOB | Released |
|---|---|---|---|---|---|
| 419809151 | SKELTON | DON | M | | Cur Balance (10.00) |

| Location | Classification | Intake Date | Expected Release |
|---|---|---|---|
| | | 09/17/2002 | |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 10/04/2005 | | Canteen Sales | 54 | 38.00 | Commissary | 40.94 |
| 10/05/2005 | | 2 REFILLS | 55 | 10.00 | MEDICAL-COPAY | 30.94 |
| 10/05/2005 | 20.00 | | 13 | | CASH | 50.94 |
| 10/07/2005 | | Canteen Sales | 54 | 45.87 | Commissary | 5.07 |
| 10/12/2005 | 30.00 | | 13 | | CASH | 35.07 |
| 10/19/2005 | 30.00 | | 13 | | CASH | 65.07 |
| 10/25/2005 | | Canteen Sales | 54 | 34.80 | Commissary | 30.27 |
| 10/25/2005 | 30.00 | | 13 | | CASH | 60.27 |
| 11/01/2005 | | Canteen Sales | 54 | 28.45 | Commissary | 31.82 |
| 11/01/2005 | 10.00 | | 13 | | CASH | 41.82 |
| 11/01/2005 | 20.00 | | 13 | | CASH | 61.82 |
| 11/08/2005 | | Canteen Sales | 54 | 30.19 | Commissary | 31.63 |
| 11/09/2005 | | OCT REFILLS | 55 | 10.00 | MEDICAL-COPAY | 21.63 |
| 11/09/2005 | 20.00 | | 13 | | CASH | 41.63 |
| 11/15/2005 | 10.00 | | 13 | | CASH | 51.63 |
| 11/18/2005 | | Canteen Sales | 54 | 20.78 | Commissary | 30.85 |
| 11/18/2005 | 30.00 | | 13 | | CASH | 30.85 |
| 11/16/2005 | | Canteen Sales | 54 | 30.50 | Commissary | 0.35 |
| 11/28/2005 | 30.00 | | 13 | | CASH | 30.35 |
| 11/22/2005 | | Canteen Sales | 54 | 30.33 | Commissary | 0.02 |
| 11/29/2005 | 30.00 | | 13 | | CASH | 30.02 |
| 12/06/2005 | 30.00 | | 13 | | CASH | 60.02 |
| 12/06/2005 | | Canteen Sales | 54 | 30.00 | Commissary | 30.02 |
| 12/13/2005 | | Canteen Sales | 54 | 29.97 | Commissary | 0.05 |
| 12/13/2005 | 30.00 | | 13 | | CASH | 30.05 |
| 12/07/2005 | 30.00 | | 13 | | CASH | 30.05 |
| 11/30/2005 | | 2 REFILLS | 55 | 10.00 | MEDICAL-COPAY | 20.05 |
| 12/20/2005 | | Canteen Sales | 54 | 20.05 | Commissary | 0.00 |
| 12/20/2005 | 30.00 | | 13 | | CASH | 30.00 |
| 12/27/2005 | | Canteen Sales | 13 | | CASH | 0.00 |
| 12/21/2005 | 30.00 | | 54 | 29.95 | Commissary | 0.05 |
| 12/30/2005 | | Canteen Sales | 13 | | CASH | 30.05 |
| 12/30/2005 | 30.00 | | 54 | 30.00 | Commissary | 0.05 |

6

# CHILTON COUNTY JAIL
## Individual Account Report for General Account

| Prsn. Number | Last Name | First Name | MI | DOB |
|---|---|---|---|---|
| 41809151 | SKELTON | DON | M | |

| Location | Classification | Intake Date | Expected Release | Released Cur Balance |
|---|---|---|---|---|
| | | 09/17/2002 | | (10.00) |

| Date | Deposit Amt | Comment | Cat Code | Withdrawal Amt | Cat Description | Calc. Balance |
|---|---|---|---|---|---|---|
| 12/28/2005 | 20.00 | | 13 | | CASH | 20.05 |
| 12/28/2005 | 10.00 | | 13 | | CASH | 30.05 |
| 12/30/2005 | 10.00 | | 13 | | CASH | 40.05 |
| 01/06/2006 | 10.00 | Canteen Sales | 54 | | Commissary | 15.68 |
| 01/04/2006 | | | 13 | 24.37 | CASH | 25.68 |
| 01/04/2006 | 20.00 | | 13 | | CASH | 45.68 |
| 01/11/2006 | 20.00 | | 13 | | CASH | 65.68 |
| 01/13/2006 | | Canteen Sales | 54 | 28.60 | Commissary | 37.08 |
| 01/20/2006 | | Canteen Sales | 54 | 35.33 | Commissary | 1.75 |
| 01/19/2006 | 30.00 | | 13 | | CASH | 31.75 |
| 01/31/2006 | | Canteen Sales | 54 | 28.39 | Commissary | 3.36 |
| 02/03/2006 | | Canteen Sales | 54 | 3.31 | Commissary | 0.05 |
| 02/01/2006 | | 2 january refills | 55 | 10.00 | MEDICAL-COPAY | (9.95) |
| 02/06/2006 | 30.00 | PD 9.95 BK MED | 13 | | CASH | 20.05 |
| 02/07/2006 | 30.00 | | 13 | | CASH | 50.05 |
| 02/15/2006 | 30.00 | | 13 | | CASH | 80.05 |
| 02/17/2006 | | Canteen Sales | 54 | 46.58 | Commissary | 33.47 |
| 02/17/2006 | | Canteen Sales | 54 | 2.75 | Commissary | 30.72 |
| 02/24/2006 | | Canteen Sales | 54 | 15.22 | Commissary | 15.50 |
| 02/28/2006 | 30.00 | | 13 | | CASH | 45.50 |
| 03/03/2006 | | Canteen Sales | 54 | 15.41 | Commissary | 30.09 |
| 03/03/2006 | 0.00 | Amounts Rolled up, Account Closed | 48 | | Transfer - Credit | 30.09 |
| 03/06/2006 | | Cash Rel: 30.09/Check Rel: 0 | 99 | 30.09 | Release | 0.00 |
| 03/01/2006 | | 2 feb refills | 55 | 10.00 | MEDICAL-COPAY | (10.00) |