SKELTON, DON M
8/30/04                    2:53:22PM

COMMISSARY LIST INMATE NAME:          419809151      Cur Balance    25.00

| Write amount in requested column ONLY! Do not overspend, your order WILL be VOIDED. | | | | | | |
|---|---|---|---|---|---|---|
| ITEM | COST | REQ. | ISSUED | ITEM | COST | REQ. | ISSUED |
| STAMPED ENVELOPES | $0.50 | 1 | 1 | | | | |
| NOTE PADS | $1.00 | | | PLAIN CHIPS | $0.60 | | |
| PENS | $0.60 | | | BBQ CHIPS | $0.60 | 3 | 3 |
| HOT CHOCOLATE | $0.35 | | | SWEET HEAT CHIPS | $0.60 | | |
| TEA | $2.50 | | | SOUR CREAM CHIPS | $0.60 | | |
| COFFEE | $0.15 | 50 | 50 | CHEESE CURLS | $0.60 | | |
| CREAMER | $0.03 | | | CHEESE PUFFS | $0.60 | | |
| BOX 120 SWEET LOW | $3.60 | | | CAJUN CHIPS | $0.60 | 3 | 3 |
| MAYO | $0.05 | | | HOT CHEESE CURLS | $0.60 | | |
| MUSTARD | $0.03 | 20 | 20 | | | | |
| KETCHUP | $0.03 | | | | | | |
| JELLY | $0.08 | 30 | 30 | M OR L DEODORANT | $1.00 | | |
| OATMEAL CAKES | $0.40 | | | lady choice deodorant | $2.50 | | |
| HONEY BUNS | $0.70 | | | LOTION | $2.00 | | |
| goldfish cheese crackers | $0.50 | | | POWDER | $2.00 | | |
| choc. Or cinn. Grahams | $0.50 | | | TAMPAX | $0.25 | | |
| LEMON COOKIES | $0.70 | | | CONTACT SOLUTION | $2.50 | | |
| POP TART | $0.70 | 7 | 7 | AMPRO | $2.00 | | |
| FIG NEWTON | $0.40 | | | CURL ACTIVATOR GEL | $1.75 | | |
| ritz peanut butter or chees | $0.30 | 1 | 1 | | | | |
| MOON PIES | $0.70 | | | magic shaving cream | $4.60 | | |
| m&m peanut butter bar | $0.70 | | | SHAVING CREAM | $0.10 | | |
| 3 MUSKETEER | $0.70 | | | BLISTEX | $1.25 | | |
| M&M PEANUTS | $0.70 | | | coast or dove soap | $1.50 | | |
| SKITTLE | $0.70 | | | SOAP DISH | $0.50 | | |
| MILKYWAY | $0.70 | | | fixodent denture cream | $3.50 | | |
| SNICKERS | $0.70 | | | CONDITIONER | $1.75 | | |
| starlite mints or sour cher | $0.70 | | | | | | |
| MR. GOODBAR | $0.70 | | | SHAMPOO | $1.75 | | |
| NUTRAGOUS | $0.70 | | | TOOTH BRUSH | $1.25 | | |
| BUTTERFINGER | $0.70 | | | TOOTHE PASTE | $0.90 | | |
| CRUNCH BAR | $0.70 | | | BOXERS XXL XXXL | $3.10 | | |
| HERSHEY ALMOND | $0.70 | | | BOXERS S-M-L-XL | $2.75 | | |
| ZERO | $0.70 | | | T-SHIRTS XXL XXXL | $2.35 | | |
| REESE CUP | $0.70 | | | T-SHIRTS S-M-L-XL | $2.00 | | |
| TWIX BARS | $0.70 | | | SOCKS | $1.00 | | |
| BABY RUTH | $0.70 | | | CHESS | $5.25 | | |
| KIT KAT OR PAYDAY | $0.70 | | | CHECKERS | $5.00 | | |
| special k bars blueberry | $0.50 | | | PUZZLES | $4.00 | | |
| special k bars strawberry | $0.50 | | | | | | |
| asst. nutra grain bars | $0.50 | | | CARDS | $2.00 | | |
| DOLE MIXED FRUIT | $0.60 | | | ROOK CARDS | $7.00 | | |
| DOLE PINEAPPLE | $0.60 | | | | | | |
| strawberry/peach jello | $0.60 | | | | | | |
| CHICKEN SOUP | $0.65 | 4 | 4 | REDMAN GOLD | $3.25 | | |
| BEEF SOUP | $0.65 | | | timberwolf straight | $4.00 | | |
| SHRIMP SOUP | $0.65 | 4 | 4 | timberwolf wintergreen | $4.00 | | |
| ASST. KOOLAID | $1.35 | | | | | | |
| | | | | SUBSTITUTE? YES OR NO | | | |

*signature: Don M Skelton*

EXHIBIT C

```
419809151 DON SKELTON
                  Begin Balance:  50.00

1 STAMPED ENVELOPES    @ 0.50   0.50
50 COFFEE              @ 0.15   7.50
20 MUSTARD             @ 0.03   0.60
30 JELLY               @ 0.08   2.40
7 POP TARTS            @ 0.70   4.90
1 RITZ CRACKERS        @ 0.30   0.30
4 SOUP                 @ 0.65   2.60
4 SOUP                 @ 0.65   2.60
3 CHIPS                @ 0.60   1.80
3 CHIPS                @ 0.60   1.80
                       _____
           Total Sales          25.00


Ending Balance:        25.00


_____
            Signed


COMMISSARY LINE 1
COMISSARY  LINE 2
COMMISSARY LINE 3
COMMISSARY LINE 4
COMMISSARY LINE 5
```

SKELTON, DON M
1/19/05        12:05:22PM

COOH

419809151    Cur Balance    124.15

| ITEM | COST | REQ. | ISSUED | ITEM | COST | REQ. | ISSUED |
|---|---|---|---|---|---|---|---|
| STAMPED ENVELOPES | $0.50 | 6 | 6 ✓ | SUNNY DELITE | $0.60 | | |
| NOTE PADS | $1.00 | 1 | 1 ✓ | ASST. FRUIT DRINKS | $0.60 | | |
| PENS | $0.60 | | | SWEET HEAT CHIPS | $0.60 | | |
| HOT CHOCOLATE | $0.35 | | | BBQ CHIPS | $0.60 | 7 | 7 ✓ |
| TEA | $2.50 | | | PLAIN CHIPS | $0.60 | | |
| COFFEE | $0.15 | 50 | 50 ✓ | CAJUN CHIPS | $0.60 | 1 | 1 ✓ |
| CREAMER | $0.03 | | | PEANUTS | $0.60 | | |
| BOX 120 SWEET LOW | $3.60 | | | SOUR CREAM CHIPS | $0.60 | | |
| MAYO | $0.05 | 10 | 10 ✓ | hot cheese curls | $0.60 | 2 | 2 ✓ |
| MUSTARD | $0.03 | 20 | 20 ✓ | CHEESE CURLS | $0.60 | | |
| KETCHUP | $0.03 | ~~~~ | | CHEESE PUFFS | $0.60 | | |
| JELLY | $0.08 | 20 | 0 | M OR L DEODORANT | $1.00 | | |
| OATMEAL CAKES | $0.40 | ~~5~~ | ✓ | lady choice deodorant | $2.50 | | |
| MOON PIES | $0.70 | | | LOTION | $2.00 | 1 | 1 ✓ |
| POP TART | $0.70 | | | POWDER | $2.00 | | |
| | | | | TAMPAX | $0.25 | | |
| LEMON COOKIES | $0.70 | | | CONTACT SOLUTION | $2.50 | | |
| banana crème cookie | $0.70 | | | FOOT POWDER | $2.50 | | |
| vanilla crème cookie | $0.70 | 5 | 5 ✓ | CURL ACTIVATOR GEL | $1.75 | | |
| choc. Crème cookie | $0.70 | | | hair & scalp condition | $2.00 | | |
| strawberry crème cookie | $0.70 | | | magic shaving cream | $4.60 | | |
| m&m peanut butter bar | $0.70 | | | SHAVING CREAM | $0.10 | | |
| 3 MUSKETEER | $0.70 | | | BLISTEX | $1.25 | | |
| M&M PEANUTS | $0.70 | | | DOVE OR (COAST SOAP) | $1.50 | 1 | 1 ✓ |
| SKITTLE | $0.70 | | | SOAP DISH | $0.50 | | |
| MILKYWAY | $0.70 | | | fixodent denture cream | $3.50 | | |
| SNICKERS | $0.70 | 3 | 3 ✓ | CONDITIONER | $1.75 | | |
| (starlite mints or sour cher) | $0.70 | 3 | 3 ✓ | DANDRUFF SHAMPOO | $1.75 | | |
| MR. GOODBAR | $0.70 | | | SHAMPOO | $1.75 | | |
| | | | | TOOTH BRUSH | $1.25 | | |
| BUTTERFINGER | $0.70 | | | TOOTHE PASTE | $0.90 | | |
| CRUNCH BAR | $0.70 | | | BOXERS XXL XXXL | $3.10 | | |
| HERSHEY ALMOND | $0.70 | | | BOXERS S-M-L-XL | $2.75 | | |
| NUTRAGOUS | $0.70 | | | T-SHIRTS XXL XXXL | $2.35 | | |
| REESE CUP | $0.70 | | | T-SHIRTS S-M-L-XL | $2.00 | | |
| PAYDAY | $0.70 | | | SOCKS | $1.00 | | |
| BABY RUTH | $0.70 | | | CHESS | $5.25 | | |
| KIT KAT | $0.70 | | | CHECKERS | $5.00 | | |
| REESE STICKS | $0.70 | | | PUZZLES | $4.00 | | |
| ALMOND JOY | $0.70 | | | ROOK CARDS | $7.00 | | |
| | | | | CARDS | $2.00 | | |
| | | | | ORAL GEL | $3.50 | | |
| CHICKEN SOUP | $0.65 | | | thermal underwear sets | $15..00 | | |
| BEEF SOUP | $0.65 | | | HALLS | $1.00 | | |
| SHRIMP SOUP | $0.65 | 15 | 15 ✓ | TUMS | $1.00 | 1 | 1 ✓ |
| ASST. KOOLAID | $1.35 | ~~5~~ 2 | 2 ✓ | REDMAN GOLD | $3.25 | | |
| (GRAPE OR cherry) | | | | timberwolf wintergreen | $4.00 | 3 | 3 ✓ |
| shower shoes s-m-l-xl | $3.85 | | | timberwolf straight | $4.00 | | |
| | | | | SUBSTITUTE? (YES) OR NO | | | |

I am giving you (5) oat meal cakes I charged you last week
C Haygor

out of jelly

DMS

EXHIBIT 1

JB.

MS. HAYGOOD, my Balance should be $2.00 more because I got credit for 5 oatmeal cookies. you ran out last week.

```
CHILTON COUNTY JAIL
Canteen Receipt   01-25-2005 10:48:40

419809151 DON SKELTON
               Begin Balance: 124.15

6  STAMPED ENVELOPES     @ 0.50   3.00
1  NOTE PADS             @ 1.00   1.00
50 COFFEE                @ 0.15   7.50
10 MAYO                  @ 0.05   0.50
20 MUSTARD               @ 0.03   0.60
5  COOKIES               @ 0.70   3.50
3  CANDY BARS            @ 0.70   2.10
3  HARD CANDY            @ 0.70   2.10
15 SOUP                  @ 0.65   9.75
2  KOOLAID               @ 1.35   2.70
10 CHIPS                 @ 0.60   6.00
1  LOTION                @ 2.00   2.00
1  SOAP                  @ 1.50   1.50
1  TUMS                  @ 1.00   1.00
3  TIMBERWOLF            @ 4.00  12.00
                         _____
               Total Sales       55.25


Ending Balance:          68.90


           _____
                    Signed


COMMISSARY LINE 1
COMISSARY  LINE 2
COMMISSARY LINE 3
COMMISSARY LINE 4
COMMISSARY LINE 5
```

C   SKELTON, DON M    COOH
1/26/05          11:22:47AM

419809151    Cur Balance   103.90

| COMMISSARY LIST INMATE NAME: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Write amount in requested column ONLY! Do not overspend, your order WILL be VOIDED. | | | | | | | |
| ITEM | COST | REQ. | ISSUED | ITEM | COST | REQ. | ISSUED |
| STAMPED ENVELOPES | $0.50 | 10 | 10 | SUNNY DELITE | $0.60 | | |
| NOTE PADS | $1.00 | | | ASST. FRUIT DRINKS | $0.60 | | |
| PENS | $0.60 | | | SWEET HEAT CHIPS | $0.60 | | |
| HOT CHOCOLATE | $0.35 | | | BBQ CHIPS | $0.60 | 7 | 10 |
| TEA | $2.50 | | | PLAIN CHIPS | $0.60 | | 2 |
| COFFEE | $0.15 | 50 | 50 | CAJUN CHIPS | $0.60 | 3 | 0 |
| CREAMER | $0.03 | | | PEANUTS | $0.60 | | |
| BOX 120 SWEET LOW | $3.60 | | | SOUR CREAM CHIPS | $0.60 | | |
| MAYO | $0.05 | 10 | 10 | hot cheese curls | $0.60 | 2 | 1 |
| MUSTARD | $0.03 | 20 | 20 | | | | |
| KETCHUP | $0.03 | | | CHEESE PUFFS | $0.60 | 1 | 0 |
| JELLY | $0.08 | 20 | 0 | M OR L DEODORANT | $1.00 | | |
| OATMEAL CAKES | $0.40 | 5 | 0 | lady choice deodorant | $2.50 | | |
| MOON PIES | $0.70 | | 2 | LOTION | $2.00 | | |
| POP TART | $0.70 | | | POWDER | $2.00 | | |
| HONEY BUN | $0.70 | 3 | 3 | TAMPAX | $0.25 | | |
| | | | | CONTACT SOLUTION | $2.50 | | |
| banana crème cookie | $0.70 | | 5 | FOOT POWDER | $2.50 | | |
| vanilla crème cookie | $0.70 | 5 | 5 | CURL ACTIVATOR GEL | $1.75 | | |
| choc. Crème cookie | $0.70 | | | hair & scalp condition | $2.00 | | |
| strawberry crème cookie | $0.70 | 5 | 0 | magic shaving cream | $4.60 | | |
| m&m peanut butter bar | $0.70 | | | SHAVING CREAM | $0.10 | | |
| 3 MUSKETEER | $0.70 | | | BLISTEX | $1.25 | | |
| M&M PEANUTS | $0.70 | | | DOVE OR COAST SOAP | $1.50 | 1 | 1 |
| SKITTLE | $0.70 | | | SOAP DISH | $0.50 | | |
| MILKYWAY | $0.70 | | | fixodent denture cream | $3.50 | | |
| SNICKERS | $0.70 | | | CONDITIONER | $1.75 | | |
| starlite mints or sour cher | $0.70 | 2 | 2 | DANDRUFF SHAMPOO | $1.75 | 1 | 1 |
| MR. GOODBAR | $0.70 | | | SHAMPOO | $1.75 | | |
| CHOC. CUP CAKES | $0.70 | 1 | 1 | TOOTH BRUSH | $1.25 | | |
| BUTTERFINGER | $0.70 | | | TOOTHE PASTE | $0.90 | | |
| CRUNCH BAR | $0.70 | | | BOXERS XXL XXXL | $3.10 | | |
| HERSHEY ALMOND | $0.70 | | | BOXERS S-M-L-XL | $2.75 | | |
| NUTRAGOUS | $0.70 | | | T-SHIRTS XXL XXXL | $2.35 | | |
| REESE CUP | $0.70 | | | T-SHIRTS S-M-L-XL | $2.00 | | |
| PAYDAY | $0.70 | | | SOCKS | $1.00 | | |
| BABY RUTH | $0.70 | | | CHESS | $5.25 | | |
| KIT KAT | $0.70 | | | CHECKERS | $5.00 | | |
| REESE STICKS | $0.70 | | | PUZZLES | $4.00 | | |
| ALMOND JOY | $0.70 | | | ROOK CARDS | $7.00 | | |
| SUGAR DONUTS | $0.70 | 1 | 1 | CARDS | $2.00 | 1 | 1 |
| CARROT CAKE | $0.70 | | | ORAL GEL | $3.50 | | |
| CHICKEN SOUP | $0.65 | | | thermal underwear sets | $15..00 | | |
| BEEF SOUP | $0.65 | | | HALLS | $1.00 | | |
| SHRIMP SOUP | $0.65 | | | TUMS | $1.00 | 1 | 1 |
| ASST. KOOLAID | $1.35 | 1 | 1 | REDMAN GOLD | $3.25 | | |
| | | | | timberwolf wintergreen | $4.00 | | |
| shower shoes s-m-l-xl | $3.85 | | | timberwolf straight | $4.00 | | |
| | | | | SUBSTITUTE? YES OR NO | | | |

cherry OR GRAPe



D Skelton
KP

Thank you for correcting my balance Ms. HAGood. It is now correct!!! IM ☺ !!!

```
CHILTON COUNTY JAIL
Canteen Receipt  01-28-2005 13:07:36

419809151 DON SKELTON
                Begin Balance: 103.90

10 STAMPED ENVELOPES      @ 0.50   5.00
50 COFFEE                 @ 0.15   7.50
10 MAYO                   @ 0.05   0.50
20 MUSTARD                @ 0.03   0.60
 2 MOON PIES              @ 0.70   1.40
 3 HONEY BUNS             @ 0.70   2.10
10 COOKIES                @ 0.70   7.00
 2 HARD CANDY             @ 0.70   1.40
 1 CHOC CUP CAKE          @ 0.70   0.70
 1 DONUTS                 @ 0.70   0.70
 1 KOOLAID                @ 1.35   1.35
13 CHIPS                  @ 0.60   7.80
 1 SOAP                   @ 1.50   1.50
 1 DANDRUFF SHAMPOO       @ 1.75   1.75
 1 CARDS                  @ 2.00   2.00
                         _____
                Total Sales        41.30


Ending Balance:           62.60


                _____
                        Signed


COMMISSARY LINE 1
COMISSARY   LINE 2
COMMISSARY LINE 3
COMMISSARY LINE 4
COMMISSARY LINE 5
```