IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION.

DON MICHAEL SKELTON.　　　　　　　　　CASE NO.2:06 cv195-WKW

PLAINTIFF.

VS. BILLY WAYNE FULMER,　　*

　　et al.　　　　　　　　　　*

　　　　　　　　　　　　　　　*

## RESPONSE TO SUPPLEMENTAL SPECIAL REPORT.

COMES NOW DON MICHAEL SKELTON, PLAINTIFF IN THE ABOVE-STYLE CAUSE, AND HE HEREBY FILES HIS REBUTTAL ANSWER TO THE DEFENDANT'S SUPPLEMENTAL SPECIAL REPORT FILED BY THEM ON MARCH 14, 2007. IN RESPONSE, THE PLAINTIFF SHOWS THE FOLLOWING:

## REBUTTAL.

IN PARAGRAPH (i) OF THE SUPPLEMENTAL REPORT, IT APPEARS THAT THE DEFENDANT'S CONTEND THAT THE PLAINTIFF ALREADY HAD A SKIN DISEASE OR DISORDER PRIOR TO HIS INCARCERATION IN THE CHILTON COUNTY, ALABAMA JAIL. THE DISEASE IS SAID TO HAVE EXISTED AT LEAST TWO(2) YEARS BEFORE THE INCIDENT IN WHICH THE PLAINTIFF NOW COMPLAINS. THE DEFENDANT'S STATE THAT "HOWEVER, HE HAD PREVIOUSLY BEEN CONFINED AT THE CHILTON COUNTY JAIL BEGINING IN 2002; AND REPORTED DURING HIS BOOKING PROCESS IN 2002 THAT HE HAD HERPES SIMPLEX (B) WHICH CAUSED HIS SKIN TO BREAK OUT ONCE EVERY YEAR. (SEE AFFIDAVIT OF SHANE LOCKHART) AND MEDICAL SCREENING FORM ATTACHED HERETO DATED SEPTEMBER 13, 3 2002.

## RESPONSE.

PETITIONER/PLAINTIFF SHOWS THAT ANY MEDICAL CONDITION HE MAY HAVE HAD IN 2002 HAS NO RELEVANCE TO AN ISSUE OF THE PRESNT CLAIM AGAINST THE DEFENDANT'S AND WOULD MOVE THIS COURT TO STRIKE THIS TYPE ALLEGATIONS AS TO "RELEVANCE".

THE HERPES SIMPLEX B CAUSES MOUTH ULCERS & FEVER BLISTERS WHICH IS CONTAINED OR LIMITED TO THE MOUTH OR THROAT AREA. THIS CONDITION WOULD NOT HAVE IN NO WAY CAUSED THE "BODY" RASHES THAT PLAINTIFF SUFFERED WHILE AT THE JAIL.

THE DEFENDANTS OFFER A DOCUMENT FROM SEPTEMBER 13, 3 2002 THAT INDICATES AT THIS PATICULAR TIME PLAINTIFF STATES THAT HE HAS A SKIN PROBLEM AND FURTHER, THAT THIS SKIN PROBLEM MAY OCCUR ONCE A YEAR. THIS DOCUMENT HAS NO RELEVANCE AS TO THE CAUSE OF THE SKIN RASH AT THE TIME COMPLAINED OF IN THAT NO MEDICAL DOCUMENT EXIST THAT HAS BEEN PROVIDED BY THE DEFENDANT'S THAT SHOW THE HERPES SIMPLEX B CONDITION OF THE PLAINTIFF WAS THE CAUSE OF THE RASH AND OTHER SKIN IRRITATIONS TO HIS SKIN AT THE TIME COMPLAINED OF IN HIS PRESENT COMPLAINT. AS SUCH, THERE IS NO CORROBORATION AS TO THE 2002 REPORT OTHER THAN AN ATTEMPT TO BLAME THIS MATTER FOR THE NEGLECT AND INADEQUATE LIVING CONDITIONS AT THE CHILTON COUNTY JAIL. FOR THIS REASON, THE CLAIMS FOUND IN PARAGRAPH ONE (i) OF THE SUPPLEMENTAL REPORT IS WITHOUT MERIT AND THIS CAUSE IS DUE TO PROCEED TO TRIAL. PLAINTIFF SHOWS THE PROBLEM LIES WITH THE OVERCROWDING OF THE JAIL AND LIES WITHIN THE NEGLECT OF JAIL OFFICIALS TO INSURE A PROPER SANITARY ENVIROMENT FOR ITS INMATES. ONE INSPECTION OF THE JAIL COMPLAINED OF AND THE COURT CAN PLAINLY SEE THAT THE JAIL IS NOT ONLY UNSANITARY, BUT NOT FIT TO HOUSE PRISONERS. THESE TYPE CONDITIONS CONSTITUTE CRUEL AND UNUSAL PUNISHMENT AND FURTHER, POSE A THREAT TO EVERY INMATES HEALTH AND SECURITY WHO ARE HOUSED THERE. <u>RHODES V. CHAPMAN</u>, 452 U.S. 337 (1981)

PARAGRAPH (ii) STATES THAT THE PLAINTIFF DID NOT EXHAUST HIS INSTITUTIONAL REMEDIES. IN ESSENCE, THE DEFENDANT' CLAIM PLAINTIFF DID NOT FILE A GREVIANCE COMPLAINT ABOUT THE SKIN RASH OR THE LIVING CONDITIONS OF THE JAIL. THE FACT THE PLAINTIFF FILED TWO (2) GREVIANCES THAT ARE STATED TO HAVE BEEN FILED BY HIM BY THE DEFENDANT'S WOULD SEEM TO SATISFY THE GREVIANCE PROCESS IN THAT ANY GREVIANCE AT ALL WAS A PLEA FOR MEDICAL ATTENTION AND A PLEA FOR THE UNSANITARY CONDITIONS UPON WHICH HE WAS SUBJECTED TO BE DEALT WITH.

A DESPERATE SYSTEM WILL DO DESPERATE THINGS TO COVER UP THE FACT THAT THEIR SYSTEM IS BROKEN AND THAT IT IS SO OVERCROWDED THAT IT IS FILTHY AND INHUMANE. THE CHILTON COUNTY JAIL IS AND HAS BEEN THE SUBJECT OF CIVIL ACTION FOR MANY YEARS AND THIS COURT IS WELL AWARE OF THE OVER-CROWDING OF ALL JAILS IN ALABAMA.

THE DOCTORS AT THE CHILTON COUNTY JAIL, KILBY CORRECTIONAL FACILITY, AND VENTRESS CORRECTIONAL FACILITY ALL AGREED THAT THE RASH I CONTRACTED AT THE CHILTON COUNTY JAIL THAT COVERED 80% OF MY BODY WAS NOT HERPES SIMPLEX "B" OR ANY OTHER TYPE HERPES. I DID FILE A REQUEST ABOUT MY RASH, SEVERAL UNTIL ABOUT 80% OF MY BODY WAS COVERED IN WELPS.

THEY BROUGHT IN AN OUTSIDE DOCTOR TO TREAT ME. SHE SAID SHE THOUGHT IT WAS SOMETHING IN THE ENVIROMENT. A LOOK AT MY BANK ACCOUNT SHEET AND YOU CAN SEE EACH TIME I WENT TO SEE THE DOCTOR AND WAS PRESCRIBED MEDICATION. THEY DEDUCTED MONEY FROM MY ACCOUNT FOR THIS PURPOSE MANY TIMES.

THE DEFENDANT'S LIED WHEN THEY SAID THE UNIFORMS AND UNDERWEAR WERE WASHED ON THE SAME DAY. ONCE A WEEK WHEN THE WASHER OR DRYER IS NOT BROKE DOWN (WHICH HAPPENS OFTEN). UPON ENTERING THE JAIL IF YOU ARE FORUNATE ENOUGH TO HAVE MONEY IN YOUR POCKET YOU CAN FILL OUT A STORE SLIP THE FOLLOWING WEEK AND GET YOUR STORE THE WEEK AFTER YOU FILL OUT THE SLIP.

I WAS THERE OVER NINETY (90) DAYS AND GOT THE RASH. WE NEVER EVER GOT JUICE OR MILK, ONLY WATER, WE GOT SUNSHINE MAYBE 15 MINUTES A MONTH IF THAT MUCH. SOME MONTHS THEY DID NOT LET US OUTSIDE FOR EVEN 15 MINUTES. WE WORE THE SAME CLOTHES FOR PERIODS OF SEVEN (7) DAYS AT A TIME. WE ALSO RECEIVED NO TYPE OF VITAMINS OR SUPPLEMENTS.

THE STATE AND FEDERAL GUIDELINES STIPULATE THAT INMATES INCARCERATED SHOULD RECEIVE AND HAVE ACCESS TO ALL NECESSARY MEDICAL TREATMENT. COURTS HAVE HELD THAT AN ADEQUATE MEDICAL SYSTEM WILL CONDUCT AN INITIAL HEALTH SCREENING OF INMATES, AND HAVE A REASONABLE SICK CALL PROCEDURE. CHILTON COUNTY JAIL DOES NOT EVEN COME CLOSE TO MEETING THESE STANDARDS. CASEY V. LEWIS, 834 F. SUPP. 1477 (D. ARIZ. 1993) PLAINTIFF SHOWS THAT HE EXHAUSTED EVERY "IN JAIL" REMEDY AVAILIBLE TO HIM AND THEREFORE THIS CAUSE OF ACTION IS PROPERLY BEFORE THE COURT FOR REVIEW. PAYNE V. LYNAUGH, 843 F. 2d. 177 (5th cir. 1988).

CONCLUSION.

WHEREFORE, PREMISES CONSIDERED, THE PLAINTIFF MOVES THIS HONORABLE COURT TO GRANT HIM A TRIAL BY JURY IN THIS MATTER IN THAT THE PLAINTIFF HAS SHOWN THAT THE CONDITIONS OF THE CHILTON COUNTY, ALABAMA JAIL ARE INHUMANE, UNSANITARY, AND UNFIT TO HOUSE INMATES. FURTHER, PLAINTIFF MOVES THIS HONORABLE COURT TO GRANT HIM ALL JUDGEMENTS SOUGHT IN HIS COMPLAINT AGAINST THE DEFENDANTS.

RESPECTFULLY SUBMITTED,
ON THIS THE 1ST DAY OF MAY, 2007.,  *Don Michael Skelton*
                                              DON MICHAEL SKELTON
                                                   PLAINTIFF.

CERTIFICATE OF SERVICE.

I HEREBY DECLARE THAT I HAVE ON THIS DATE CAUSE A COPY OF THE FOREGOING DOCUMENT TO BE SERVED UPON THE OFFICE OF THE CLERK FOR THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA AND OPPOSING COUNSEL BY PLACING COPIES OF THE SAME TO EACH IN THE U.S. MAIL POSTAGE PREPAID BY ME.
ON THIS THE 1ST DAY OF MAY, 2007.  *Don Michael Skelton*
                                          DON MICHAEL SKELTON
                                          P.O. BOX 8
                                          ELMORE, ALABAMA 36025

HON. C. WINSTON SHEEHAN JR.,
ATTORNEY FOR DEFENDANTS
2000 INTERSTATE PARK DRIVE
SUITE 214
P.O. BOX 2148
MONTGOMERY, ALABAMA
    36102-2148

OFFICE OF THE CLERK
U.S. DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
P.O. BOX 711
MONTGOMERY, ALABAMA
    36101



OFFICE OF THE CLERK
U.S. DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101

DON MICHAEL SKELTON #194433
p.o. box 8  DORM A-1
ELMORE, ALABAMA 36025

