OCT. 18th, 2007

DON MICHAEL SKELTON
    Plaintiff     RECEIVED

    V.      2007 NOV -2   CIVIL ACTION NO.

BILLY WAYNE FULMER, et al.   2:06-CV-195-WKW
    Defendants

Dear Sir,

    I am writing to inform the court that I now have a change of address. My new address is

    DON MICHAEL SKELTON
    924 WHALEY WAY
    FULTONDALE, ALABAMA
            35068

    Phone # 205-849-6713

    Respectfully,

    Don M. Skelton



US POSTAGE

HASLER

$0.41⁰

Mailed From Box 25

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

36101+0711

Don Michael SKELTON
#194433 A1-69A
P.O. BOX 8
ELMORE, ALABAMA
36025