12-18-07

CASE # 2:06CV-195-WKW

Dear Clerk,

I'm writing to let you know I have a new address. Please send me an update on my case. My new address is

Don Michael Skelton
1616 5th Ave. N
Bessemer, Ala. 35020

Don Michael Skelton - Plaintiff
V
Billy Wayne Fulmer, et. Al.
    Defendants

It has been a long time since I've heard from your court. Do you know when a decision will be made or a trial date set?

Respectfully
Don M. Skelton
Don M Skelton

DON MICHAEL SKELTON
1616 5th AVE W.
Bessemer, Alabama
35020

BIRMINGHAM AL 352

19 DEC 2007 PM 1 T



UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

36101З0711