IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON MICHAEL SKELTON, #194433, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-195-WKW |
| ) | |
| BILLY WAYNE FULMER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the special reports filed by the defendants, and for good cause, it is

ORDERED that on or before June 2, 2008 the defendants shall file (i) a legible copy of the rules and regulations of the Chilton County Jail in effect during the time relevant to the claims pending before the court, and (ii) copies of the plaintiff's medical records from August of 2004 until March of 2006.

Done this 21st day of May, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE