**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **DON MICHAEL SKELTON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 2:06cv195-WKW** |
| | ) | |
| **BILLY WAYNE FULMER,** | ) | |
| **et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AMENDED SUPPLEMENT TO SPECIAL REPORT**

COME NOW the Defendants, and pursuant to this Court's Order of May 21, 2008, (Document 48) supplement their Special Report as follows:

1.      Attached is a legible copy of the Rules and Regulations of the Chilton County Jail Policy and Procedure Directives together with a copy of the Chilton County Jail Inmate Rules and Regulations in effect during the time relevant to the claims pending before the Court.

2.      Also attached are legible copies of the Plaintiff's medical records from March 1, 2005 through March 3, 2006, obtained from Southern Health Partners, Inc., which took over the administration of inmate health at the Chilton County Jail on January 1, 2005.  Pursuant to the Court's Order, personal identifiers have been redacted.  The Defendants are attempting to obtain medical records from Dr. Lucille Collins, the physician who was under contract to provide healthcare to inmates at the Chilton County Jail prior to January 1, 2005, as well as records from the Chilton County Medical Center where inmates were seen.  The Defendants had been in hopes of obtaining the Plaintiff's  medical records without subpoena, but it does not appear to be possible at this time.  Subpoenas will therefore be issued to Dr. Lucille Collins, the physician

1

under contract to the Chilton County Jail as well as a subpoena to the Chilton Medical Center.

Once the Plaintiff's medical records from August of 2004 are received, they will be forwarded

immediately to the Court.


/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorney for the Defendants


OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222


## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Don Michael Skelton
1616 5th Avenue North
Bessemer, Alabama 35020


/s/ C. Winston Sheehan, Jr.
OF COUNSEL