# CHILTON COUNTY JAIL
# POLICY AND PROCEDURE DIRECTIVES

## MISSION STATEMENT

**Issued: August 2001**
**Revised: October 17, 2006**

## TABLE OF CONTENTS

### ADMINISTRATION, ORGANIZATION, AND MANAGEMENT

**Policy and Procedure Directives**

| | |
|---|---|
| Operations Manual | A-101 |
| Purpose and Authority | A-103 |
| Adoption of Policy and Procedure Directives | A-104 |
| Amendments/Revisions/Exceptions | A-105 |
| Annual Update | A-106 |
| Receipt of Directives | A-107 |
| Violation of Directives | A-108 |

**Personnel**

| | |
|---|---|
| Chain of Command | A-201 |
| Channels of Communication | A-202 |
| Code of Ethics | A-203 |
| Employee/Management Relations | A-204 |
| Employee Consultation | A-205 |
| Personnel and Payroll Records | A-206 |
| Communication With Inmates | A-207 |

**Staffing and Training**

    Warden/Assistant Warden              A-301

    Jail Staff Personnel                    A-302

    Jail Staff Orientation                  A-303

    Jail Staff Training                      A-304

**Fiscal and Program Management**

    Purchasing                           A-402

    Receiving Supplies                   A-403

**Documentation**

    Documentation                       A-501

    Forms and Reports                   A-502

    Documentation of Services         A-503


**BOOKING, CLASSIFICATION, AND RELEASE**

**Booking**

    Admitting Inmates to Jail            B-101

    Required Documentation at Admission    B-102

    Receiving Screening of Inmates       B-103

    Search at Time of Admission         B-104

    Photographing Inmates             B-105

    Fingerprinting Inmates             B-106

    Screening Inmates at Admission       B-107

    Preparation for Housing            B-109

    Personal Property Allowed in Housing Areas    B-110

Intoxicated Arrestees                                          B-110

Suicidal Arrestees                                             B-111

**Classification**

Classification of Inmates                                      B-201

Appeal of Classification Assignment                           B-202

**Release**

Release of Inmates From Jail

## SECURITY

**Security and Control**

Security and Control- General Procedures                      C-101

Sleeping on Duty                                              C-102

Security Equipment                                           C-103

Searches                                                     C-104

Contraband Control                                           C-105

Access to Jail                                               C-106

Supervision of Inmates                                       C-107

Accountability for Inmates                                   C-108

Staff and Inmate Movement                                   C-109

**Weapons**

Securing of Officers Weapons                                C-201

Weapons Control                                             C-202

Use of Chemical Agents                                      C-203

Use of Restraints or Drugs                                  C-204

Weapons – General                                          C-205

**Use of Force**

    Non-Deadly Force                             C-301

    Deadly Force                                  C-302

**Transportation of Inmates**

    Transportation of Inmates               C-401

    Transporting Inmates Outside the Jail      C-402

    Use of Jail Vehicles                      C-403

    Identification of Transporting Officer/Agent   C-404

**Internal Controls**

    Key Control                                C-501

    Tool Control                                C-502

**EMERGENCY PROCEDURES**

**General**

    Declaration of State of Emergency        D-101

    Emergency Suspension of Directives      D-102

    Emergency Plans                     D-103

**Specific**

    Fire Emergency                       D-201

    Escapes                              D-202

    Riots and Disturbances               D-203

    Hostage Situation                 D-204

    Death in Jail                      D-205

**INMATE RIGHTS AND PRIVILEGES**

**Inmate Rights- General**

Inmate Rights                                          E-101

Access to the Courts                                   E-102

Access to Legal Assistance                             E-103

Religion                                               E-104

Inmate Exercise                                        E-105

**Discipline**

Inmate Discipline                                      E-201

Disciplinary Report                                    E-202

Disciplinary Offenses                                  E-203

Disciplinary Schedules                                 E-204

Disciplinary Segregation                               E-205

**Rules and Regulations**

Inmate Rules and Regulations                           E-301

Receipt of Inmate Rules and Regulations                E-302

**Administrative Procedure**

Inmate Grievances                                      E-401

Administrative Segregation                             E-402

**Inmate Visitation**

Inmate Visitation                                      E-501

Attorney Visitation                                    E-502

Clergy Visitation                                      E-503

Media Access to Inmates                                E-504

**Correspondence and Telephone**

    Inmate Correspondence                        E-601

    Inmate Telephone Privileges                E-602

**Categories of Inmates**

    Inmates With Disabilities                   E-701

    Female Inmates                            E-702

    Indigent Inmates                          E-703

    Inmate Workers                            E-704

    Work Release                             E-705

        Temporary Work Release             E-706

        Behavior While on Work Release       E-707

**Food**

    Food Service                              E-801

    Outside Food Packages                   E-802

    Refusing to Eat                          E-803

    Commissary Services                    E-804

## PHYSICAL AND MENTAL HEALTH

**Health Care**

    Health Care Services                    F-101

    Consent for Medical Treatment        F-102

    Maintenance and Confidentiality of Medical Records       F-103

    Release of Medical Records            F-104

    Management of Pharmaceuticals        F-105

**Special Categories**

Suicide Prevention                                     F-201

Communicable Diseases                                  F-202

Blood Borne Pathogens                                  F-203

Use of Latex Gloves                                    F-204

## SANITATION, HYGIENE, AND SAFETY

**Sanitation and Hygiene**

Sanitation and Hygienic Living Conditions              G-101

Inmate Personal Hygiene                                G-102

Insect and Vermin Control                              G-103

Laundry Services                                       G-105

Use of Tobacco Products                                G-106

**Safety**

Fire Safety                                            G-201

Control of Flammable, Toxic and Caustic Substances     G-202

Jail Maintenance                                       G-203

# MISSION STATEMENT

---

## Chilton County Jail Mission Statement

The mission of the Chilton County Jail is to provide for the safe, secure and constitutional confinement of those persons committed to the custody of the jail, either to await trial or upon sentence of the court, and to attempt to ensure that all inmates are treated impartially and in accordance with the established laws of the United States and the State of Alabama.

A-101
OPERATIONS MANUAL

**POLICY:**

It is the policy of the Chilton County Jail that the jail shall be operated in accordance with an operations manual issued by the Sheriff of Chilton County.

**PROCEDURE:**

This Policy and Procedure Directives Manual is the official manual for the Chilton County Jail

A-103
PURPOSE AND AUTHORITY

---

**PURPOSE:**

The purpose of the Policy and Procedure Directives Manual is:

- To systematically formulate standardized policy and procedure for all matters coming within the area of responsibility of the Chilton County Jail.
- To serve as a guide and aid for the efficient operation of the Chilton County Jail.
- To provide a permanent and continuing record of all policy and procedure directives which can be utilized on a daily basis.

**AUTHORITY:**

Policy and Procedure Directives issued by the Sheriff of Chilton County are official and effective at the time of the signing of this PURPOSE AND AUTHORITY directive by the Sheriff of Chilton County.

Only the office of the Sheriff of Chilton County may issue directives.

When a directive is issued, it is considered by all Chilton County Jail personnel to be in full force and effect as of the date of issuance.

All jail personnel are expected to immediately comply with the policy and procedure directives contained herein.

The provisions of these Policy and Procedure Directives issued on the date of signature by the Sheriff of Chilton County shall prevail over all conflicting policies, provisions, or directives, which may have been issued prior to this date.

---

Billy Wayne Fulmer                                    Date
Sheriff, Chilton County

10

A-104
## ADOPTION OF POLICY AND PROCEDURE DIRECTIVES

**POLICY:**

It is the policy of the Chilton County Jail that the Sheriff of Chilton County and the Warden/Assistant Warden of the Chilton County Jail must approve all the policy and procedure directives.

**PROCEDURE:**

Upon signatures affixed to this page, the Policy and Procedure Directives **revised October 17, 2006** are official policy and procedure for the operation of the Chilton County Jail.

Amendments and provisions will be noted by a different date of issue and as signed by the Sheriff of Chilton County and the Warden of the Chilton County Jail.

Sheriff Billy Wayne Fulmer                                                    Date

Warden Shane Lockhart                                                          Date

A-105
## AMENDMENTS/ REVISIONS/ EXCEPTIONS TO
## POLICY AND PROCEDURE DIRECTIVES

---

**POLICY:**

It is the policy of the Chilton County Jail that any amendments, revisions, and/or exceptions to any Policy and Procedure Directive issued for the Chilton County Jail shall be made in a designated and consistent manner.

**PROCEDURE:**

An annual review of Policy and Procedure Directives will be conduced as specified in the Policy and Procedure Annual Update.

Any Policy and Procedure Directive may be revised only at the direction of and by the authority of the Sheriff of Chilton County.

A-106
ANNUAL UPDATE

---

**POLICY:**

It is the policy of the Chilton County Jail that the Policy and Procedure Directives Manual, which governs the operation of the jail, shall be reviewed and updated (if necessary) on at least an annual basis.


**PROCEDURE:**

On an annual basis, usually at the time of the anniversary of the issuance of this original Policy and Procedure Directives Manual, the Warden will initiate a review of the Policy and Procedure Directives Manual and will offer an opportunity to all staff persons for recommendations concerning revisions.

A-107
### RECEIPT OF DIRECTIVES

**POLICY:**

It is the policy of the Chilton County Jail that each jail staff member will be provided a copy of the Policy and Procedure Directives.

**PROCEDURE:**

The jail staff member will be provided a copy of the Directives either upon approval of the Directives or upon employment of the staff member.

The jail staff member will sign a RECEIPT OF DIRECTIVES statement acknowledging receipt of the Directives and certifying that the Directives will not be copied, given to non-staff members to read, or transferred to any other person.  In signing the receipt, the jail staff member acknowledged his/her understanding of the CONFIDENTIAL nature of the Directives.

The jail staff member will retain his/her copy of the Directives and will return his/her copy of the Directives to the Warden/Assistant Warden upon termination of employment.

The Sheriff of Chilton County will provide a copy of the RECIEPT OF DIRECTIVES form on the following page to each existing or new employee upon the adoption of these directives.

14

## CHILTON COUNTY JAIL
## RECEIPT OF DIRECTIVES

I, _____, an employee of the Chilton County Jail do hereby acknowledge receipt of the Policy and Procedure Directives Manual of the Chilton County Jail.

With my signature, I certify that I will perform my job functions at all times in accordance with the Directives contained in the Policy and procedure Directives Manual of the Chilton County Jail.

Further, I certify my understanding that the Policy and Procedure Directives Manual of the Chilton County Jail is a CONFIDENTIAL manual for use only by the staff of the Chilton County Jail and that the Directives are not to be reproduced, distributed, or otherwise discussed with other persons who are not staff members of the Chilton County Jail without the express permission or at the direction of the Sheriff of Chilton County of the Warden/ Assistant Warden.

I understand that any violation of this RECEIPT OF DIRECTIVES agreement may result in my suspension or termination of employment as a member of the staff of the Chilton County Jail.

I understand also that violation of any Policy and Procedure Directive contained in the Policy and Procedure Directives Manual of the Chilton County Jail may result in my being subject to employee discipline.

This done the _____ day of _____, 20____.

_____
Employee

_____
Warden/Supervisor

15

A-108
## VIOLATION OF DIRECTIVES

**POLICY:**

It is the policy of the Chilton County Jail that any violations of Policy and Procedure Directives may result in disciplinary action.

**PROCEDURE:**

If any Chilton County Jail employee knowingly violates any Policy and Procedure Directive, he/she may be subject to the nature of the offense, the frequency of offenses and the results of any subsequent investigation(s).

In all matters of disciplinary action, the Warden/ Assistant Warden will act with direct authority from the Sheriff of Chilton County.  The affected employee to the Sheriff of Chilton County may appeal any disciplinary action taken by the Warden/ Assistant Warden in writing within five calendar days of the disciplinary action.

A-201
## CHAIN OF COMMAND

**POLICY:**

It is the policy of the Chilton County Jail that authority and responsibility shall be designated in a manner, which will facilitate the orderly operation of the jail.

**PROCEDURE:**

The Warden/ Assistant Warden has the primary responsibility for the operation of the jail and the supervision of all jail staff and shall report directly to the Sheriff of Chilton County.

All other jail personnel report directly to the Warden/ Assistant Warden and work under his/her direct supervision.

In the event of the absence of the Sheriff and Warden/ Assistant Warden, the ranking jail officer on duty assumes command of the jail.

In all cases where reference is made to the Sheriff, the title of Chief Deputy may be substituted in the event the Sheriff is out of the county and/or the inability of the Warden/ Assistant Warden to contact the Sheriff, and/or the Sheriff is unable to perform his/her duty.

A-202
## CHANNELS OF COMMUNICATION

**POLICY:**

It is the policy of the Chilton County Jail that proper channels of communication will be established and maintained for all jail employees.

**PROCEDURE:**

The Warden/ Assistant Warden shall function as the chief administrative officer of the Chilton County Jail.

The Warden/ Assistant Warden shall report directly to the Sheriff of Chilton County, or the Chief Deputy of Chilton County in the Sheriff's absence.

All other jail employees shall report to the Warden/ Assistant Warden using the chain of command.

A-203
## CODE OF ETHICS

**POLICY:**

It is the polity of the Chilton County Jail that all jail staff personnel shall perform their job assignments in a manner which shall be consistent with the Policy and Procedure Directives Manual and in a manner which shall insure a professional relationship with other staff members, inmates, inmates' families, and inmates' visitors, all of whom shall be treated in a fair and impartial manner.

**PROCEDURE:**

CHILTON COUNTY JAIL EMPLOYEES **SHALL NOT**:

- Personally employ any inmates or use any inmates for personal services.
- Exchange personal gifts or favors with inmates, inmates' families, inmates' friends, or inmates' visitors.
- Accept any form of bribe or unlawful inducement.
- Perform duties while under the influence of intoxicants or illegal drugs or consume intoxicants or illegal drugs while on duty.
- Leave their post without permission from the shift Supervisor/ Warden/ Assistant Warden or the Sheriff.
- Violate or disobey established rules, regulations, or lawful orders from a supervisor.
- Discriminate against any inmate on the basis of race, religion, gender, creed, national origin, political belief, disability or any other individual characteristics for any reason whatsoever.
- Employ corporal punishment or the unnecessary use of force.
- Subject inmates to any form of physical or emotional abuse.
- Intentionally demean or humiliate inmates.
- Bring any type of weapon or item declared as contraband into the jail without proper authorization from the Warden/ Assistant Warden or Sheriff.
- Engage in critical discussion of staff members or inmates in the presence of inmate.

- Divulge confidential information concerning any inmate to any other inmate or to any member of the general public.
- Intentionally or negligently endanger the well being of self or others.
- Inquire about, disclose or discuss details of an inmate's crime(s) other than as may be absolutely necessary in performing official duties (Ex: admissions process).
- Fraternize, cohabitate, or engage in sexual activity with any inmate.
- Engage in any sexual activity with any staff member during duty hours or within the confines of the jail.

- Lie to the Warden/ Assistant Warden or any other superior officer or fellow officer concerning any function or activity of the jail operation.
- Steal from Chilton County, a fellow officer, an inmate, or a visitor to the jail.
- Engage in any criminal activity in violation of the laws of the Uni9ted States of America, the State of Alabama, or Chilton County whether on or off duty.

**IT IS UNDERSTOOD THAT VIOLATION OF THE CODE OF ETHICS MAY RESULT IN AUTOMATIC IMMEDIATE SUSPENSION, TERMINATION OF EMPLOYMENT, AND/ OR PROSECUTION.**

CHILTON COUNTY JAIL EMPLOYEES **SHALL**:

- Treat all persons they encounter in the course of duty in a courteous and professional manner. Patience will be utilized in dealing with all persons. <u>The use of insolent or rude language or behavior will be avoided.</u>
- Treat all inmates in a fair and impartial manner.
- Perform all duties in a professional and prompt manner.
- Comply with all established rules, regulations, policies, procedures, and lawful orders from superiors.
- **USE COURTEOUS AND NON-ABUSIVE LANGUAGE IN TALKING WITH INMATES AND THEIR VISITORS, EITHER IN PERSON OR TH THE TELEPHONE.**
- Maintain personal appearance in a neat, clean and professional manner. Clothing will be clean, pressed, and worn in a proper and neat manner. Shoes will be shined. Hair will be combed. Facial hair will be neatly trimmed and well groomed.

SEXUAL HARASSMENT PROHIBITED

Chilton County Jail employees shall not participate in any form of sexual harassment directed toward any other jail employee or inmate. Sexual harassment is generally considered to be any behavior directed toward a member of the opposite sex such as suggestive statements, innuendoes, remarks, gestures, or such. Sexual harassment is prohibited both by this policy and by law. Any complaints of sexual harassment will be thoroughly investigated by the Warden/ Assistant Warden and any perpetrator or sexual harassment is subject to employee discipline including suspension or termination.

A-204
EMPLOYEE/ MANAGEMENT RELATIONS

**POLICY:**

It is the policy of the Chilton County Jail that employee/ management relations will be maintained on a professional level.

**PROCEDURE:**

The Policy and Procedure Directives Manual of the Chilton County Jail so as to discourage arbitrary or prejudicial decisions or actions will govern Employee/ Management relations.

A-205
## EMPLOYEE CONSULTATION

**POLICY:**

It is the policy of the Chilton County jail that jail employees will be given the opportunity to have a voice in the formulation of policies, procedures, and programs.

**PROCEDURE:**

The Warden/ Assistant Warden will maintain an open door policy to all employees.

Jail employees are encouraged to consult with the Warden/ Assistant Warden as necessary concerning any jail policy, procedure, or program.

As the Chilton County Jail Policy and Procedure Directive Manual is reviewed annually for update or revision, a review committee of jail employees will be appointed by the Warden/ Assistant Warden for the purpose of review and advise.

A-206
## PERSONNEL AND PAYROLL RECORDS

**POLICY:**

It is the policy of the Chilton County Jail that all personnel and payroll records be maintained in a professional and orderly manner in accordance with guidelines established by the Chilton County Commission.

**PROCEDURE:**

The Warden/ Assistant Warden will ensure that all personnel and payroll records for jail employees are maintained in an appropriate manner according to guidelines of the Chilton County Commission. These records will be considered CONFIDENTIAL in nature and will be available only to the Sheriff of Chilton County, the Warden/ Assistant Warden, the individual employee, and those employees of the Chilton County whose duty is to maintain such records.

The Warden/ Assistant Warden will maintain a record of all personnel assignments.

The Warden/ Assistant Warden will maintain a record of all personnel attendances and absences.

A-207
## COMMUNICATION WITH INMATES

**POLICY:**

It is the policy of the Chilton County Jail that jail employees will communicate regularly with inmates and that inmates will have the opportunity to communicate regularly with jail employees at the officer's discretion.

**PROCEDURE:**

Inmates housed in the Chilton County Jail can communicate with jail employees on a regular basis through written or verbal communication.

Jail personnel will attempt to respond to any request for communication from any inmate.

The Warden/ Assistant Warden will devise and operate a system to ensure inmates the opportunity to submit written requests and/or grievances to the shift Supervisor on a daily basis.

A-301
## WARDEN/ ASSISTANT WARDEN

**POLICY:**

It is the policy of the Chilton County Jail that the jail shall be under the direction of a Warden/ Assistant Warden.

**PROCEDURE:**

A Warden/ Assistant Warden will be employed to oversee the operation of the Chilton County Jail.

Jail employees will report through the proper chain of command to the Warden/ Assistant Warden.

The Warden/ Assistant /Warden will monitor all operations and programs of the jail through regular inspections and reviews.

A-302
## JAIL STAFF PERSONNEL

**POLICY:**

It is the policy of the Chilton County Jail that the jail be operated on a daily basis, 24 hours per day, by a competent jail staff

**PROCEDURE:**

Chilton County Jail officers will be employed on the basis of qualifications only. Race, creed, color, national origin, religious beliefs, political beliefs and disabilities will not be a basis for determining employment eligibility.

All officers will be employed in accordance with employment guidelines of the Chilton County Commission and will be paid according to a salary scale approved by the Chilton County Commission.

All personnel records will have limited access and their availability will be restricted to the officer who is the subject of the record and to others who have a need for the information only in the official performance of their duties.

Officers may, at any time, challenge information in their personnel files and petition in writing to have it corrected or removed if it is proved inaccurate.

**PROCEDURE:**

The Warden/ Assistant Warden will establish a system whereby the employment performance of each officer will be evaluated on an annual basis according to defined criteria. The Jail Warden/ Assistant Warden will discuss an officer's annual evaluation with the officer.

Vacant officer positions will be filled either by new employees or by promotion from within the existing jail staff.

Officers will be reimbursed for all APPROVED expenses incurred in the official performance of their duties.

The Warden/ Assistant Warden will determine that the physical health of each jail officer is appropriate for his/her assigned duties.

All new officers will receive 40 hours of orientation to the jail prior to job assignment.

All officers who work in direct and continuing contact with inmates will receive training that covers at a minimum:

- Security procedures
- Supervision of inmates
- Report writing
- Legal issues, including rights and responsibilities of inmates
- Inmate rules and regulations
- Grievance and disciplinary procedures
- Fire emergency procedures
- First aid
- Communication skills
- Crisis intervention
- Problem solving and guidance
- Abnormal behavior, including alcohol and drug abuse related emergencies
- Booking procedures
- Use of force
- Transportation and restraint

The Warden/ Assistant Warden will schedule and coordinate all officers training. Training may or may not be on-site. All jail employees must successfully complete the 80-hour jail management-training program within a reasonable time of employment.

A-303
## JAIL STAFF ORIENTATION

**POLICY:**

It is the policy of the Chilton County Jail that all new jail staff personnel receive a general orientation from the Warden/ Assistant Warden or his designee to familiarize the new staff member with the operation of the jail.

**PROCEDURE:**

Staff orientation will include, at a minimum, familiarization with the following:

- Personnel policies
- Organizational structure
- Job description
- Physical plant
- Policy and Procedure Directives Manual
- Jail programs
- All forms of documentation utilized by the jail
- Disciplinary and grievance procedure

A-304
## JAIL STAFF TRAINING

---

## POLICY:

It is the policy of the Chilton County Jail that a planned staff-training program is a part of the overall management and operation of the jail and that all officers receive adequate and proper job related training.

## PROCEDURE:

The Warden/ Assistant Warden shall be responsible for planning and coordinating all training programs and making certain that training requirements and needs are met.

Each jail staff member will be given a minimum of 40 hours of orientation to the jail prior to job assignment.

Each jail staff member will be required to successfully complete the P.O.S.T. approved Jail Management Training Program within a specified time frame approved by the Sheriff and/or Warden/ Assistant Warden.

The Warden/ Assistant Warden will maintain accurate records of training received by each jail staff member.

The Warden/ Assistant Warden will work with the Sheriff to devise and implement any needed in-house training programs.

A-401
PURCHASING

**POLICY:**

It is the policy of the Chilton County Jail that the purchase of equipment and supplies for the jail will be done in a professional and cost-efficient manner, which ensures that proper equipment, and supplies are on hand when needed.

**PROCEDURE:**

All equipment and supplies purchased for the jail will be purchased under the authority of the Sheriff, Warden/ Assistant Warden.

All purchases for the jail will be made in accordance with purchasing procedures established by the Chilton County Commission.

All equipment and supplies will properly accounted for upon delivery before the bill of lading is signed.

All equipment and supplies will be stored and utilized according to the direction of the Sheriff and or Chief Clerk to support the operation and programs of the jail.

No equipment or supplies will be disposed of unless directed by the Sheriff.

A-402
RECEIVING SUPPLIES

**POLICY:**

It is the policy of the Chilton County Jail that all supplies will be received in a manner which will help ensure accountability.

**PROCEDURE:**

All purchased supplies (including food supplies) delivered to the jail will be received by a member of the jail staff who will make certain that all supplies are delivered and that the delivery ticket is correct before signing it.

A member of the jail staff will make certain that all supplies are delivered to their proper storage areas and secured.

Inmates will not be allowed to receive any purchased or donated supplies delivered to the jail.

A-501
DOCUMENTATION

---

**POLICY:**

It is the policy of the Chilton County Jail that officers will document, in writing, items/ issues/ incidents related to the mission of the Chilton County Jail and/ or any Policy and Procedure Directive of the Chilton County Jail.

**PROCEDURE:**

The Warden/ Assistant Warden will design a system of written reports for use by the staff of the Chilton County Jail. These reports include, but are not limited to: information on major developments, serious incidents, population data, and major problems and plans for resolving them.

Additionally, the Warden/ Assistant Warden will design a system of written reports/ logs for documenting inmate activities including, but not limited to: medical visits, medication received, visits, work release, information request, and incidents.

A-502
FORMS AND REPORTS

**POLICY:**

It is the policy of the Chilton County Jail that forms and reports will be developed and implemented which will help provide for the orderly management of the jail and document staff and inmate activities.

**PROCEDURE:**

The Warden/ Assistant Warden shall develop a system of standardized forms and reports for use by jail staff and instructions for use of each particular form.

Completed forms and reports regarding inmates shall be placed in the inmates jail file and become a permanent part of that record.

A-503
## DOCUMENTATION OF SERVICES

**POLICY:**

It is the policy of the Chilton County Jail that services, activities, and programs provided in the jail is documented in order to provide a permanent record of those services, activities, and programs.

**PROCEDURE:**

The person in charge of each s3ervice, activity, or program shall keep attendance records.

The records shall be forwarded to the Warden/ Assistant Warden for storage.

When deemed appropriate, copies of such records will be photo copied and placed in the inmates file.

B-101
## ADMITTING INMATES TO JAIL

---

### POLICY:

It is the policy of the Chilton County Jail that all inmates will be admitted to the jail in a secure, efficient and professional manner that will help to ensure the safety of the inmate and the jail staff, the rights of the inmate, the security of his/ her personal property, and the maintenance of proper records.

### PROCEDURE:

NOTE: IT IS THE RESPONSIBILITY OF THE ADMISSIONS/ BOODING OFFICER ON DUTY TO MAKE CERTAIN THAT THE FOLLOWING PROCEDURES ARE FOLLOWED WITHOUT EXCEPTION WHEN AN ARRESTEE IS BROUGHT TO THE JAIL BY ANY LAW ENFORCEMENT OFFICER OR TRANSPORTING AGENT.

When a transporting officer/ agent drives his/her vehicle into the vehicular sally port with an arrestee in custody, the sally port gate will be closed and secure before either the officer/ agent or the arrestee exit from the vehicle.

The officer/ agent must secure his/her weapon before the arrestee to exit the vehicle.

### PROCEDURE:

As soon as an arrestee is brought through the receiving door into the jail, the booking officer will personally conduct a shakedown search of the arrestee's person to make certain the arrestee does not carry any contraband on his/her person. This is to be done regardless of the number of times that he/ she might have been searched before being brought into the jail.

### PROCEDURE:

The booking officer will make certain that all necessary records are complete. These include, but are not limited to:

- Alabama Uniform Arrest Report
- Jail Records
- Photograph(s) of inmate
- Fingerprint Cards
- Medical screening form
- Any other forms that are needed

B-102
## REQUIRED DOCUMENTATION AT ADMISSION

### POLICY:

It is the policy of the Chilton County Jail that a complete and accurate record of all persons being admitted to the jail will be maintained

### PROCEDURE:

ADMISSION DOCUMENTATION

The booking officer will ensure that all commitment orders and warrants are properly executed.

The booking officer will begin an activate file on an inmate who has never before been committed to the jail and will reactivate the file of an inmate previously held at the jail.

All information in a file that is being reactivated will be updated at the time of booking.

Accurate admission forms will be completed on each inmate admitted to the jail.

ALABAMA UNIFORM ARREST REPORT

An Alabama Uniform Arrest Report is to be completed by the arresting officer at the time any person is committed to the jail.

The booking officer will make certain that the arresting officer completes the Alabama Uniform Arrest Report prior to leaving the jail.

PHOTOGRAPHS AND FINGERPRINTS

Each person booked into the jail will be fingerprinted and photographed. One front view photograph and one side view photograph will be taken and placed in the inmates file.

B-103
## RECEIVING SCREENING OF INMATES

---

### POLICY:

It is the policy of the Chilton County Jail that all arrestees admitted to the facility will be screened through the use of the approved Receiving Screening Form.

### PROCEDURE:

Inmates who appear to be suicidal, seriously mentally ill, or have evidence of infection, which might spread throughout the jail, will be isolated and monitored closely until seen by a health care professional.

The following types of new inmates will be denied admission to the facility, and the arresting officer will transport the inmate to the Emergency Room for proper treatment and clearance.

- Unconscious
- Having or have recently had convulsions
- Significant external bleeding
- Obvious fractures
- Signs of head injuries
- Neck or spinal injuries
- Any type of serious injury
- Cannot walk under their own power
- Display symptoms of internal bleeding
- Abdominal bleeding
- Pregnant women in labor
- Pregnant women with any other serious problem(s)
- Extremely intoxicated or incapacitated behavior
- Breathing difficulties
- Seizures
- Apparent hallucinations
- Other serious indications

Note: If the booking officer determines that the inmate needs immediate medical treatment, the inmate may also be denied admission to the facility.

B-104
## SEARCH AT TIME OF ADMISSION

**Effective July 14, 2006**

POLICY:

A strip search of an arrestee at intake shall only be conducted when there is reasonable belief or suspicion that he/ she may be in possession of an item of contraband.  Reasonable belief may be based on:
- Current charges or previous charges for escape, possession of drugs or weapons, or crimes of violence.
- Current or historical institutional behaviors of contraband possession.

Comment:  For arrestees, generally the least-invasive form of searches should be conducted Frisk or Pat searches are considered to be the least invasive.

Process Indicators:  Facility records, arresting officer observation, arrestee interviews, criminal histories if available.

PROCEDURE:

When there is not a reasonable belief or suspicion to conduct a strip search the inmate will be allowed to change to a jail uniform in private.  T-shirts must be solid white without writing or pictures.  All underwear is approved during admission.

Strip searches of work release inmates and working inmates (trustees) will be conducted when they come back from an unsecured environment.

Officer _____    Date _____

## CHILTON COUNTY JAIL
ARRESTEE STRIP SEARCH REASONABLE BELIEF OR SUSPISION

SUBJECTS NAME: _____ DATE:
_____

□    SUBJECT NOT STRIP SEARCHED

### REASON FOR SRIP SEARCH

□    CURRENT CHARGES
□    PREVIOUS CHARGES IN JAIL RECORDS
□    PREVIOUS INCIDENT REPORTS IN JAIL RECORDS
□    SUBJECT WAS ARRESTED WITH ANOTHER SUBJECT THAT HAS CURRENT DRUG
      CHARGES
□    SUBJECT WAS ARRESTED FROM CAR, HOUSE OR ENVIRONMENT WHERE DRUGS
      OR WEAPONS WERE FOUND.
□    ARRESTING OFFICER OBSERVATION, CRIMINAL HISTORY, OR INTERVIEW
      *INFORMATION:*
      _____
      _____
      _____

□    OTHER:
      _____
      _____
      _____

CORRECTIONS OFFICER _____

*If needed to verify information, get arresting officer's signature.*

ARRESTING OFFICER _____

39

B-105
## PHOTOGRAPHING INMATES

### POLICY:

It is the policy of the Chilton County Jail that all persons brought to the jail on criminal charges (felony or misdemeanor) will be photographed in order to help ensure accurate records of all bookings.

### PROCEDURE:

All persons brought to the jail on criminal charges will be photographed at the time of admission.

If the person brought to the jail is too intoxicated or agitated to complete the admissions process at the time of initial booking, photographing may be delayed until the person is no longer intoxicated or agitated.

No arrestee or inmate will be released from the jail until he/she has been photographed.

B-106
## FINGERPRINTING INMATES

**POLICY:**

It is the policy of the Chilton County Jail that all persons brought to the jail on criminal charges (felony or misdemeanor) will be fingerprinted in order to help ensure accurate rerecords of bookings.

**PROCEDURE:**

All persons brought to the jail on criminal charges will be fingerprinted at the time of admission unless fingerprints have already been taken by the arresting officer/ agency and provided to the jail.

If the person brought to the jail is to be released immediately on bond or through some other means, the person must be fingerprinted prior to release.

If the person brought to the jail is too intoxicated or agitated to complete the admissions process at the time of initial booking, fingerprinting may be delayed until the person is no longer intoxicated or agitated.

No arrestee or inmate will be released from the jail until he/she has been fingerprinted.

B-107
## SCREENING INMATES AT ADMISSION

**POLICY:**

It is the policy of the Chilton County Jail that all arrestees brought to the jail will be screened at the time of admission through use of the Chilton County Jail Receiving/ Screening Form.

**PROCEDURE:**

The Receiving/ Screening Form will be completed on each arrestee at the time of admission to the jail.

If the booking officer determines at the time of admission that the arrestee is in need of medical attention, he/she will make certain that the arrestee received medical attention before he/she is placed in a housing unit.

If the booking officer determines at the time of admission that the arrestee is in need of mental health attention, he/she will make certain that the arrestee is referred to the local mental health agency.

B-109
## PREPARATION FOR HOUSING

**POLICY:**

It is the policy of the Chilton County Jail that persons to be incarcerated in the jail will enter the housing area with only those items, which are allowed and required.

**PROCEDURE:**

PERSONAL PROPERTY

In order to help prevent the introduction of contraband into the jail, all arrestees will be thoroughly searched prior to being placed in a housing unit.

The following will be removed from the arrestee and placed in secure inmate property storage:

- Personal clothing
- All jewelry
- Belts
- Money

A personal property inventory will be filled out by the booking officer and signed by the booking officer and arrestee.

PROPERTY ISSUE

The following items are issued when the inmate is taken to a housing unit:
- Jail clothing
- Hygiene kit
- 1 sheet
- 1 blanket
- 1 towel
- 1 washcloth
- 1 pair shower shoes

The only personal items an inmate may take into a housing unit with him/her are:
- Religious material
- Legal Material

B-110
## PERSONAL PROPERTY ALLOWED IN HOUSING AREAS

**POLICY:**

It is the policy of the Chilton County Jail that inmate personal property items allowed in the housing units will be restricted and regulated so as to aid in the provision of an orderly and non-cluttered jail environment.

**PROCEDURE:**

Inmates will be permitted to have only the following personal items in the housing units (cells):
- Shower Shoes
- Underwear
- Socks
- Personal correspondence items
- Personal hygiene items
- Jail issued items
- Soft back books
- Commissary from jail canteen

Working inmates may possess other items approved by the Warden/ Assistant Warden.

Personal jewelry is not permitted.

NOTE:  The Warden/ Assistant Warden may limit the amount of each allowable item if he/she deems it necessary to maintain an orderly and non-cluttered jail environment.

44

B-111
## INTOXICATED ARRESTEES

**POLICY:**

It is the policy of the Chilton County Jail that all arrestees who arrive at the jail in an intoxicated state will be visually observed in an attempt to reduce the possibility of harm to the arrestee.

**PROCEDURE:**

Intoxicated arrestees will be placed in a holding cell within view of the control center or booking officer, until he/she is no longer exhibiting signs of intoxication.

At the direction of the Warden/ Assistant Warden/ Shift Supervisor, staff on duty will observe the intoxicated inmate on a regular basis and will document each observation.

B-112
## SUICIDAL ARRESTEES

**POLICY:**

It is the policy of the Chilton County Jail that all arrestees who are considered to be suicidal at the time of booking will be visually observed in an attempt to reduce the possibility of harm to the arrestee.

**PROCEDURE:**

Suicidal arrestees will be placed in a holding cell within view of the control center or booking officer.

A referral will be made to the local mental health center and a face-to-face interview by a Mental Health professional will be requested.

If indicated by the mental health referral, the arrestee will be transported to a physician or a hospital emergency room.

The suicidal arrestee will remain in the holding cell, within view of the control center or booking officer, until the Mental Health Therapist determines that he/she may be placed in a housing unit.

As directed by the Warden/ Assistant Warden/ Shift Supervisor, jail staff will observe suicidal inmates in housing units on a regular basis and will document each observation.

B-201
## CLASSIFICATION OF INMATES

**POLICY:**

It is the Policy of the Chilton County Jail that an inmate will be assigned to the housing unit of the jail most appropriate for his/her security and safety.

**PROCEDURE:**

The Warden/ Assistant Warden will devise classification criteria for the jail based on the recognition that the male and female inmates should not be housed in the same housing units.

Male/female and adult/ juvenile separation shall always be in effect.

Male and female housing units will be separated by sight and sound.

If a juvenile has been adjudicated as an adult, the Sheriff or Warden/ Assistant Warden must approve the initial housing assignment.

Inmates with special problems related to health behavior or mental status must be assigned location by the Sheriff or Warden/ Assistant Warden/ Shift Supervisor.

47

B-301
RELEASING INMATES FROM JAIL

**POLICY:**

It is the policy of the Chilton County Jail that inmates will be released from the jail in a secure and efficient manner which will help to ensure the safety of the inmate and jail staff, the rights of the inmate, the security of the inmate's personal property, and the maintenance of proper records.

**PROCEDURE:**

Proper identification will be made of the inmate to be released. If there is any doubt as to the proper identification of the inmate, the inmate will remain in custody until proper identification has been made.

All release papers must be properly completed prior to the release of the inmate.

All personal property will be returned to the inmate and the inmate will sign a receipt stating that he/she has received all personal property.

The inmate will surrender all jail issued clothing, linens, and property except personal hygiene items.

<u>No inmate will be released from jail if there are any "holds" on that inmate.</u> Inmates will be granted temporary releases and unescorted leaves only by court order, by the Sheriff or Warden/ Assistant Warden.

C-101
## SECURITY AND CONTROL- GENERAL PROCEDURES

**POLICY:**

It is the policy of the Chilton County Jail that appropriate security will be provided for inmates, staff, and visitors.

**PROCEDURE:**

All security doors shall remain <u>locked at all times</u> except when used for admission or exit of employees, or inmates under employee supervision, or visitors under employee supervision, or in the event of a declared emergency.

<u>No jail staff member will enter a high- risk security area or situation without appropriate back up.</u>

The Warden/ Assistant Warden or designee will inspect the jail, including all locking devices, a minimum of one time per week. He will take immediate steps to facilitate the repair or replacement of any broken or malfunctioning locking device.

Each jail staff member will note the condition of any malfunction locking devices on a daily basis during the performance of normal job duties. Any problems shall be reported immediately to the Warden/ Assistant Warden or Shift Supervisor.

In emergency situations, where the use of weapons is necessitated, jail staff members will use only those weapons authorized by the Sheriff or Warden/ Assistant Warden.

Any jail staff member who discharges a weapon or chemical agent at anytime in the jail will submit a written report to the Warden/ Assistant Warden within 12 hours.

Keys will remain under the direct supervision of jail staff members at all times. Inmates will not be allowed to have any degree of control over any jail or vehicle keys.

Any flammable, toxic, or caustic materials will be stored in a safe and secure manner according to state and local codes and the manufacturers recommendations.

At any time an inmate is transported out of the secure are of the jail, he/ she will be handcuffed (except work/ study/ educational release as authorized by the Sheriff or Warden/ Assistant Warden).

At any time an inmate is transported in the front seat of a jail vehicle, he/ she will be secured in the vehicle with a seat and shoulder belt.

At any time an inmate is removed from the secure are of the jail, he/she will be searched before he/she is returned to the secure area of the jail.

C-102
SLEEPING ON DUTY

**POLICY:**

It is the policy of the Chilton County Jail to provide appropriate security for inmates.

**PROCEDURE:**

No jail staff member will be permitted to sleep while on duty. The penalty for sleeping on duty is immediate termination.

C-103
SECURITY EQUIPMENT

**POLICY:**

It is the policy of the Chilton County Jail that the availability, storage and use of security equipment will be governed in a manner to help ensure safety and security.

**PROCEDURE:**

The Warden/ Assistant Warden will ascertain which security equipment (handcuffs, shackles, etc.) might be necessary for use in the jail and will obtain the equipment and provide secure storage for all.

A written record will be maintained of distribution of security to jail staff.

The Warden/ Assistant Warden or Shift Supervisor will conduct a monthly inventory of all security equipment, noting its availability and condition.

C-104
SEARCHES

**POLICY:**

It is the policy of the Chilton County Jail that both regular searches of inmates and random searches of inmate living areas, common areas and work areas will be conducted in a manner which will provide an appropriate level of security for the jail as well as an effective means of locating contraband.

**PROCEDURE:**

In conducting body searches (frisk, pat-down, etc.) male officers will search male inmates and female officers will search female inmates.

When an arrestee is brought into the jail, he/she will undergo a search regardless of how many times he/she may have been searched prior to being brought to the jail.

All inmates, including work release inmates and inmate workers, will undergo a search prior to re-entering any housing unit.

All inmate-housing areas will be searched on a cell-by-cell basis while the inmates remain in the general area. Inmates can be moved to a different location for safety or security purposes.

During cell searches:
- Inmates will be removed from cells on a cell-by-cell basis
- Each cell will be searched thoroughly with due care being given not to destroy the personal property of any inmate
- Each cell will be left in an orderly condition. If the cell requires cleaning, it will be cleaned by an inmate worker under the supervision of a staff member
- An inmate will be permitted to return to his/her cell following the cell search unless security needs dictate otherwise

Common areas (dayrooms) may be searched outside the presence of inmates. Work areas may be searched outside the presence of inmates.

The following procedures will be utilized for searches:
- Any holes or cracks in walls, floors, or ceilings will be probed
- Lighting fixtures will be searched
- All parts of beds and bed covers will be searched
- Washbowls and toilets will be searched
- Probe underneath the toilet rim and behind the toilet
- Search drains for suspended objects
- Examine all books and papers for concealed objects
- Empty and examine contents of all containers and then neatly replace them

- Remove personal letters from envelopes and inspect (DO NOT READ!)
- Strip beds of blankets and sheets and expose the mattress.
- Check blankets and sheets for items that may have been sewn or otherwise fastened to them or inside them.
- Remove all drinking cups in excel of one per cell occupant so that they may be washed and returned to inventory.
- Remove all cloth lines strung across cells
- Remove all blankets in excess of one per occupied bed
- Remove all sheets in excess of one per occupied bed
- Remove all matches, lighters, or other fire starting materials

During a search, care should be taken to prevent needless damage to inmate property.

Any contraband confiscated should be handled in accordance with the Policy and Procedure Directive CONTRABAND.

During searches, jail officers will treat inmates courteously and respectfully.

The Sheriff or Warden/ Assistant Warden/ Shift Supervisor will schedule searches on an irregular basis.

A search will be scheduled only for the purpose of discovering contraband.  A search will not be conducted for the purpose of harassing or intimidating any inmate(s).

NOTE:  Due to current concerns about communicable diseases and blood borne pathogens, the following precautions are recommended for officers conducting searches.
- Do not run your hands down the body or legs, this could result in a stick or cut from a concealed sharp object.
- Use your hands to pat the subject.
- Do not run your hands over any hidden surface.  This could also result in a stick or cut from a concealed object.
- Use a mirror to observe hidden surfaces
- Wear non-sterile disposable latex gloves

Only medical professional may conduct body cavity searches (e.g. physician or registered nurse as directed by physician).  Under no circumstances should a non-medical person conduct a body cavity search.

C-105
## CONTRABAND CONTROL

**POLICY:**

It is the policy of the Chilton County Jail to identify and prohibit the introduction of contraband into the jail.

**PROCEDURE:**                                DEFINITIONS

Class Contraband:  that of which is criminal in nature or which poses a threat to the security of the jail such as, but not limited to:
- Tools of escape
- Weapons
- Narcotics or any other article
- Use of possession of which could pose a threat to the safety or security of the jail, other inmates, staff, or visitor

Class B Contraband:  that of which is criminal in nature or which poses a threat to the security of the jail such as, but not limited to:
- Money
- Unauthorized food
- Unauthorized personal property
- Tobacco products not permitted in the inmate living areas

Contraband may be discovered in the following manners:
- Searching of inmate, cell, or any area used commonly by an inmate
- Searching inmate packages or mail
- Discovery of contraband carried by staff or visitors

When contraband is discovered the jail staff member discovering the contraband shall:
- Confiscate the contraband
- Secure the contraband until such time as it can be delivered to the Warden/ Assistant Warden/ Shift Supervisor
- Submit a written report describing the discovery and confiscation of the contraband
- Mark the contraband and turn it over to the Warden/ Assistant Warden, observing the chain of evidence rules

Upon receipt of contraband, the Warden/ Assistant Warden shall:
- Determine whether or not to proceed with disciplinary proceedings
- Determine whether or not criminal charges should be filed
- Make proper disposal of the contraband if it is not to be as evidence

Under no circumstances is a jail staff member permitted to keep any confiscated contraband for personal use.

54

C-106
## ACCESS TO JAIL

**POLICY:**

It is the policy of the Chilton County Jail that access to the jail will be limited to only those persons who have legitimate reason to be in the jail.

**PROCEDURE:**

Jail staff members shall have access to all areas of the jail they must enter in the regular performance of their duties.

Chilton County Sheriff's deputies normally will not have access to the secure housing areas of the jail except as authorized by the Sheriff or Warden/ Assistant Warden or during times of unusual circumstances or emergency.

Visitors (including attorneys and ministers) will have normal access to non-housing areas of the jail in the course of their professional duties. Ministers may be permitted to conduct religious services inside inmate housing areas if specifically authorized by the Sheriff or Warden/Assistant Warden.

At any time a visitor moves from one area of the jail to another, he/she will do so only under the supervision of a member of the jail staff.

Law enforcement officers or transporting agents who bring an inmate to the jail for admission or readmission may not proceed past the booking area except when assistance is requested by jail staff to help ensure the secure confinement of an unruly inmate.

No staff persons, visitors, or law enforcement officers or agents are normally permitted to enter any jail control center except as follows:
- Sheriff
- Warden
- Assistant Warden
- Jail staff on duty

Visitors may not enter any jail control center. Tours and/or other visits by individuals may be carried into any area of the jail so authorized by the Sheriff or Warden/Assistant Warden.

Delivery personnel shall not be granted access to the secure area of the jail except for the delivery and installation of equipment, and then only as authorized by the Sheriff or Warden/ Assistant Warden and under the escort of a jail staff member.

Persons (other than attorneys and ministers) who come to the jail for the purpose of visiting inmate(s) are not permitted to enter any area of the jail except designated visitation areas.

C-107
## SUPERVISION OF INMATES

**POLICY:**

It is the policy of the Chilton County Jail that the jail staff will supervise all inmates in a consistent manner designed to provide for the security and orderly operation of the jail.

**PROCEDURE:**

Inmates in the jail will be supervised on an around-the-clock basis, twenty-four hours a day, seven days per week by trained jail staff personnel.

A jail staff member shall visually observe inmates considered to be high or medium security no less than five times during an eight-hour period.

Jail staff will always respect the privacy needs of inmates, particularly in situations wherein female staff supervises male inmates and female inmates are supervised by male staff.

INMATES WILL NOT BE PERMITTED TO SUPERVISE, EXERCISE ANY DEGREE OF CONTROL, OR ASSUME ANY AUTHORITY OVER ANY OTHER INMATE.

ALL JAIL STAFFMEMBERS WILL REMAIN AWAKE WHILE ON DUTY. THE PENALTY FOR SLEEPING ON DUTY IS TERMINATION.

## C-108
## ACCOUNTABILITY FOR INMATES

**POLICY:**

It is the policy of the Chilton County Jail that the jail staff maintains a strict accountability for the location of all inmates.

**PROCEDURE:**

GENERAL:

All jail staff members must know the locations and activities of all inmates under their direct supervision.

All jail staff members must be able to verify the locations of all inmates assigned to the housing units for which they are responsible.

The shift supervisor on duty will be held accountable for all inmates being transported within the facility.

The shift supervisor on duty will be held accountable for the location of all inmate workers.

INMATE COUNTS

All inmates will be accounted for at the beginning of each shift.

The shift supervisor leaving and the shift supervisor coming on duty, or a person designated by them, well conduct an inmate count at the close and beginning of each shift, respectively.

The incoming shift supervisor will enter the results of the inmate count into a permanent record.

If an inmate is unaccounted for jail staff will immediately repeat the count procedure to check for errors. If an inmate is unaccounted for at the conclusion of a second count, the shift supervisor will notify the dispatcher, Sheriff, Warden/ Assistant Warden that an escape has taken place.

57

C-109
## STAFF AND INMATE MOVEMENT

---

**POLICY:**

It is the policy of the Chilton County Jail that staff and inmate movement within the jail is done in an orderly and secure manner.

**PROCEDURE:**

Inmates may be moved from one area of the jail to another without restraints provided they are not moved out of a secure area to a non-secure area.

If an inmate is to be moved from a secure area to a non-secure area, he or she will be placed in restraints as specified by the Sheriff/Warden/Assistant Warden.

Inmates considered as trustees will be placed in "A" Pod only. A criminal history must be run prior to placing them on trustee status. The Sheriff or Warden/ Assistant Warden can only place trustee status.

Inmates, except inmate workers in the performance of their assigned duties, are not to move from one area of the jail to another except under the supervision of a member of the jail staff.

C-201
## SECURING OF OFFICERS WEAPONS

**POLICY:**

It is the policy of the Chilton County Jail that anyone entering the jail will secure all weapons prior to entering the secure area of the jail.

**PROCEDURE:**

NEITHER LAW ENFORCEMENT NOR ANY OTHER PERSONS WILL BE PERMITTED TO BRING FIREARMS INTO THE SECURE AREA OF THE JAIL EXCEPT AS SPECIFICALLY AUTHORIZED BY THE SHERIFF OR WARDEN/ ASSISTANT WARDEN DURING AN EMERGENCY SITUATION.

Firearm-bearing persons who enter the jail through the vehicular sally port shall secure their weapon.

Firearm-bearing persons who enter the jail through the main lobby shall secure their weapon.

C-202
## WEAPONS CONTROL

**POLICY:**

It is the policy of the Chilton County Jail that no firearms, ammunition or other weapons hall be worn or carried inside the secure areas of the jail unless under emergency conditions, and then only upon the authorization of the Sheriff or Warden/ Assistant Warden.

**PROCEDURE:**

All persons entering the secure area of the jail are required to securely store their weapons prior to entering the secure area.

DISCOVERY OF AN UNAUTHORIZED WEAPON:
If a jail staff member discovers an officer in the jail with a firearm, ammunition, chemical agent of other weapon, he/she will:
- Immediately isolate the officer from inmates
- Escort the officer to a non-secure area of the jail
- Advise the officer of the policy regarding unauthorized firearms and weapons

If the officer is uncooperative and the jail staff member determines there is a willful disregard for jail policies, or if the incident puts anyone in immediate danger, he/she will notify the Warden/ Assistant Warden and complete an incident report.

C-203
## USE OF CHEMICAL AGENTS

### POLICY:

It is the policy of the Chilton County Jail that the use of chemical agents against inmates will be permitted only when no reasonable alternatives are available.

### PROCEDURE:

The inmate's eyes should be flushed with cold water within five minutes after exposure if at all possible. All exposed skin surfaces should be washed and contaminated clothing exchanged.

As soon as possible after exposure to a chemical agent, a medical professional should examine the inmate.

In all cases where a chemical agent is used against an inmate, a full written report should be submitted to the Warden/ Assistant Warden. No jail officer is to utilize any chemical agent against an inmate unless that officer has been specifically trained in the use of that agent.

### COMMENTARY:

Chemical agents should be used in moderation. Heavy doses may produce nausea, vomiting, depression, and extended recovery periods.

61

## C-204
## USE OF RESTRAINTS OR DRUGS

**POLICY:**

It is the policy of the Chilton County Jail that restraints will be used in an appropriate manner.

**PROCEDURE:**

Restraints will be used for restraint only and will not be used for punishment.

At any time restraints are used to restrain an inmate, a full written report will be completed and submitted to the Warden/ Assistant Warden.

Drugs will not be used.

C-205
## WEAPONS – GENERAL

**POLICY:**

It is the policy of the Chilton County Jail that the use of any weapons will be controlled in a proper manner.

DEFINITION:  A weapon is defined as any instrument of force, which can be used against another person for the purpose of controlling that person.  Including:

- Firearms
- Chemical Agents
- Riot Sticks
- Batons
- Electric Stun Instruments

**PROCEDURE:**

The Sheriff of Chilton County and the Warden/ Assistant Warden will formulate a list of weapons, which may be used in the Chilton County Jail and the circumstances under which their use may be authorized.

Only the Sheriff or Warden/ Assistant Warden may authorize the use of any weapon.

No officer may be authorized to use any type of weapon unless the officer has been trained and qualified in the use of that particular weapon.

The authorization and use of any weapon in the jail will be thoroughly documented.

## C-301
## NON-DEADLY FORCE

**POLICY:**

It is the policy of the Chilton County Jail that any use of force against an inmate will be permitted only under certain circumstances and only when no reasonable alternative is immediately available.

DEFINITION: Force is defined as any physical force directed toward an inmate or group of inmates, either by direct officer contact or by the use of any weapon such as chemical dispenser, riot club, stun gun, firearm, or other objects of force.

NOTE: The <u>Code of Alabama 1975</u> makes reference to the use of force in Title 13A. Cites given in these procedures are from this section of the code.

**PROCEDURE:**

It is generally recognized that jail personnel have a right to use force as it is related to five (5) situations:

- **Self Defense**- Jail officers may use force in their self defense (Title 13A-3-23)
- **Defense of Third Persons**- Jail officers may use force in the defense of a third person, including another staff person, an inmate or a visitor (Title 13A-3-23). This situation can be extended to an inmates lack of care for himself/herself that injures or threatens to injure his/her health (Title 13A-3-24)
- **Prevention of a Crime**- Jail officers can use force to prevent the commission of a crime in the jail (Title 13A-3-24)
- **Prevention of Escape**- Jail officers may use force to prevent from an escape (Title 13A-3-27)
- **Enforcement of Chilton County Jail Rules**- Jail officers may use force in the enforcement of jail rules and regulations (Title 13A-3-27)

The following guidelines will be followed relative to situations where force may be used against an inmate:

- Prior to the use of force, all reasonable attempts must be made to identify and utilize alternatives means to deal with the situation at hand.
- Whenever possible, the Sheriff or Warden/ Assistant Warden/ Shift Supervisor should be advised prior to the use of force against an inmate.
- Force should be used only to the degree necessary under the facts and circumstances of the particular situation.
- **Any use of force must be discontinued as soon as the inmate is subdued, restrained, or under control.**
- **Force must never be used against an inmate as a form of punishment**
- Following any use of force, a detailed written report will be completed by each officer involved either in using force or in viewing the use of force.

- The report will be given to the Warden/ Assistant Warden who then will provide a copy to the Sheriff.
- It is suggested that officers retain a copy of their report for possible future reference.

Physical restraints may be used by jail officers on a limited basis to control an inmate, for the prevention of an escape, to prevent an inmate from harming himself/ herself, or to prevent the inmate from assaulting another person. Guidelines for the use of restraint are the same as those for the use of force.

COMMENTARY:

Any use of force has the potential to develop into litigation. Therefore, the jail officer must always be very judicious in his/her use of the force against an inmate and must document each use of force. While the courts do allow the use of force in a jail because of the nature and function of the jail, the courts consider the abuse or misuse of force to be a violation of the Eighth Amendment to the U.S. Constitution. A recent U.S. Supreme Court decision in **Hudson vs. McMillan, 112 S. Ct. 995 (1192),** goes so far as to say that an inmate need not suffer a "significant injury" in order to show an Eighth Amendment violation as a result of force used against him by corrections officers.

Jail officers must be careful not to allow personal emotions to dictate either when force is used or the degree to which it is used.

65

C-302
DEADLY FORCE

---

**POLICY:**

It is the policy of the Chilton County Jail that the use of deadly force shall be reserved only as a last resort tactic an only on life threatening situations.

DEFINITION: Deadly force is defined as force, which is likely to cause death or serious bodily injury.

NOTE: The Code of Alabama 1975 makes reference to the use of force in Title 13A. Cites given in these procedures are from this section of the code. See Title 13A-3-20

**PROCEDURE:**

Deadly force may be used in the defense of your own life.
Deadly force may be used in the defense of a third person.

In the event deadly force is used, the Sheriff of Chilton County will be contacted IMMEDIATELY. He, in turn, will immediately contact the District Attorney, begin an immediate investigation into the matter at hand, and request an independent investigation by another law enforcement agency.

**COMMENTARY:**

**Any situation that presents the potential for the use of deadly force is a very serious one. Deadly force should be used only as a last resort and only when it is necessary to prevent death or great bodily harm. Except in extraordinary circumstances, it is legally safer to allow an inmate to escape than to use deadly force against the inmate on the county jail level. At least one federal district court in Alabama has held that the use of deadly force to stop an escaping prisoner violates constitutional rights unless there is good reason to believe that the use of such force is absolutely necessary to prevent death or great bodily harm.** This case, involving the Alabama Department of Corrections, is cited as **Ayler vs. Hooper, 532 F. Supp. 198 (M.D. AL. 1981).**

Another significant case on the use of deadly force is **Tennessee vs. Garner,**, which was decided by the U.S. Supreme Court in 1984. The court held that the Tennessee statue which stated that "the officer may use all the necessary means to effect the arrest", was unconstitutional insofar as it authorized use of deadly force against an unarmed, non-dangerous fleeing suspect. The court decision made it clear that such force may not be used unless the officer has probable cause to believe that the suspect poses a significant threat of death or serious physical injury to the officer or others.

C-401
## TRANSPORTATION OF INMATES

**POLICY:**

It is the policy of the Chilton County Jail that inmates be transported in a safe and secure manner in order to prevent injury or harm to an inmate, jail staff member, or general public.

**PROCEDURE:**

Before the inmate is transported from the jail for court, non-emergency medical care, or any other reason, handcuffs and leg irons will b e placed on the inmate.

Handcuffs and leg irons will be placed on any inmate who is to be transported to another corrections facility.

Inmates transported to a hospital may have certain restraints removed, as needed.

Transporting vehicles will be thoroughly searched by the transporting officer prior to any transport.

TRANSPORTING VEHICLES WILL BE SERVICED (CHECK FLUID LEVELS, TIRE PRESSURE, ETC.) BY THE TRANSPORTING OFFICER PRIOR TO ANY TRANSPORT.  INMATE WORKERS MAY BE TRANSPORTED WITH LESS RESTRICTIVE RESTRAINTS IF SO AUTHORIZED BY THE SHERIFF/ WARDEN/ ASSISTANT WARDEN/ SHIFT SUPERVISOR.

## C-402
## TRANSPORTING INMATES OUTSIDE OF THE JAIL

**POLICY:**

It is the policy of the Chilton County Jail that all in mates who are transported outside of the confines of the jail will be transported in a manner which will help ensure the safety and security of the inmate, transporting officer/agent, and general public.

**PROCEDURE:**

NOTE:  The provisions of this policy normally do not apply to those inmates designated as inmate workers except for seat and shoulder belts, which must always be used.

INMATES WHO ARE TO BE TRANSPORTED OUTSIDE OF THE SECURE CONFINES OF THE JAIL WILL BE RESTRAINED (HANDCUFFS, SHACLES, ETC.) AND SEARCHED PRIOR TO BEING REMOVED FROM THE JAIL.

PRIOR TO BEING RETURNED TO ANY SECURE HOUSING UNIT, EACH INMATE (INCLUDING WORKERS) WILL BE SEARCHED BY A MEMBER OF THE JAIL STAFF.

C-403
## USE OF JAIL VEHICLES

---

**POLICY:**

It is the policy of the Chilton County Jail that vehicles assigned to the jail will be used in an appropriate manner.

**PROCEDURE:**

Vehicles assigned to the jail will be used only for official business and as designated by the Sheriff/ Warden/ Assistant Warden.

Inmates will not be permitted to drive any jail vehicles. Inmates will not be permitted to hold or control the keys to any jail vehicles. Inmates will not be left unattended in any jail vehicles.

When Inmates are transported in jail vehicles, they will be transported in such a manner so as to provide security for the transporting officer and the inmate. Posted speed limits will be observed.

No jail staff member will be permitted to drive a jail vehicle without authorization from the Sheriff/ Warden/ Assistant Warden.

The Warden/ Assistant Warden will establish procedures for assuring proper maintenance of all jail vehicles.

C-404
## IDENTIFICATION OF TRANSPORTING OFFICER/ AGENT

**POLICY:**

It is the policy of the Chilton County jail that no inmate will be received/released to a transporting officer/agent without positive identification.

**PROCEDURE:**

When an officer/ agent brings an arrestee to the jail or comes to the jail to pick up an inmate and is not recognized or known by the jail staff, he/she will be asked for identification.

Identification for law enforcement officer should consist of a badge and departmental photo identification, which corresponds with the person's driver's license.

If the jail staff is not satisfied with the identification produced, the Sheriff/ Warden/ Assistant Warden shall be consulted to assist in establishing proper identification.

No inmate will be released to any officer/agent if proper identification has not been established.

70

C-501
KEY CONTROL

## POLICY:

No inmate is to have possession of any key to any locking devices and vehicles will be controlled in a manner, which will help to ensure security for the jail.

## PROCEDURE:

No inmate is to have possession of any key to any locking device or vehicle at any times. A complete set of keys to the jail will be maintained in the office of the Warden/ Assistant Warden at all times.

The Warden/ Assistant Warden will designate the distribution of all keys as needed and will designate the method of documenting the issue and return of all keys.

If it is determined that a key is missing or damaged and needs to be replaced, the Warden/ Assistant will be notified immediately.

The Warden/ Assistant Warden will designate the manner in which all keys must be secured when not in use.

C-502
## TOOL CONTROL

**POLICY:**

It is the policy of the Chilton County Jail that all tools, including culinary knives, be used and controlled in a proper manner.

**PROCEDURE:**

No tools or implements will be allowed into the jail except under the direct supervision of jail officers. All tools will be stored in a proper and secure manner.

The Warden/ Assistant Warden will designate the manner of storage and distribution of all tools. At any time a tool is missing, the Warden/ Assistant Warden will designate the manner of storage and distribution of all tools.

At any time a tool is missing, the Warden/ Assistant Warden will designate the manner of storage and distribution of all tools.

Inmate workers will not be permitted to carry tools into living areas except under the direct supervision of a jail officer.

A log of cutlery issued to kitchen help will be maintained in a manner designated by the Warden/ Assistant Warden.

Food service employees will conduct an inventory of all cutlery used in the kitchen at the end of each shift. Should a kitchen knife be unaccounted for the Warden/ Assistant Warden or Shift Supervisor shall be notified immediately.

D-101
## DECLARATION OF STATE OF EMERGENCY

**POLICY:**

It is the policy of the Chilton County Jail that the Sheriff/ Warden/ Assistant Warden/ Shift Supervisor may declare a STATE OF EMERGENCY for the jail at any time he feels such action is necessary to maintain or regain staff control of the jail.

**PROCEDURE:**

It is the Sheriff/ Warden/ Assistant Warden/ Shift Supervisor determines that the orderly function or security of the jail is threatened by a specific occurrence or circumstance, he may declare a STATE OF EMERGENCY, thus temporarily suspending all normal activities, including policy and procedure directives, until such time as he feels all situations have returned to normal and the STATE OF EMERGENCY is declared ended.

Only the Sheriff/ Warden/ Assistant Warden/ Shift Supervisor can declare or end a STATE OF EMERGENCY.

During a STATE OF EMERGENCY, efforts will be made to protect the legal rights of all inmates.

73

D-103
EMERGENCY PLANS

---

**POLICY:**

It is the policy of the Chilton County Jail that the jail staff will be prepared for operating the jail during a declared STATE OF EMERGENCY.

DEFINITION: Emergency situations, which may necessitate the declaration of a STATE OF EMERGENCY, include, but not limited to, such situations as:

- Emergency release and evacuation
- Fire
- Tornado
- Hurricane
- Escape
- Riot
- Hostage
- Mass arrest
- Death in the jail

**PROCEDURE:**

The Warden/ Assistant Warden is charged with the development of emergency procedures for jail staff to follow in any emergency not specifically addressed in a policy and procedure directive.

D-201
FIRE EMERGENCY

**POLICY:**

It is the policy of the Chilton County Jail that necessary steps will be taken to help ensure the safety of inmates, employees, and visitors in the event of a fire in the jail.

**PROCEDURE:**

DISCOVERY:

When a staff member discovers a fire or evidence of an ongoing fire, he/she will immediately notify the Warden/ Assistant Warden and dispatcher of the location and nature of the fire in order that assistance may be summoned to the jail.

NOTIFICAITON:

When a fire alarm system sounds or when notification is made of a fire in progress, the dispatcher shall:

1) Notify the fire department.
2) Announce over the communications system that there is a 10-70 at the jail and that all available law enforcement should report to the jail.
3) Notify the Sheriff and the Warden/ Assistant Warden.

ACTION:

The evacuation plan for the jail will be put into effect.

An officer will be stationed at the entrance of the jail to direct firefighters to the taken of the fire and the route through the jail to the fire. It may be necessary for the jail officer to open security doors for firefighters.

Evacuated inmates will be secured in a designated area. The ranking fire department official on the scene will assume joint control of the jail along with the Warden/ Assistant Warden until the fire emergency has ended.

After the fire emergency has been declared ended and the ranking fire official on duty gives clearance for the jail to be reoccupied, all inmates shall be returned to their living units and a count shall be conducted immediately to determine the presence of all inmates.

NOTE: Although custody retention of inmates is a major concern of jail personnel, the primary concern must be for the safety and well being of anyone confined in or working in the jail.

D-202
ESCAPE

ACTION TO BE TAKEN:

The Shift Supervisor should order a total jail lock-down and assign personnel to assist in the search of each area of the jail and grounds.

All inmates living, work, and common areas should be secured and a head count taken.

If any additional inmates are found to be missing, the Warden/ Assistant Warden should be notified immediately.

All officers should remain at their posts unless directed otherwise by the Warden/ Assistant Warden.

All inmates who witnessed the escape should be isolated for questioning by investigating officers.

The Sheriff will coordinate any search outside the secure confines of the jail building.

INVESTIGATION:

The area of escape and any other physical evidence should be secured until an investigator takes responsibility for them at the scene.

DOCUMENTATION:

The Warden/ Assistant Warden will make certain that all jail staff members involved in the incident submit written reports within 24 hours after the escape or attempted escape was discovered.

FOLLOW-UP:

The Sheriff and Warden/ Assistant Warden will take steps to help ensure that any additional security measures, if indicated, are implemented to prevent future similar escapes or attempts.

D-203
## RIOT AND DISTURBANCES

## POLICY:

It is the policy of the Chilton County Jail to respond to riots and/or disturbances in the jail in a manner designed to help prevent the escalation of the situation, to gain control of the situation and to prevent injuries to inmates, staff, and visitors as well as damage to property.

## DEFINITIONS:

MINOR DISTURBANCE- a disturbance, which can be controlled when, acted upon in a timely manner.

MAJOR DISTURBANCE-  A disturbance involving numerous inmates who cannot be controlled when acted upon in a timely manner.

RIOT- A situation created by the actions of two or more inmates engaging in violent conduct that creates a treat to property or injury to persons and obstructs the performance of institutional activities.  In many cases, such a situation induces or otherwise attempts to persuade other inmates to engage in such conduct.

## PROCEDURE:

GENERAL:  In any disturbance, action must quickly control the situation before it escalates into something more serious.  All members of the jail staff should watch for signs of any impending disturbance, such as:
- Significant changes in inmate behavior patterns
- A sharp increase in rule violations
- A sudden reduction of inmate visitation
- Testing or challenging authority by inmates
- General hoarding of commissary items, especially food items
- A sudden decrease in program participation
- Hunger strike

If any of the above occurs, it does not necessarily mean that al disturbance is planned.  However, they may be signs of impending problems and should not be ignored.

The existence of any or all of the above should be brought to the attention of the shift supervisor and Warden/ Assistant Warden.

77

## MINOR DISTURBANCE:

The officer supervising an area where a minor disturbance occurs should try to stabilize the situation before it escalates. Every attempt should be made to isolate the inmates involved before others become involved.

**If the officer has nay doubt as to whether he/she will need assistance in stabilizing the situation, he/she should call for backup before making any attempts to control the situation.** When he/she becomes aware of the situation, the shift supervisor or Warden/ Assistant Warden shall decide if the jail needs to be locked down.

Any lockdown should continue until the situation is completely stabilized and it is determined by the Warden/ Assistant Warden that it is safe to cancel the lockdown.

Once the situation is stabilized, the jail should return to normal operations.

Any officer involved in a minor disturbance, either as a participant or a witness, should provide written documentation, listing all details, to the Warden/ Assistant Warden.

## MAJOR DISTURBANCE OR RIOT:

The jail officer supervising an area where a major disturbance or riot occurs should immediately notify the Shift Supervisor and the Warden/ Assistant Warden of the situation, location, and approximate number of inmates involved.

All inmate telephones should be immediately cut off.

The dispatcher should make request assistance from Sheriff's deputies and other appropriate law enforcement agencies.

All visitors and volunteers should be made to leave the facility.

Officers responding to the disturbance should isolate the inmates involved and give those inmates who do not wish to participate in the disturbance the opportunity to withdraw.

Jail staff should try to secure the facility internally to the greatest degree possible.

The Warden/ Assistant Warden should evaluate the situation and notify any outside agencies, including emergency medical respondents; he feels should be involved or be on standby.

If appropriate, the Warden/ Assistant Warden will request the Sheriff to station armed deputies around the perimeter of the jail to prevent escapes and to bar the general public from the facility.

The Sheriff or Warden/ Assistant Warden should decide what lawful forces are necessary to be used to control the situation.

## FOLLOW- UP MEASURES:

If chemical agents were used to subdue the disturbance, the staff should bring in exhaust fans to ventilate the area. Inmates should be permitted to bathe and should be issued clean clothing.

A head count should be taken immediately to determine the location of all inmates.

The Warden/ Assistant Warden/ Shift Supervisor should make certain that all staff and inmates involved receive any necessary medical attention.

Disturbance ringleaders and agitators should be strip searched and placed in segregation. Appropriate disciplinary measures should be initiated.

All inmate living, work, or common areas involved in the disturbance should be thoroughly searched for weapons and contraband. The facility should remain in lockdown status until the Sheriff or Warden/ Assistant Warden has determined that the situation is stabilized and that it is safe to resume normal jail operations.

The Warden/ Assistant Warden will make certain that the incident is thoroughly documented and any evidence is preserved.

## D-204
## HOSTAGE SITUATION

**POLICY:**

It is the policy of the Chilton county Jail that any hostage situation in the jail will receive an immediate response, which will strive for the following:

- Maximum hostage safety
- Incident confinement
- Release of hostage(s)
- Apprehension of hostage taker(s)
- Regaining institutional control

**PROCEDURE**

GENERAL:

No member of the jail staff or Sheriff's Department staff, regardless of rank, has any authority while being held as hostage and will not be treated differently than any other hostage.

All available resources, including trained hostage negotiators, may be used at the discretion of the Sheriff or Warden/ Assistant Warden.

Only the Sheriff may make decisions regarding the use of any emergency response action to terminate the situation.

DISCOVERY:

The staff member discovering the hostage situation will immediately notify the dispatcher and shift supervisor.

The Warden/ Assistant Warden and Sheriff will be notified as soon as possible.

The dispatcher will broadcast a request for assistance to all appropriate authorities, using a designated code so as not to inform the general public.

The Warden/ Assistant Warden/ Shift Supervisor will isolate the hostage area to contain the situation.

The Warden/ Assistant Warden/ Shift Supervisor will order a total jail lockdown. The Warden/ Assistant Warden/ Shift Supervisor will order all staff not to enter the hostage area.

The Warden/ Assistant Warden will establish a command area with communication capabilities and attempt to establish contact with the hostage taker(s). The Warden/ Assistant Warden will give orders for the perimeter of the jail to be secured.

The Warden/ Assistant Warden will attempt to identify the hostage situation to the fullest extent possible. He will attempt to gain any information on hostages, hostage takers, injuries, demands, locations of participants, weapons, motives, etc.

ACTION TO BE TAKEN:

A command staff will be established. This command staff will consist of the Sheriff, Warden/ Assistant Warden, and any other persons designated by the Sheriff.

The command staff will identify the hostage situation to the fullest extent possible. The command staff will order the collection of all available information on the hostages and the hostage taker(s), including the following:
- Booking information on hostage taker(s), including photographs
- Exact location of the hostage situation
- Copies of the floor plan for the area
- Descriptions of any weapons being used
- Physical and mental status of hostages and hostage taker(s)
- Personal information on hostages, including photographs

The command staff will call in a professional hostage negotiator or will begin hostage negotiations with one person designated as negotiator.

SUGGESTED GUIDELINES FOR THE NEGOTIATOR:

Prior to entering into negotiations, the negotiator should obtain all information possible about the hostage situation. The negotiator should choose words carefully so as not to inflame the situation and should listen carefully for any clues to the hostage taker(s) emotional state, intentions, and demands.

The negotiator should avoid deadlines and gain any time possible. He/she should attempt to personalize the relationship with the hostage taker(s) through calm conversation.

The negotiator should not give away anything that could be used for bargaining. He/she should avoid offering the hostage taker(s) anything voluntarily and should avoid giving anything without getting something in return.

The negotiator should attempt to make the hostage taker(s) promise not to harm the hostage.

The negotiator should not negotiate for additional weapons or to substitute any hostages.

The negotiator should not identify anyone hostage (Ex: Sheriff, Judge, etc.) as being more valuable that any other hostage.

If a hostage has a health problem or injury, the negotiator may use that to his/her advantage by gently reminding the hostage taker that he/she could be liable if that hostage dies. The negotiator should attempt to convince the hostage taker that the negotiator is concerned about him/her and

his/her liability if a hostage should die.  The negotiator can use such a ploy as a tool to help ensure the safety of hostages.

<u>SUGGESTED GUIDELINES FOR THE HOSTAGE:</u>

Don't attempt to escape unless you are <u>absolutely sure</u> of success.

Try to relax and don't be a hero.  Be patient and try to rest by sitting or lying down.  Be observant of the situation and make mental notes.

If asked to speak on the phone, be prepared to answer "yes" and "no" to questions asked of you.

If you believe a rescue attempt is taking place, or if you hear shooting, stay low to the ground and place hands on head.

<u>NEGOTIATIONS FAILURE:</u>

In the event of negotiations failure, the command staff will take all necessary action to terminate the hostage situation as quickly and safely as possible.

<u>FOLLOW-UP:</u>

After the hostage situation has ended, the command staff should make certain that:
- All injured persons receive medical attention
- Hostage takers are strip searched and placed in administrative segregation
- Disciplinary procedures are initiated
- Incident reports are written

The case is referred to the District Attorney for possible prosecution.  All staff and volunteers during the hostage situation are debriefed and a critique of the situation follows the debriefing.

The lockdown of the jail is cancelled once the jail returns to a satisfactory situation.

D-205
DEATH IN JAIL

**POLICY:**

It is the policy of the Chilton County Jail that all inmate deaths, which occur in the jail, will be handled according to proper investigative procedures.

**PROCEDURE:**

1. At any time an inmate death occurs I the jail, the staff person discovering the body will notify the Sheriff and the Warden/ Assistant Warden immediately.
2. Emergency medical personnel (E-911) will be notified immediately and asked to respond to the jail.
3. The Sheriff will initiate an investigation into the cause of death and any circumstances surrounding the death.
4. The Sheriff will notify the Coroner and ask him/her to respond to the jail.
5. Thorough documentation will be made of all actions taken during and after death of an inmate.

## E-101
## INMATE RIGHTS

**POLICY:**

It is the policy of the Chilton County Jail that jail staff personnel will be aware of and make every effort to protect inmate rights. These rights include:

- Freedom from discrimination based on race, religion, national origin, sex, disability, or political beliefs
- Equal access to programs and work assignments
- Protection from personal abuse, corporal punishment, personal injury, disease, property damage, and harassment
- Freedom from reprisals or penalties as a result of seeking administrative or judicial redress
- A sanitary and humane living environment

**PROCEDURE:**

No intentional action will be taken to block, deny, or delay the access of any inmate to the courts or to legal counsel, including legal assistance from individuals with legal training, or from law library facilities, or to supplies and services related to legal matters.

Persons held in custody awaiting arraignment or trial are ensured their legal right to remain silent and are required to participate in jail programs or do work other than personal housekeeping.

Inmates are not subject to discrimination based on race, religion, national origin, sex, disability, or political beliefs.

Inmates have the right to practice the religion of their choice, so long as that practice does not jeopardize the security or orderly operation of the jail.

Inmates have the right to receive visits from family members, the general public, attorneys, and clergy in accordance with stipulations stated elsewhere in these policy and procedure directives.

Inmates have the right to communicate or correspond with persons or organizations, subject only to the limitations necessary to maintain order and security in the jail.

Inmate access to the media is governed by procedure in the policy and procedure directive MEDIA ACCESS TO INMATES.

Due consideration will be given to the claim of any inmate that any of his/her basic rights are being violated in the jail.

All inmates shall have equal access to programs, services, activities, and work assignments. Access will be denied only to maintain security, order, or other legitimate Pena logical reasons, such as loss of privileges as a result of disciplinary action.

Jail staff may use only the minimum physical force necessary to control combative or uncooperative inmates.  Physical abuse may not be used to punish and inmate for a rule violation.

Discipline will be fairly and equally administered.  The Warden/ Assistant Warden will arrange for each jail staff member to receive training in legal rights.

NOTE:  Inmate rights, as guaranteed by law, are not to be confused with inmate privileges (e.g. watching television, commissary privileges, etc.).

E-102
## ACCESS TO THE COURTS

**POLICY:**

It is the policy of the Chilton County Jail that inmate access to the courts shall be governed in a manner, which will assist in the provision of the legal rights of the inmate.

**PROCEDURE:**

Access of inmates to any court shall not be clocked, denied, delayed or otherwise obstructed by any member of the jail staff.

Any inmate mail addressed to any court shall be forwarded without inspection or delay.

Jail staff shall not open letters to or from any court.

Negative sanctions against any inmate for correspondence with any court are prohibited.

NOTE: The term "court" is inclusive of all agents and officers of the court.

## E-103
## ACCESS TO LEGAL ASSISTANCE

**POLICY:**

It is the policy of the Chilton County Jail that inmates will be granted reasonable access to legal assistance.

**PROCEDURE:**

Inmates will be permitted to assist other inmates, on a no-fee basis, with legal research or advice.

Reasonable supplies required for legal research or work will be provided by the jail to inmates requesting such. This is limited to items like paper, pens, and envelopes and does not extend to larger such as typewriters and personal computers.

Inmates may do legal research and/or file legal documents with the courts or an attorney without fear of retribution from any member of the jail staff.

When an inmate received legal assistance from another inmate, it is not necessary to move either inmate so that they reside in the safe housing area either on a temporary or permanent basis.

Assistance may be provided through written questions, answers, and opinions if the inmates do not reside in the same housing area.

E-104
RELIGION

**POLICY:**

It is the policy of the Chilton County Jail to allow inmates the opportunity to worship in the recognized religion of their choice, to receive religious counseling, and to attend in-house religious programs or services.

**PROCEDURE:**

The Sheriff or Warden/ Assistant Warden must authorize any religious programming provided to inmates.

Licensed or ordained clergy and religious volunteers who wish to provide scheduled religious programs must make a request in writing to the Warden/ Assistant Warden before receiving authorization to enter the jail for those purposes.

The Warden/ Assistant Warden will determine the location and hours of all religious programs.

All religious visitors are subject to search and must comply with all visitor regulations.

Inmates in administrative segregation may receive religious ministry individually only.

No inmate who, in the opinion of the Sheriff, Warden/ Assistant Warden or Shift Supervisor, presents a security risk may attend religious counseling or conferences on an individual basis.

No member of the jail staff will discriminate against any inmate on the basis of that inmate's choice of religion.

The jail will not provide any religious materials of any nature to inmates at the jail's expense.

Inmates are not permitted to possess or wear religious medals.

## E-105
## INMATE EXERCISE

**POLICY:**

It is the policy of the Chilton County Jail to provide exercise opportunities for inmates confined in the jail.

**PROCEDURE:**

Inmates in general population will be provided an opportunity for exercise (security and weather permitting) as scheduled b the Shift Supervisor.

Inmates in disciplinary segregation are not permitted to participate in regular programs outside their living units but are permitted one hour of exercise per day outside their living units.

Outdoor exercise will not be scheduled under certain weather conditions, including:
- Rain, hail, sleet, snow
- Sustained outside temperature below 35 degrees Fahrenheit
- Sustained outside temperature above 100 degrees Fahrenheit
- Excess moisture on the ground as a result of previous rain, hail, sleet, snow, etc.

Jail staff employees or Sheriff's deputies will supervise outdoor exercise.

Male and female inmates will not participate in outdoor exercise in the same location at the same time.

Indoor exercise and/or recreation opportunities will be provided in the event of inclement weather. This will range from exercise opportunities to board games.

Inmates are not required to participate in any exercise program although they are encouraged to do so.

Inmates are to be encouraged to utilize the indoor common areas (dayrooms) for walking and/or aerobic exercise at all times and especially in the event of inclement weather.

NOTE:  As a general rule, inmates in general population are not placed in restraints for outdoor exercise. However, inmates in disciplinary segregation or who otherwise might pose an escape risk or a risk or harm to others may be placed in restraints for outdoor exercise as specified by the Warden/ Assistant Warden.

E-201
INMATE DISCIPLINE

**POLICY:**

It is the policy of the Chilton County Jail that members of the jail staff shall handle inmate rule infractions according to an established procedure in order that all inmates may be treated fairly in the disciplinary process.

**DEFINITIONS:**

Disciplinary Status:  Confinement to one's cell or to an administrative segregation cell, and loss of all privileges except:

- One hour per 24 hours outside the cell for recreation and 15 minutes per day for a shower.
- Telephone calls to or from attorneys or officers of the court
- Mail
- Adequate food, light, ventilation, temperature control, sanitation, and medical care)**
- Proper clothing, bedding, and use of toilet and shower
- Materials for personal correspondence

Any of the above except ** can be denied an inmate if he refuses them or if his access to them threatens the security or orderly operation of the jail.  If any of the items are denied, the jail staff must document the reasons and a copy forwarded to the Warden/ Assistant Warden for placement in the inmate's file.

**PROCEDURE:**

At any time a staff member sees an inmate violate a rule or finds evidence of such a violation, he/she may either verbally reprimand or counsel the inmate, or he/she may recommend putting the inmate on disciplinary status.

Counseling/ Verbal Reprimand

If the jail staff member chooses to counsel or reprimand the inmate, he/she must document the offense and the action he/she took on an **Inmate Offense Report Form**, which must be signed by the inmate and distributed according the directions found on the form.

Imposition of Disciplinary Status

If a jail staff member has knowledge or reasonable belief that an inmate has committed a violation of jail rules deserving of discipline, he/she will prepare a written disciplinary report to be submitted to the Warden/ Assistant Warden.

When an inmate is accused of a violation, the Shift Supervisor on duty may authorize the temporary placement of the inmate in segregation prior to a disciplinary hearing if the inmate's

behavior or continued presence in the general population poses a threat to the security of the jail or to the safety of any inmate.

The Warden/ Assistant Warden/ Shift Supervisor will initiate an investigation into the alleged violation within 72 hours of the time of the violation is reported except where there are extraordinary circumstances.

The Warden/ Assistant Warden will appoint a disciplinary committee to be composed of a minimum of two persons, neither of who was involved in the incident with the inmate.

The disciplinary committee will be responsible for:
- Conducting a fair and impartial hearing
- Helping to ensure the due process rights of the inmate
- Helping to ensure complete and accurate documentation of disciplinary hearing
- Making a finding based upon evidence and testimony presented
- Recommending disciplinary action proportionate to the offense

A written notice of allegations must be given to the accused inmate no later than 72 hours after the offense and no less than 24 hours prior to the scheduled hearing so that the inmate will have an opportunity to prepare a defense.  The inmate will be allowed to call witnesses and to present documentary evidence in his/her defense.
The inmate has to right to confront his/her accuser(s).
The inmate has a right to remain silent, but his or her silence may be used by the disciplinary committee against him or her in arriving at a decision.
The inmate cannot claim double jeopardy if he is subjected to both a disciplinary hearing and prosecution for the same violation.
The disciplinary committee will make a decision without the inmate being present and will present a written finding of fact, including the recommendation of discipline, to the inmate.
The disciplinary committee will recommend to the Warden/ Assistant Warden discipline, which is proportionate to the offense.
The inmate has the right to appeal the decision of the disciplinary committee to the Warden/ Assistant Warden, in writing; within 48 hours of the time the inmate received the written decision of the disciplinary committee.
The Warden/ Assistant Warden will make certain that he discipline is carried out and will monitor the imposition of any discipline.
NOTE:  An inmate may waive his/her right to a disciplinary hearing for a violation.  However, he/she must do so in writing and the waiver must be witnessed, signed and dated by a member of the jail staff.

**COMMENTARY: Wolff vs. McDonnell, 418 U.S. 539, 71 Ohio Op. 2d. 336 (1974)** is the standard for inmate discipline set by the U.S. Supreme Court and is the standard by which all inmate discipline matters will be judged.

E-202
## DISCIPLINARY REPORT

**POLICY:**

It is the policy of the Chilton County Jail that all inmate rule violations and hearing before any disciplinary board be documented.

**PROCEDURE:**

All members of the jail staff are responsible for enforcing facility rules and regulations and taking necessary disciplinary action for violations.

When a staff member witnesses a major or serious violation, he/she must complete a written report with the following information:
- Inmates name and housing location
- Specific rule(s) violated
- Time and location of the rule(s) violation
- Description of the incident
- Identification of all other inmates involved in or witnessing the incident
- Information regarding the inmate's behavior
- Names of all staff witnesses
- Disposition of any physical evidence
- Description of any action taken, including the use of force
- Reporting staff member's signature
- Date and time of report

The reporting staff member shall complete his/her report by the end of his/her shift on the day of the incident.

**PROCEDURE:**

The reporting staff member shall give the Warden/ Assistant Warden the original copy of the report and the Warden/ Assistant Warden will provide that inmate with a photocopy of the report.

The Warden/ Assistant Warden/ Shift Supervisor shall appoint a staff investigator who was not involved in the incident and who must not be a member of the disciplinary hearing board.

The investigation will commence within 48 hours of the time the report was completed.

The investigating officer will report all the central facts and recommend charges to the Warden/ Assistant Warden as a result of his/her investigation.

If an inmate is alleged to have committed a crime, the Jail Administrator will consult with the Sheriff to determine if the case should be referred to the District Attorney for prosecution.

E-202
## DISCIPLINARY OFFENSES

**POLICY:**

It is the policy of the Chilton County Jail to establish rules and regulations governing the behavior of inmates and to subject inmates to discipline for violation of those rules in a manner, which provides administrative due process for the accused inmate.

**PROCEDURE:**

Violations shall be classified as minor, major, and serious offenses. If the violation of a jail rule constitutes a criminal offense, the inmate may be subject to both facility discipline and judicial prosecution. All violations of state law shall be referred to the District Attorney for possible criminal charges.

**DEFINITIONS:**

MINOR VIOLATIONS
Minor violations are those, which interfere with the orderly operation of the facility but do not immediately threaten security or the safety of inmates, staff, or visitors. Minor violations include, but are not limited to:
- Profanity or derogatory remarks or gestures to visitors or other inmates
- Making unnecessary noise, such as shouting, whistling, or pounding on doors or bars, unless for an emergency
- Not doing routine duties such as personal housekeeping and maintaining personal cleanliness
- Horseplay
- Unauthorized communications between inmate housing areas
- Having unauthorized amounts of food or other consumable property
- Placing feet on walls, tables, banisters, or railings
- Covering air vents, removing coverings, or tampering with light fixtures
- If on Inmate Work status, violation of specified rules which are not covered by minor, major, or serious violations

MAJOR VIOLATIONS
Major violations include repeated minor rule violations, which could seriously threaten security, or the safety of inmates, staff, or visitors. Major violations include, but are not limited to:
- Disobeying a member of the staff
- Profanity or derogatory remarks or gestures to a staff member
- Lying to a staff member
- Fighting with another inmate or inciting a fight
- Disrupting or abusing any jail program, including health, religious, food, or visitation services

- Putting foreign matter in toilets or sinks or stopping up toilets or sinks
- Attempting to flood any area
- Hanging items from walls, fixtures, ceilings, bars, windows, or vents
- Defacing, altering or misusing jail property
- Jumping or hanging from banisters, railings, stairways, or fixtures
- Gambling in any form
- Interfering with lockdowns or counts
- Buying, selling, trading, or transferring of property or money between inmates
- Using facility equipment without authorization
- Communicating, harassing, or interfering with the work of inmate workers involved in the performance of their duties
- Unauthorized contact between inmates
- Communication with people on the outside of the facility through windows, including making hand gestures
- Entering the cell of another inmate
- Violation of minor rules which establishes a pattern of disregard for rules, or repeating the same offense more than once for which disciplinary lockdown is imposed

SERIOUS OFFENSES

Serious offenses include acts or violations which constitute a criminal offense or which immediately threaten the security of the jail, jail staff, other inmates, or visitors. Serious offenses include, but are not limited to:

- Assault
- Escape or attempted escape, or helping another inmate to escape or attempt escape
- Possessing or making alcoholic drinks
- Possessing unauthorized drugs or prescribed medication
- Sharing unauthorized drugs with other inmates
- Theft
- Interfering with security operations
- Interfering or tampering with mechanical devices or locks
- Arson
- Possessing a weapon, chemical agent, or any object which has been modified so it can be used as a weapon
- Inciting or participating in a riot
- Refusing to lockdown
- Malicious destruction, alteration, or misuse of jail property or another inmates property
- Attempting to control other inmates by force or threats or forcing another inmate to work
- Possessing contraband or attempting to introduce contraband into the jail
- Sexual assault
- Participating in sexual activity with another inmate, staff member, or visitor
- Use of verbal or physical threats, coercion, force, bribery, or intimidation against ay person or assisting another to do so
- Violation of major or serious rules, which may establish a pattern for disregard for, rules, or repeating the same offense more than once for which disciplinary lockdown is imposed.

E-204
## DISCIPLINARY SCHEDULES

**POLICY:**

It is the policy of the Chilton County Jail to administer inmate discipline on a consistent basis according to defined schedules.

**PROCEDURE:**

If a Disciplinary Hearing Board finds an inmate guilty of a rule violation, he/she shall be placed on disciplinary status. The customary time limits for disciplinary status are:

> Minor Offenses: 72 hours maximum for each offense

> Major Offenses: 15 days per offense

> Serious Offenses: Maximum 60 days total for disciplinary

The Disciplinary Board may impose longer or shorter periods of disciplinary status if it decides that the particular situation warrants a modification. The Board may use discretion based on the incident in question and any aggravating or mitigating factors, providing documentation for any modification imposed.

The maximum sentence that may be imposed is a total of 60 days on disciplinary status for all violations resulting from a single incident.

Any Inmate Worker found guilty of any major or serious rule violation automatically loses his/her worker status. An inmate who loses his/her worker status may reapply at a later date.

An inmate, wishing to appeal the decision if a Disciplinary Board, may do so in writing on an Inmate Request Form.

The Warden/ Assistant Warden must affirm or reverse the decision of a Disciplinary Board within five days of the appeal date, excluding weekends and holidays, and notify the inmate in writing of his decision.

If the Warden/ Assistant Warden reverses the decision of a Disciplinary Board, the record of the alleged rule violation and the Board hearing will be removed from the inmate's file.

If the Warden/ Assistant Warden witnessed an initial event, he/she may not participate in the Disciplinary Board Hearing or hear the appeal but must appoint an impartial designee.

E-205
## DISCIPLINARY SEGREGATION

**POLICY:**

It is the policy of the Chilton County Jail that inmates placed in disciplinary segregation are treated in a consistent and humane manner.

**PROCEDURE:**

Disciplinary segregation inmates are those who have been segregated from the remainder of the inmate population for disciplinary reasons while awaiting a disciplinary hearing or as the result of a disciplinary hearing.

The Warden/ Assistant Warden may review the status of any in mate in disciplinary segregation, but shall do so at least every seven days.

The Warden/ Assistant Warden shall consider the reason the inmate was placed in disciplinary segregation, whether the reason still exists, and whether continued stay is warranted.

No person placed in disciplinary segregation will be denied the right to practice his/her religion, to medical treatment, food or other necessities.

Adequate documentation will be maintained on each inmate who is placed in disciplinary segregation, including, but not limited to:
- Date placed in disciplinary segregation
- Dates of status reviews by Warden/Assistant Warden
- Unusual occurrences

E-301
## IINMATE RULES AND REGULATIONS

---

**POLICY:**

It is the policy of the Chilton County Jail to advise inmates, in writing, of inmate rules and regulations.

**PROCEDURE:**

The jail will provide each section of the jail a copy of the inmate's rules and regulations to be used by all inmates. The inmate rules will be posted on the wall of every dayroom. The inmate's rules and regulations will be reviewed annually by the Warden/ Assistant Warden and updated as necessary.

E-401
INMATE GRIEVANCES

**POLICY:**

It is the policy of the Chilton County Jail that inmates are permitted to submit grievances to the Warden/ Assistant Warden/ Shift Supervisor and that each grievance will receive a response.

**PROCEDURE:**

The Warden/ Assistant Warden will devise a grievance form to be made available to all inmates on request.

Completed grievance forms will be delivered to the Warden/ Assistant Warden who will respond to the grievance. The grievance response to the inmate will be in writing.

E-402
## ADMINISTRATIVE SEGREGATION

**POLICY:**

It is the policy of the Chilton County Jail to administratively segregate those inmates who might have special segregation or custody needs.

**PROCEDURE:**

Segregation inmates include those who might be in danger of harm if placed in general population. Example includes: former law enforcement, political figures, witnesses, disabled inmates, etc.

Segregation inmates will be housed away from the general population as much as possible and will be placed in single cells or in multi-occupancy cells with others who might have special segregation needs. Segregation inmates are usually classified as one of the following:

<u>Administrative Segregation</u>- Those inmates who present a threat to themselves, others, property, or the order of the facility. These inmates may require additional supervision. When an inmate is placed in administrative segregation, each subsequent shift will be notified of the inmates change in status.

<u>Protective Custody</u>- Those inmates who must be segregated because there is documentation that protective custody is warranted and no other alternative is available.

<u>Special Needs</u>- Those inmates who have special problems such as substance abuse, withdrawals, mental illness, physical, or mental disabilities. These inmates may be segregated from the general population to protect them from harm or misuse by the inmate population.

The Warden/ Assistant Warden may review the status of any inmate in segregation at any time but shall not do so at least every seven days. The Warden/ Assistant Warden shall consider the reason the inmate was placed in segregation, whether the reason still exists, and whether continued stay is warranted. Each review will be documented.

At any time an administratively segregated inmate is deprived of any usually authorized item or activity, the action will be documented in writing and forwarded to the Warden/ Assistant Warden.

No person placed in administrative segregation will be denied the right to practice his/her religion of choice, to medical treatment, food, mail, visitation, or other basic necessities.

Adequate documentation will be maintained on each inmate placed in administrative segregation including, but not limited to:
- Dates placed in segregation
- Dates of status reviews
- Unusual occurrences

E-501
INMATE VISITATION

POLICY:

It is the policy of the Chilton County Jail that inmates will be permitted the privilege of the visiting with family and friends in a manner which will provide adequate access to the inmate while at the same time provide appropriate security for the jail, jail staff, visitors, and other inmates.

PROCEDURE:

Visitation is a PRIVELAGE which may be revoked as disciplinary measure, or because the rules governing visitation are violated, or because the security of the jail facility requires that it be revoked.

Visitation will be held according to a schedule established by the jail. The jail staff will log all visits. Regular visitation is non-contact in nature and will be held in an area designed by the Warden/ Assistant Warden.

Special visits at times other than regular visiting hours may be authorized by the Sheriff or the Warden/ Assistant Warden only.

Any visitor entering the jail is subject to a search of his/her person and/or belongings. Refusal to submit to a search may result in the visitor being denied access to the jail either on a temporary or permanent basis.

The jail staff reserves the right to remove any visitor from the jail and the jail grounds if that visitor creates a disturbance, refuses to abide by verbal orders from the jail staff, refuses to abide by the rules and regulations governing the jail, or in any other manner jeopardizes the security or orderly operation of the jail.

Visitors attempting to introduce contraband into the jail will be arrested and referred to the District Attorney for prosecution.

ALL VISITORS MUST DRESS IN A CONSERVATIVE MANNER (NO HALTER TOPS, SHORT SHORTS, SEE THROUGH BLOUSES, OR OTHER REVEALING APPAREL IS PERMITTED)

CONUGAL VISITS ARE NOT PERMITTED UNDER ANY CIRCUMSTANCES.

Rules governing visitation will be reviewed periodically by the Warden/ Assistant Warden. The Warden/ Assistant Warden will designate days on which visitors may bring approved items (underwear, socks, t-shirts, etc.) to inmates and the amount of approved items, which will be accepted. NOTE: All underwear brought to inmates must have the name of the inmate printed on each article in permanent ink.

E-502
## ATTORNEY VISITATION

POLICY:

It is the policy of the Chilton County Jail that attorney visitation will be governed in a manner which will help to ensure privacy, safeguard the rights of the inmates, and to help ensure safety and security for the jail.

DEFINITION:  The use of the word "attorney" refers not only to a licensed attorney, but also to any authorized representative (investigator, paralegal, agent, etc.) of that particular attorney.

PROCEDURE:

An inmate will be permitted to visit privately with his/her attorney of record except during meal times.
Attorney visits during meal times or during any other time which might significantly disrupt jail activities or procedures must be authorized y the Sheriff or Warden/ Assistant Warden.
Visits between inmates and attorneys well take place in a private area to be designated by the Warden/ Assistant Warden.  Visits between attorneys and inmates may be supervised visually by the jail staff.

Conversations between attorneys and inmates are PRIVILEGED COMMUNICATIONS and may not be heard by any member of the jail staff unless the attorney requests, in writing, the staff members presence for security reasons.
If an attorney presents himself/herself at the jail for the purpose of visiting an inmate and the jail staff does not know that attorney, proper picture identification is required before the attorney will be admitted to the jail.

Any attorney visiting any inmate in the jail is not permitted to bring any packages, materials, or letters other than those legal materials pertaining to the inmate's criminal/civil case to the inmate. Recording devices, brief cases, attaché cases, cameras, and other containers brought to the jail by an attorney will be inspected for contraband upon entering and leaving the jail.  Under no circumstances will the contents of any of the above be listened to, read, or inspected in such a manner so as to afford any jail staff member any particular knowledge of the subject manner contained therein.

No items, except for illegal substances or items (e.g. illegal drugs, weapons, explosives, etc.) in an attorney's possession shall be confiscated by jail staff.
If a jail staff member observes contraband or any other prohibited item, the attorney will be advised and will not be allowed to take such an item into or out of the attorney/inmate interview.  A full report of such discovery will be made in writing to the Warden/ Assistant Warden.
Any inquiries by attorneys as to operational and administrative procedures involving inmates should be submitted in writing to the Warden/ Assistant Warden.

E-503
## CLERGY VISITATION

---

**POLICY:**

It is the policy of the Chilton County Jail that an inmate will be permitted to visit with a member of the clergy of his/her chosen religion for the purpose of receiving spiritual counsel and/or for the purpose of participating in a religious worship service.

**PROCEDURE:**

An inmate will be permitted a private non-contact visit with a member of the clergy between the hours of 6:30 pm and 8:00pm except during meal times or when security needs dictate otherwise.

Contact visits between inmates and clergy may take place only as authorized by the Sheriff or Warden/ Assistant Warden.

Private conversations between inmates and clergy will take place in a private area designated by the Warden/ Assistant Warden. Members of the jail staff may not hear private conversations between inmates and clergy, except if the clergy requests staff presence for security reasons during a contact visit.

If a member of the clergy presents himself/herself at the jail for the purpose of visiting an inmate and the jail staff does not know that clergy, proper identification will be required before the clergy will be admitted to the jail. A picture identification card and a document attesting to the clergy's religious affiliation will suffice. Failure to present proper identification may result in denial of the visit.

Any clergy visiting an inmate in the jail will not be permitted to bring any packages, materials, letters, or any other articles outside of the jail on behalf of the inmate.

Approved religious literature brought in by a clergy to an inmate will be left with the jail staff and the jail staff shall inspect the literature for contraband and then deliver it to the inmate.

Only the Sheriff/ Warden/ Assistant Warden may authorize a member of the clergy to conduct inmate worship services in the jail and may authorize certain persons to accompany the clergy to the jail for the purpose of assisting in the worship service.

The Warden/ Assistant Warden must schedule all worship services in advance.

Clergy who are scheduled to conduct inmate worship services at the jail will conduct those worship services as scheduled by the Warden/ Assistant Warden and in an area designated by the Warden/ Assistant Warden.

The clergy and all persons accompanying him/her must abide by all rules of the jail and by all verbal orders from jail staff personnel.

Any clergy who is allowed into the secure area of the jail will be required to leave any and all items, with the exception of approved religious literature and equipment or supplies necessary for conducting a worship service, in the custody of the jail staff.

When a religious worship service is being provided in the jail, inmates will be permitted to attend on a volunteer basis and attendance will be governed only by security measures necessary to help ensure the security and orderly operation of the jail.  Any layperson representing a specific denomination or religious group is subject to the same procedures as a member of the clergy. Religious items, including literature, which promote the occult or occult-related practices, are not permitted in the jail for security reasons.

E-504
## MEDIA ACCESS TO INMATES

**POLICY:**

It is the policy of the Chilton County Jail that media access to inmates will be governed in a manner, which will not jeopardize the security and orderly operation of the jail.

NOTE: It is recognized that representatives of the media have no greater right of access to the jail or to inmates than other members of the public.

**PROCEDURE:**

Inmate correspondence with the media is not considered to be privileged correspondence. It may be opened for inspection. Inmate correspondence to/from the media shall be treated the same as any other non-privileged correspondence.

Any media representative desiring a personal interview with an inmate is governed by the same visitation guidelines as any other person. Media representatives are not entitled to the degree of access afforded to attorneys and clergy.

Media requests for inmate interviews as well as inmate consents must be in writing.

Only the Sheriff shall approve special visits for any media representative. No staff member is to participate in a media interview without the expressed consent of the Sheriff.

The Sheriff, and in his absence, the Investigators, are the official jail media spokesmen.

Negative sanctions against any inmate for correspondence with the media are prohibited.

The Sheriff reserves the right to limit the amount and type of equipment (tape recorders, cameras, microphones, etc.) that the media can bring into the jail.

**COMMENTARY:**

The courts have held that a representative of the media is not entitled to any greater degree to access to a jail than that given to any other member of the public. Specific court decisions, which have addressed this issue include:

**Seattle-Tacoma Newspaper Guild vs. Parker, 480 F. 2d.1062 (9th Cir.1793)** In this appellate decision, the court held that a prison regulation which completely denied press interviews with individual inmates id not violate the inmates First Amendment freedom of speech.

**Pell vs. Procunier, 417 U.S. Op. 2d 195 (1974) the** court declared that neither prisoners not the press have a freedom of speech right to specific personal interviews.  Alternate channels of communication are open to inmates.

**Saxbe vs. Washington Post Company, 417 U.S. 843 (1974) In** this case a challenge was made to a prison regulation prohibiting personal interviews by the news media and individually designated inmates.  The court declared that the regulation did not violate any First Amendment guarantees, since it "does not deny the press access to sources of information available to members of the general public".
The decision recognized the universally applied prison rule that nobody may enter the prison and designate an inmate whom he would like to visit unless the prospective visitor is an attorney, clergy, relative, or friend of the inmate.

**Houchins vs. KQED, 438 U.S. 1 (1978) The** U.S. Supreme Court held that the news media has no constitutional right of access to a county jail, over and above that of other persons, to conduct interviews and make sound recordings, film, or photographs.

105

E-601
## INMATE CORRESPONDENCE

**POLICY:**

It is the policy of the Chilton County Jail to encourage the exchange of correspondence between inmates and families and others for the purpose of maintaining family ties, solving the many problems brought about by incarceration, helping maintain contact with friends and the community and to help facilitate the inmates need for legal services.

**PROCEDURE:**

POSTAGE AND WRITING MATERIALS

Inmates may write an unlimited amount of letters if they can pay for postage. Postage stamps will be sold through the commissary to inmates at cost.

At any time postage is provided for an indigent inmate, a record will be made of the amount provided and placed in the inmates file.

Writing paper, envelopes and pens will be made available to inmates through the commissary. Indigent inmates may obtain these inmates on the same basis as postage.

INCOMING MAIL

A member of the jail staff will receive incoming mail addressed to inmates and, except where circumstances prevent, deliver the correspondence to the inmate to whom it is addressed within 72 hours.

Mail will be delivered to inmates only by a staff member and only directly to the inmate to whom it is addressed.

All correspondence addressed to an inmate, who is received from an attorney, judge, court, or officer of the court, may be opened only in the presence of the inmate. This mail may be examined only to determine that the shipping package does not contain contraband.

General correspondence (non-privileged) may be opened and examined by a member of the jail staff before delivery to the inmate to whom it is addressed. The jail staff will not read the mail unless he/she has reason to believe it contains evidence of a threat to public safety or a threat to the order and security of the jail facility.

INCOMING MAIL

Any material received in the mail, which advocates violence or disruption of the security of the facility, which encourages criminal sexual behavior, or which advocates racial, religious, or national

hatred that could cause danger of violence in the jail will be confiscated. If there is any question regarding the acceptability of materials, the Sheriff or Warden/ Assistant Warden/ Shift Supervisor will make the final decision.

If a jail officer confiscates contraband received in the mail, he/she shall turn it over to the Warden/ Assistant Warden who in turn will determine if criminal charges will be files or if the item will be placed in the inmate's property storage until the inmate is released.

At any time any item is confiscated from inmate mail or the mail is withheld or rejected, a written report shall be filed regarding the reasons for the action. The written report will be filed in the inmate's file and a copy given to the inmate.

Soft cover books will be accepted for inmates.

Inmates may not receive newspapers or magazines.

Mail received for persons no longer in custody will be returned to sender.

OUTGOING MAIL

Outgoing privileged correspondence may not be opened or inspected by members of the jail staff.

Non-privileged correspondence must be given to the jail staff unsealed for mailing so that the envelope might be inspected for contraband or other illegal contents.

Any outgoing mail that is rejected will be returned to the inmate.'

With regard to illegal material or the confiscation of outgoing mail, the same procedure should be followed as with incoming mail as listed above.

All correspondence from an inmate must include the inmates name and return address on the outside of the envelope as follows:

> Inmate Name
> Chilton County Jail
> 301 City Street
> Clanton, AL 35045

E-602
## INMATE TELEPHONE PRIVILEGES

**POLICY:**

It is the policy of the Chilton County Jail that inmates have the privilege of making telephone calls to persons in the community with restrictions only as necessary for the order and security of the jail and the community.

**PROCEDURE:**

Telephones are available in each inmate living area. The Warden/ Assistant Warden will govern the hours of operation for inmate.

Abuse of telephone privileges may result in temporary suspension of telephone service to an inmate living area.

The Sheriff or Warden/ Assistant Warden reserve the right to block any outgoing number from inmate telephones if it is determined that the availability of the number is not appropriate (e.g. members of the jail staff, law enforcement, judiciary).

E-701
## INMATES WITH DISABILITIES

---

**POLICY:**

It is the policy of the Chilton County Jail to appropriately accommodate inmates determined to have a disability.

**PROCEDURE:**

The Warden/ Assistant Warden will formulate a system designed to provide reasonable accommodation to all services programs and areas of the jail for inmates including those with disabilities.

**COMMENTARY:**

On January 26, 1992, the Americans with Disabilities Act of 1990 (ADA) went into effect and provided for sweeping reforms and new rights for the disabled. The law mandates reasonable accommodation for people with disabilities who must enter, exit, and pass through a building, including a jail.

ADA requirements should not be taken lightly. The county attorney should be consulted as to proper steps to be taken in order to fully comply with ADA. Additionally, the reader is directed to the following sources of information:

- Attorney Generals opinion issued to Colbert Sheriff John L. Aldridge on June 9, 1992, concerning the responsibility of a Sheriff under ADA.
- "Sheriff's Responsibilities under the Americans with Disabilities Act", an article authored by Don Siegelman, legal counsel for the Alabama Sheriffs Association, and appearing in December 1992, issue of <u>Alabama Sheriffs Star</u> magazine.
- "Is Accessibility A Disability? The Impact of ADA on Jails", an article appearing in the November/December 1992 issue of <u>American Jails</u> magazine, a publication of the American Jail Association.

E-702
## FEMALE INMATES

**POLICY:**

It is the policy of the Chilton County Jail that females incarcerated in the jail will be treated with dignity and will be free from sexual harassment or intimidation.

**PROCEDURE:**

Insofar as possible, female officers will provide direct supervision for female housing units.

Male inmate workers will not be permitted in or around female housing units except to perform necessary maintenance tasks under the direct supervision of a jail officer.

Except in the event of an emergency, to inspect for cleanliness, or to perform maintenance, a male officer should not enter the female housing unit.

When a male officer enters the female housing unit he should do so only with appropriate staff back up.

Female inmates are eligible to be considered for inmate worker status.

E-703
**INDIGENT INMATES**

**POLICY:**

It is the policy of the Chilton County Jail to provide necessary items to indigent inmates at the expense of the jail.

**PROCEDURE:**

The Warden/ Assistant Warden shall define the term "indigent inmate".

The jail will provide to any indigent inmate a reasonable amount of paper, envelopes, pens, and postage for correspondence.  Postage may be added at the time of mailing rather than directly provided to the inmate.

The jail will provide to any indigent inmate a reasonable amount of personal toilet articles essential for personal hygiene.

E-704
## INMATE WORKERS

**POLICY:**

It is the policy of the Chilton Count Jail that inmate workers will be utilized in the jail to perform certain tasks to support the operation of the facility.'

**DEFINITION:**

Inmate Worker is a term used to describe those inmates commonly referred to as "trustees". The term "Inmate Worker" more clearly defines the role of these particular inmates since they are not placed in a position of trust or authority. Rather, they are placed in the support role of "inmate worker" for the purpose of assisting the jail staff.

**PROCEDURE:**

**Inmate worker status is a PRIVILEGE, not a RIGHT.** All inmates may apply for and be considered for inmate worker status.

The Sheriff and/or Warden/ Assistant Warden will select all inmate workers based on institutional needs, security status of the inmate, medical condition of the inmate and skills of the inmate.

Inmate workers are selected form the population of the jail. Pre-trial detainees may not be compelled to do work other than personal housekeeping but may volunteer for inmate worker status.

Discrimination based on sex, race, religion, national origin, or disability is prohibited in the selection and assignment of inmate workers.

Inmate workers may be granted special privileges as authorized by the Sheriff or Warden/ Assistant Warden but must adhere to all inmate rules and regulations.

Inmate workers will be utilized to work in and around the jail and to perform, without compensation, labor relative to the daily operation and maintenance of the jail as defined by the Warden/ Assistant Warden.

Inmate workers must never be placed in a position of authority over any other inmates.

Inmate workers must never have access to any keys, which control any internal or external locking device at the jail.

Inmate workers must never be utilized to distribute medication to other inmates.

Inmate workers must never have access to any vehicle keys.

Inmate workers must never be utilized as corrections officers, dispatchers, or in any other capacity which might enable them to have access to keys or electronic controls or to gain any degree of influence over the operation of the jail.

Inmate workers must never be utilized to perform free labor for citizens of the county, employees of the jail.

Inmate workers may be utilized to perform free labor for the county government, or for any municipal government, or for any state government office located within the county, but not for private citizens and not on private property.

Inmate workers are subject to search by jail officers at any time. Inmate workers may be removed from inmate worker status for rule violations, poor work performance, or by the Warden/ Assistant Warden for other reasons related to the safety and good order of the jail.

NOTE: In the event of a community emergency (flood, tornado, hurricane, etc.) in the county or surrounding area, the Sheriff or Warden/ Assistant Warden may authorize inmate workers to enter private property under emergency conditions to render emergency assistance to protect life or property. In the event this does occur, inmate worker will be under the direct supervision of a member of the jail staff or a law enforcement officer.

E-705
WORK RELEASE

## POLICY:

It is the policy of the Chilton County Jail to provide work release opportunities for eligible inmates.

## PROCEDURE:

The Warden/ Assistant Warden will determine work release eligibility criteria in accordance with standards of the Alabama Department of Corrections (NOTE:  Some county work release programs operate under a local act and not under contract with the Department of Corrections).

Work release opportunities are available to both male and female inmates.

Work release inmates will be housed in areas designated by the Warden/ Assistant Warden.

The Warden/ Assistant Warden will specify governing criteria for the Work Release program.  The Sheriff/ Warden/ Assistant Warden may authorize the placement of an inmate on the Work Release program.  An inmate may be removed either temporarily or permanently from the Work Release program at any time by the Sheriff or Warden/ Assistant Warden if he/she:
- Fails to abide by rules governing the Work Release program
- Received an unfavorable rating by an employer
- Prevents any type of threat to the community
- Violates any law

E-706
## TEMPORARY RELEASE FOR WORK RELEASE

**POLICY:**

It is the policy of the Chilton County Jail that inmates approved for work release will be granted temporary release from jail for work release participation.

**PROCEDURE:**

At anytime an inmate on Work Release leaves/returns to the jail, he/she must sign out on the Work Release Log.

Upon the inmates return to the jail, staff on duty will search the inmate before being allowed to enter the secure area of the jail.

Work release inmates are subject to breath or urine tests at any time they are suspected of being under the influence of alcohol or drugs.

E-707
## INMATE BEHAVIOR WHILE ON TEMPORARY RELEASE

**POLICY:**

It is the policy of the Chilton County Jail that inmates on temporary release from the jail will face disciplinary action for infractions.

**PROCEDURE:**

Inmates will face disciplinary action for the following infractions:
- Consuming or possessing an intoxicants or drugs
- Late return to the jail without prior approval from jail staff
- Being in an unauthorized area
- Escape
- Attempting to introduce contraband into the jail
- Introducing contraband into the jail
- Commission of a crime while on temporary release

Disciplinary procedures for temporary release inmates will be the same as for other inmates.

Temporary release inmates include inmates on Work Release.

E-801
## FOOD SERVICE

**POLICY:**

It is the policy of the Chilton County Jail that inmates will be served three meals per day and that the meals will be prepared and served in an efficient and sanitary manner.

**PROCEDURE:**

All menus will be prepared in advance and will take into consideration food flavor, texture, temperature, appearance, and palatability.

All food served must meet applicable state standards. Non-inspected meats may not be served.

Medically prescribed special diets for individual inmates will be honored.

Written menus will be retained a minimum of six months after the meal has been prepared and served.

Meals will be served under the supervision of food service employees. In the absence of a food service employee, meals will be served under the supervision of a jail staff member.

Meals will be served in the housing units.

A minimum of two hot meals will be served during each twenty-four hour periods.

Food will not be used as a reward or for disciplinary purposes.

Inmate workers selected to work in food service will be medically screened before being placed in food service.

All food service personnel must comply with applicable state and local health laws and regulations (e.g. hair nets, plastic gloves, etc.).

All food will be stored in a sanitary manner. Perishable food will be stored in a temperature controlled storage facility.

Food service employees are responsible for the regular cleaning of the food service preparation area and all food service equipment according to a schedule set forth by the Warden/ Assistant Warden.

Food service employees are responsible for maintaining an adequate inventory of food service supplies and foodstuffs.

117

E-802
## OUTSIDE FOOD PACKAGES

### POLICY:

It is the policy of the Chilton County Jail to restrict food packages from being brought to inmates from outside the jail so as to reduce the possibility of contraband being introduced to the jail and so as to assist in insect and vermin control.

### PROCEDURE:

Except for food purchased through the jail commissary, inmates are not allowed to receive food, which is not prepared in the kitchen of the jail.

Visitors are not permitted to bring food to inmates.

Any foodstuffs, packaged or unpackaged, received in the mail will be treated as contraband.

On special occasions, such as holidays, the Warden/ Assistant Warden may approve food packages for inmates of those food packages originate with a recognized and legitimate organization (e.g. Salvation Army, church, civic group, etc.), if the contents are pre-approved by the Warden/ Assistant Warden, and if the food packages are equal in number to the population of the jail.

E-803
REFUSING TO EAT

**POLICY:**

It is the policy of the Chilton County Jail that any inmate who demonstrates a pattern of refusing to eat will be monitored to help ensure the health and safety of the inmate.

**PROCEDURE:**

If an inmate does not eat for two consecutive meals, a member of the jail staff to determine his/her reason for not eating should interview him.

If the inmate indicates that he/she will continue to refuse meals, he/she should be referred to the medical staff for a medical evaluation.

If depression or some other mental/emotional disturbance is indicated, the inmate should be referred to the local mental health agency.

Documentation should be made of each refusal to accept/eat a meal and whether or not any beverages are being consumed.

The advice of medical and/or mental health professionals should prevail in the reaction of the jail staff to an inmate's refusal to eat. If treatment is indicated, the jail staff should comply with the treatment directive of the medical or mental health professional, but in a manner, which will not jeopardize the security or orderly operation of the jail.

E-804
## COMMISSARY SERVICES

**POLICY:**

It is the policy of the Chilton County Jail to provide inmates with commissary services so that they may purchase certain personal and food items not provided by the jail.

**PROCEDURE:**

The Chief Clerk will be responsible for maintaining prices and appropriate commissary inventory.

Commissary services will be available to the inmate population a minimum of 1 time per week on a schedule established by the Warden/ Assistant Warden and in a manner prescribed by the Warden/ Assistant Warden.

Inmates held in disciplinary detention may not utilize the commissary except to purchase stamps or hygiene items.

The Chief Clerk shall devise a system to ensure accurate bookkeeping of all commissary transactions.

All commissary proceeds will be placed in an inmate commissary fund to be used for inmate program needs, commissary supply purchases, and needs of the jail facility.

F-101
## HEALTH CARE SERVICES

**POLICY:**

It is the policy of the Chilton County Jail that any inmate who needs medical attention will not be denied. There will be a nurse on duty at all times. These nurses are supervised by Southern Health Partners.

**PROCEDURE:**

At any time an inmate declines a physical examination or other medical services, the declination shall be logged by jail staff on duty and will become a permanent part of the inmate's medical record.

Inmates requesting or needing mental health services will be referred to local mental health agency and the referral will be logged.

Inmates requesting dental services will be referred to a local dentist for diagnosis and if indicated, treatment. The only dental services, which will be provided by the jail, are corrective or preventive services. Cosmetic services will not be provided.

A jail staff member will be present during all physical and/or psychological evaluations for security reasons. Jail staff members are reminded that all health care evaluation/interviews are <u>confidential</u> in nature and are not to be revealed or discussed.

All medical records will be maintained at the jail and will be kept separate from other confinement records. Access to medical records will be limited to health care providers and the Jail Administrator.

Staff members of the jail will take no deliberate action designed to block, deny, or delay access of an inmate to health care services.

F-102
## CONSENT FOR MEDICAL TREATMENT

**POLICY:**

It is the policy of the Chilton County Jail that no inmate be given medical treatment without his/her authorization unless a life-threatening emergency exists or the inmate is considered mentally incompetent by the court and is in danger of harming himself/herself or others.

**PROCEDURE:**

During the booking process, each inmate will be asked to sign a medical authorization form.

If an inmate refuses to sign a medical authorization form, it will be noted on the form and no medical services, other than emergency life saving procedures will be offered.

Only medical professionals may explain the risks or consequences involved n any medical procedure to any inmate.

Inmates have a right to refuse medical treatment at any time.

If any inmate refuses to accept medication or medical treatment, the refusal will be documented through the inmate's signature on an Incident Report form noting the refusal. If the inmate refuses to sign the refusal, the jail staff will so note on the form.

All such documentation will be made a part of the permanent record of the inmate's medical file.

F-103
## MAINTENANCE AND CONFEDENTIALITY OF MEDICAL RECORDS

### POLICY:

It is the policy of the Chilton County Jail that inmate medical records will be maintained in a manner so as to help ensure confidentiality of medical information.

### PROCEDURE:

Inmate medical records shall be maintained separate from other confinement records.

Inmate medical records shall be maintained in a locked cabinet or file with access limited to medical professionals and the Jail Administrator.

Inmate medical records shall be considered to be CONFIDENTIAL in nature and in no way considered to be part of any public record.

F-104
## RELEASE OF MEDICAL RECORDS

**POLICY:**

It is the policy of the Chilton County Jail to release inmate records in a manner to help ensure confidentiality and accountability.

**PROCEDURE:**

No medical records will be released without a Medical Information Release signed by the inmate and witnessed by a jail officer.

Only information specifically requested will be released.

Information may also be released when requested by a valid court order.

A signed copy of a Medical Information Release received from an inmate will be placed in the inmate's medical file and become a permanent part of the medical record.

F-105
## MANAGEMENT OF PHARMACEUTICALS

### POLICY:

It is the policy of the Chilton County Jail that pharmaceuticals will be managed in a designated manner to help ensure the proper secure storage, distribution and utilization of pharmaceuticals.

### DEFINITION:

Pharmaceuticals are defined as any medications prescribed by a physician or any non-prescriptions purchased for distribution to inmates.

### PROCEDURE:

Pharmaceuticals will be maintained in a locked cabinet with access only by jail staff.

A jail staff member according to the instructions of the prescribing physician will distribute prescribed medication.

A jail staff member according to the instructions of the prescribing physician will distribute non-prescription medication.

Non-prescription medication will be distributed only as designated by standing orders from a physician.

A log will be maintained of all medication distributed only as designated by standing orders from a physician.

The jail staff member distributing medication will make certain the medication goes to the proper inmate and will attempt to ascertain that the inmate actually takes the medication.

The Warden/ Assistant Warden will cooperate with the jail physician to make certain that the medical examining area of the jail is appropriately furnished with equipment/supplies as requested by the physician.

The Warden/ Assistant Warden will maintain a formulary of non-prescription medications.

## G-102
## INMATE PERSONAL HYGIENE

**POLICY:**

It is the policy of the Chilton County Jail that all inmates be required to maintain personal hygiene.

**PROCEDURE:**

Inmates incarcerated for more than 24 hours will be issued soap, toothbrush, and a comb. Written requests for replacements will be honored at reasonable intervals.

Inmates are required to shower at least once every other day but will be allowed to shower more often if they wish. Inmate workers will shower daily.

Shaving equipment will be made available to all inmates at least once a week. Inmates will be provided with razors and must return them to a jail officer after each use.

Sharing of razors is not permitted and a razor will not be re-issued to the inmate who used it previously. A new razor will be issued each time.

**If an inmate breaks a razor and requests a new one, he/she must give the jail officer all parts of the broken razor before being issued a new one.**

Inmates who are deemed to be a risk for a suicide attempt, or who are classified as mentally ill, will be issued razors in a manner determined by the Warden/ Assistant Warden.

All inmates suspected of having head or body lice will be separated from the rest of the inmate population, treated with appropriate medication (as recommended by a medical professional), and have their clothing and linen laundered.

Disciplinary procedures will be implemented against inmates who repeatedly fail to maintain personal hygiene.

## G-103
## INSECT AND VERMIN CONTROL

**POLICY:**

It is the policy of the Chilton County Jail to provide regular insect and vermin control within the jail.

**PROCEDURE:**

The Warden/ Assistant Warden will make certain that a licensed pest control service is on contract to provide insect and vermin control for the jail on a monthly basis.

Jail staff will note any infestations of insects or vermin and report to the Warden/ Assistant Warden who is turn will arrange for follow-up treatment from the pest control service contractor.

G-104
INMATE CLOTHING

## POLICY:

It is the policy of the Chilton County Jail that inmates will be provided clean jail issued clothing upon admission to the jail and regular laundry services during their confinement.

## PROCEDURE:

At the time of admission to the jail and assignment to a housing unit, each inmate will be issued clean jail clothing.

Inmates are permitted to retain their personal underwear. All other personal clothing will be placed in secure storage.

Inmates must wear jail issued clothing at any time they are out of their assigned living areas.

Inmate workers will be issued additional clothing appropriate to their job assignment. Inmate workers assigned to food service will be issued and required to wear hairnets and any other items specified by the Health Department.

Inmates participating in Work Release will be permitted additional clothing at the discretion of the Warden/ Assistant Warden.

Inmate clothing will be laundered regularly as directed by the Warden/ Assistant Warden.

G-105
## LAUNDRY SERVICES

**POLICY:**

It is the policy of the Chilton County Jail that laundry services will be provided to all inmates in the jail on a regular basis so to help ensure proper personal hygiene.

**PROCEDURE:**

Each inmate will be given clean jail clothing and clean jail clothing and clean linens prior to be placed in a housing unit.

Each inmate will be given clean jail clothing and clean linens (when soiled). Clothing and linens are collected to be laundered.

During the season that blankets are utilized, each inmate will receive a clean blanket once each four weeks.

With the exception of the time of original issue, each inmate must return soiled jail clothing and soiled linens each time he/she is issued clean clothing or clean linens.

All laundry services will be provided in the jail laundry except in the event of equipment failure at which time the Warden/ Assistant Warden will make other suitable arrangements.

The Warden/ Assistant Warden will devise a procedure whereby personal clothing items (underwear, t-shirts, etc.) will be laundered for inmates.

G-106
## USE OF TOBACCO PRODUCTS

**POLICY:**

It is the policy of the Chilton County Jail that the use of any tobacco products by inmates, staff or visitors shall be limited to smokeless within the facility.

**DEFINITION:**

The phrase "tobacco products" refers to any form of tobacco products, including smokeless tobacco.

**PROCEDURE:**

A prohibition against tobacco products in the Chilton County Jail helps to provide a cleaner and healthier environment in which to live and work.

The absence of tobacco smoke and smokeless tobacco residue assists in maintaining a clean jail and in reducing maintenance costs for the building and its equipment.

A prohibition against tobacco products eliminates the need for fire starting material (matches, cigarette lighters, etc.) in the jail, thus reducing the potential for someone being able to start a fire in the jail.

Tobacco products are considered contraband except in the possession of jail personnel or visitors when it is intended only for use outside of the jail.

**COMMENTARY:**

In **Civil Action No. 91-A-1297-S, Petty vs. Mitchell and Paul, Middle District of Alabama,** Southern Division, and the Magistrate Judge ruled on December 3, 1991, that a prohibition against smoking in the Coffee County Jail (Alabama) does not violate inmate's rights.

In **Dought vs. Board of County Commissioners** for the County of Weld, **731 F. Supp. 423 (D. Colo. 1989),** the court rules that a prohibition against smoking in the Weld County Jail (Colorado) did not constitute cruel and unusual punishment. The Federal District Court found that the no-smoking policy was reasonably related to the county's goals of providing a clean environment and eliminating potential fire hazards.

G-201
FIRE SAFETY

**POLICY:**

It is the policy of the Chilton County Jail to help maximize the safety of employees, inmates, and visitors through proper fire safety procedures

**PROCEDURE:**

The Warden/ Assistant Warden shall make certain the following are maintained at/for the jail:
- An evacuation plan posted at various locations throughout the jail including inmate living units
- Fire extinguishers at appropriate locations throughout the jail
- An automatic fire alarm and smoke detection system
- Self-contained breathing apparatus for staff to use in the event of evacuation
- Distinctly and permanently marked exits
- Equipment to maintain lights, power, and communications during fire emergency
- Travel distances to exits, which are in compliance with fire safety codes
- A system of fire inspection and equipment testing
- Non-combustible trash receptacles
- Facility furnishings made of material which indicates fire safety performance
- Interior finishing material n accordance with recognized fore safety codes

Fire control inspections shall be conducted weekly. The inspecting staff member should note any problems found during the inspection and bring them to the attention of the Warden/ Assistant Warden. The Warden/ Assistant Warden should take steps to correct such problems as soon as possible.

The Warden/ Assistant Warden will conduct an evacuation of the adequacy of fire safety procedures once each quarter. Inspection and testing of the following systems will be made:
- Automatic fire alarm and smoke detection system
- Emergency equipment and lighting
- Exits
- Evacuation plans
- Fire code compliance

Fire prevention is the most important aspect of an effective fire protection program. Each jail employee should be alert possible fire hazards in the facility, including:
- Altered electrical outlets
- Overloaded electrical circuits
- Expended fire extinguishers
- Improper trash accumulation or storage
- Improper storage of combustible material

Certain procedures assist in preventing potential fires:
- Trash should be disposed of as necessary, but at least daily
- Paper products and other flammable material should not be hoarded
- Limited amounts of combustible material should be allowed in living units
- All flammable materials must be stored in accordance with policies and procedures set out in this manual for the control and storage of caustics, flammables, and toxics
- Electrical hazards, such as overloaded outlets are prohibited
- The use of extension cords is prohibited

Fire drills should take place at least twice yearly at the discretion of the Sheriff or Warden/ Assistant Warden to the extent deemed necessary.

NOTE: At any time the Sheriff or Warden/ Assistant Warden questions the fire safety of the jail he will contact the Fire Marshall's Office and request an inspection of the jail.

G-202
## CONTROL OF FLAMMABLE, TOXIC, AND CAUSTIC SUBSTANCES

## POLICY:

It is the policy of the Chilton County Jail that control be exercised over the procurement, storage, inventory, and use of all substances which are classified as flammable, toxic, or caustic in order to help prevent injury to inmates, jail staff, and visitors.

## DEFINITIONS:

Flammable: Any product, which might ignite or explode when contacted with flame, sparks, or exposure to excessive heat.
Toxic: Any product which is poisonous and which may, if ingested, inhaled, or absorbed, destroy the life or health of plants, animals, or humans.
Caustic: Any product that will corrode or burn persons or objects by chemical action upon contact.
Hazardous Materials: Any flammable, toxic, or caustic material

## PROCEDURE:

Hazardous material may be procured only the Warden/ Assistant Warden or his/her designee. All persons desiring to have these items procured for use in the jail shall submit requests to the Warden/ Assistant Warden in order to do so.

Inmates using hazardous materials in janitorial work, laundry services, or maintenance are to be given only to a supply large enough to accomplish the task. The material should be used for the stated purpose only and under the supervision of a jail officer.

FLAMMABLE MATERIALS – gasoline, oil-based paints, paint thinner, alcohol, etc. – should be stored in an area of the jail which is locked and to which inmates do not have access except under jail staff supervision.

TOXIC MATERIALS – bleach, dish and laundry detergents, oven cleaners, etc. – should be stored in appropriate locations. Staff personnel should control inmate access to these materials.

CAUSTIC MATERIALS – floor stripper, drain cleaner, etc. – should be locked down in an appropriate storage are which inmates do not have access except under staff supervision.

The jail staff must always be aware of the potential danger of misuse or abuse of hazardous materials and should allow such materials to be used only according to the manufacturer's recommendations.

The jail staff in charge of inmates using hazardous material will control the access to and use of those materials. All hazardous materials are to be stored only in the container labeled to contain that material.

133

G-203
## JAIL MAINTENANCE

**POLICY:**

It is the policy of the Chilton County Jail that the jail be maintained in a responsible manner so as to help ensure the proper utilization of the facility, to protect the financial investment of the tax-payers of Chilton County, and to provide a safe and sanitary living and working environment

**PROCEDURE:**

STANDARDS
- Living areas of the jail should be kept free of litter, dust, mold, mildew, corrosion, or any other unhealthy condition
- Plumbing should be maintained in a serviceable condition, be free from leakage, and have enough pressure to accomplish the tasks intended
- Water should be the appropriate temperature
- Light fixtures should provide appropriate lighting and have no exposed wiring

INSPECTIONS
All jail staff personnel will be observant all times to note any part of the jail facility or equipment which might be in need of cleaning or maintenance. If a cleaning need is noted, jail staff personnel will initiate cleaning procedures. If a maintenance need is noted, jail staff will notify the Warden/ Assistant Warden. Notification should be in writing on a form designated by the Warden/ Assistant Warden.

MAINTENANCE
Designated Inmate Workers will clean the jail daily as directed by the jail staff. The Warden/ Assistant Warden will arrange for all preventive and repair maintenance to the facility and equipment.

**COMMENTARY:**

Proper maintenance of any jail facility contributes not only to longevity for the building but also for safety and sanitation. Inmate workers should be utilized to properly maintain the jail under staff supervision.

134

G-204
## AMERICAN CORRECTIONAL ASSOCIATION STANDARDS

**POLICY:**

It is the policy of the Chilton County Jail to recognize the American Correctional Association Standards or Adult Local Detention Facilities as a guide for operating the Chilton County Jail.

**PROCEDURE:**

The American Correctional Association Standards for Adult Local Detention Facilities were used as a guide for the development of written directives for the Chilton County Jail.

Where a particular standard was used in the development of written directive, a notation of the related standard(s) is notated in the header section of each directive.

# Chilton County JAIL

## Inmate Rules & Regulations



Clanton, Alabama

# INTRODUCTION

This facility is managed and controlled by the Sheriff of Chilton County, and his staff. The staff maintains security, decent living conditions, and fair treatment for all inmates. No other inmate has the right to assign work to you, or have any control or supervision over you.

While incarcerated in this facility, you will be given fair and humane treatment. You are required to obey the law and all Jail Rules. If you damage public property, break the law, or rules of the jail while you are incarcerated, you may be charged, prosecuted, and/or disciplined appropriately.

Disciplinary action will be applied fairly to assist in the protection of health, safety, and security of all persons within the jail.

You have the right to be informed of jail rules. You have the responsibility to know and to abide by them. As inmates, you must accept responsibility for your own actions.

The following rules and regulations state what is expected of you, and what the Jail Officers can and cannot do, while you are incarcerated. You must read and understand the rules.

1

# Inmates Responsibilities:

## Personal Cleanliness/Laundry

Good hygiene is very important. Bathing facilities will be provided daily. You are required to keep the facilities clean and in good working order. Items to keep living quarters clean will be provided. Inspections of living quarters will be made on a regular basis. Laundry (uniforms and linens) will be washed weekly. Inmates may have family members bring them underwear, tee shirts and socks (3 of each) and they must all be solid white. Inmates may have towels, washcloths, and sheets (all white) brought to them, but they become county property upon the inmates release.

## Contraband

Anything introduced into the jail that is not given to the inmate by jail personnel or sold to the inmate from the jail canteen is to be considered contraband. Anything given to an inmate by jail personnel or sold to an inmate from the canteen that is altered in any form or in unauthorized amounts is considered contraband.

Anyone caught in possession of the items mentioned above will have charges filed against them under the Promoting Prison Contraband Law of the State of Alabama.

## Jail Property

Bedding, towels, jump-suits (uniforms) and other articles assigned to you belong to the Chilton County Jail. They must be returned in the same good condition in which you receive them. Property assigned to you cannot be transferred to another inmate. Be careful not to damage plumbing or other equipment. REMEMBER, if you are found guilty after a hearing for any destruction or loss of county property, you may be prosecuted and may be required to pay for the damage or loss of that property.

## Care of Living Quarters

All inmates are required to keep their living quarters clean and share in the cleaning of the cellblock. No trash, loose papers, etc. will be allowed on the floor at any time. No strings will be allowed in cells for hanging clothing, and nothing will be allowed to be hung on cell doors, walls, or over vents. No food items (other than store) should be kept in the cells. Violation of any of these rules will result in revocation of privileges.

## Conduct

All jail rules must be obeyed at all times. You must follow to the best of your ability at all times the instructions of any jail officer. You must conduct yourself in an orderly manner with respect for the rights of the staff and other inmates. If you fail to conduct yourself properly you may lose privileges even to the point of disciplinary segregation. You are prohibited from controlling or attempting to control the actions or behavior of staff or other inmates by threats, promise, fear or force. You should never touch a staff member or other inmates, nor should you start a conversation with any officer.

## Minor Violations

(1) Being disrespectful toward any jail personnel.
(2) Lying or giving a false statement to any jail personnel.
(3) Using abusive language toward any jail personnel.
(4) Failure to follow safety or sanitation regulations.
(5) Failure to abide by boundaries set by yellow lines in high traffic areas.
(6) Communicating with inmates in other pods by any means other than mail.
(7) Gambling.
(8) Being untidy/failing to keep one's person or quarters clean.
(9) Failure to be fully dressed any time outside of cell or off bunk/mattress.
(10) Leaning on (or over) railings or sitting on the stairs.

(11) Using any Facility Property for unintended purpose.
(12) Being in an unauthorized area, including a cell other than your own.
(13) Wearing any material on the head (unless approved by the jail for working inmates).
(14) Participating in an unauthorized gathering.
(15) Lying on bunks during unauthorized times.
(16) Using intercoms in pods for anything other than true emergency situations.

For minor violations the inmate may be verbally reprimanded if it is the opinion of jail personnel that a verbal reprimand will prevent the violation from happening again. Restriction of privileges may be imposed for the week and the inmate may be locked down for 72 hours (3 days) if necessary.

**Major Violations**

(1) Repeating any Minor Rule Violation.
(2) Burning or setting fire to any material.
(3) Possessing any items not on the list approved for inmates. (such as money, cigarettes, lighters, matches etc.).
(4) Writing on walls, furniture or other county property.
(5) Failing to comply with any lawful order given by an officer.
(6) Making sexual proposals or threats.
(7) Attempting to control other inmates, whether with coercion, force or threat.
(8) Indecent Exposure.
(9) Refusing to provide a urine or breath sample upon request.
(10) Giving or offering any official or staff member a bribe or anything of value.
(11) Destroying, altering, or damaging jail property or the property of another person/inmate.
(12) Possessing unauthorized property belonging to another person or the Government.
(13) Fighting or molesting.
(14) Hoarding or trying to sell medication issued by the jail.
(15) Failing to stand for a count or interfering with a count.

4

(16) Abusing canteen, visitation, telephone or other privileges.
(17) Disrupting religious, medical or food services.
(18) Stoppage or placement of foreign objects or matter into toilets, showers, sinks or any other drain.

For a Major Violation, the inmate may be denied any or all privileges and placed in disciplinary segregation for a period of 15 days. Criminal charges may also be filed against the inmate.

**Serious Violations**

(1) Repeating Major Violations.
(2) Murder.
(3) Starting any fire may be considered arson.
(4) Possessing or introducing a gun or any deadly weapon into the jail.
(5) Rioting or encouraging others to riot.
(6) Assault or battery on another inmate or jail personnel.
(7) Practicing extortion or blackmail, demanding or receiving anything of value in return for protection against others to avoid bodily harm or under threat of informing.
(8) Engaging in sexual acts.
(9) Fighting with a weapon or molesting by force.
(10) Possessing or introducing an explosive, a chemical agent, or any type of ammunition into the jail that could be used as a weapon.
(11) Possessing, selling, using or introducing into the jail any narcotics, narcotic paraphernalia, drugs or intoxicants not prescribed for the individual by medical personnel.
(12) Violating a condition of furlow, pass or any other conditional or temporary release (i.e. funeral, work, etc.).
(13) Leaving the jail without authorization.
(14) Violating any municipal, county, state or federal law.
(15) Acting in a way that disrupts or interferes with security or orderly running of the jail.
(16) Encouraging or conspiring with others to commit any prohibited act.
(17) Stealing.

5

(18) Counterfeiting, forging or reproducing, without proper authorization, any document, article of identification, money, security items or official paper.
(19) Escaping, attempting to escape or planning to escape.
(20) Tampering with security operations, such as smoke detectors, blocking or jamming cell doors or camera's.

For serious violations the inmate will be locked in disciplinary segregation and all privileges will be suspended for a minimum of 30 days, possibly more, depending on the violation.

## Disciplinary Procedures

When Staff finds it necessary to charge an inmate with a major or serious violation of the rules, the following procedure should be started:

(1) Notification of Supervisor.
(2) Prepare an Incident Report.
(3) Advise the inmate of the specific violation/charges and penalties.
(4) Schedule a Disciplinary Hearing as soon as possible after the offense (24 to 72 hours).
(5) Advise the inmate of their right to a hearing.
(6) If the inmate admits to the violation the Hearing Officer may proceed to impose the applicable penalty.
(7) If the inmate denies his/her guilt, the Hearing Officer will conduct a disciplinary hearing. The inmate must have a 24 hour notice prior to the hearing.

## Disciplinary Procedures

(8) Inmates may appeal the decision of the Hearing Officer if:
a) There are procedural errors.
b) New evidence appears.
c) Insufficient evidence was presented proving the inmates guilt.
d) Prejudice or other appropriate grounds.

6

## Rules of Conduct during Disciplinary Hearing

1) Full uniforms are required and worn properly.
2) No headwear allowed.
3) Reasonable and civilized behavior is expected.
4) Use of abusive language is against jail rules; if abusive language is used you will be removed from the hearing and the hearing will be continued without you, and additional restrictions will be added. If you intimidate or attempt to intimidate any officer or witness, you will be removed from the hearing and will receive additional restrictions.

## Inmate Privileges

Programs: GED classes are taught on a weekly basis - Jail personnel should be advised if an inmate is interested in these classes.

Religious Services: Ministers of various faiths come to the jail several times weekly. The pods are rotated on a weekly basis; inmates in these pods may attend services as long as they are not disruptive. If an inmate is disruptive, they have violated a jail rule and proper action will be taken. Inmate Privileges

Reading Material: Religious material is the only reading material allowed pending approval of the jail. NO HARD BACK BOOKS.

Phone Calls and Mail: Inmates will be allowed to use the phone when brought to jail, if they cooperate with jail staff. Only collect calls can be made on long distance calls.

If you wish to receive or send mail, you may do so. Your mailing address at this facility is:

Chilton County Jail
301 City St.
Clanton, AL. 35045

7

**All incoming mail will be inspected by jail staff.** All legal mail will be inspected in your presence. No letters or notes can be passed between inmates.

Visitation: Non-public visitors (attorney's etc.) may visit inmates: Monday - Friday between the hours of:

8:00 am and 11:00 am
3:00 pm to 5:00 pm.

Special visits may be granted with permission from the Jail Administration.
1) Each inmate will receive a visitation log sheet as part of the booking process.
2) Visitation can be denied by the jail staff if the visitor's are not properly dressed (clothing should not be revealing in any way).

## Inmate Privileges

3) Inmates will receive one (1) visit per week and each visit will consist of fifteen (15) minutes.
4) Inmates will be responsible for notifying his/her visitor of the day and time they will receive visits.
5) Visitation appointments need to be made by calling the jail between 3:00 - 9:00 pm Monday - Friday. Anyone late for an appointment may or may not be allowed to visit. Final decision will be made by the jail staff.

## INMATE VISITATION DAYS

Monday - Females and B-pod
Tuesday - C-pod
Wednesday - D-pod
Thursday - A-pod
Friday - E-pod

Canteen: Inmates are allowed to buy snacks, hygiene items, writing material etc. Canteen sheets will be issued and collected on Tuesday of each week.    8

Canteen orders will be delivered on Wednesday of each week, unless otherwise stated. Money must be in the inmates account on Friday by 9pm to appear on the following weeks canteen sheet.

## JAIL OPERATIONS

Inmate Personal Property: At no time can inmates have valuable articles in their possession. All personal property will be taken during the booking process and locked in the property room. The inmate will be asked to sign a property log stating the articles that were taken. At the time of release, the inmate will again sign the property log showing receipt of their property from the jail staff. Property taken will include all jewelry and hair pieces.

Grievance: All inmates are entitled to voice any grievance to the Jail Administration. It should be put in writing on the Inmate Request Form and given to jail personnel. Prompt and fair consideration will be given to each request and appropriate action will be taken when warranted.

Food: All inmates are served (3) three meals per day. Meals will be served between 5-6 am, 11-12 noon and 4-5 pm. An effort to eat all of your food should be made, however, if you do not eat all of your food, under no circumstances should you keep remaining food in your cell.

Medical Services: Reasonable and customary medical treatment is available when necessary. The Doctor's visit the jail weekly on Thursday.

9

## SUMMARY

A) Nothing herein contained will prevent additional criminal and/or civil action against an inmate.

B) Violation of rules of conduct may result in loss of privileges and other disciplinary actions.

C) In an emergency, there may be temporary modification or suspension of the rules and regulations contained in this handbook.

D) Changes, deletions, additions and/or cancellations may be made as determined by the Administration of the Chilton County Jail.

11

## JAIL OPERATIONS

Lock-Downs: This facility maintains complete lock-down of all inmates during the following hours:

12:00 noon thru 2:30 pm
5:30 pm thru 6:30 pm
9:00 pm until breakfast

Lock-downs also occur during special security situations. All inmates should immediately obey orders to lock-down. Inmates in any cell block that refuse to lock-down will cause that entire pod to go on DISCIPLINARY LOCK-DOWN and a possible loss of privileges. There will be no inmates in any hallway during lock-downs unless special circumstances arise.

Money: Friends and family may leave money for any inmate on that inmate's designated visitation day. Money orders can be sent in the mail and should be made out to the inmate to which it is being sent. Inmate accounts should never exceed $100.

Laundry: Laundry is washed weekly. The day(s) of the week is determined by which pod the inmate is housed in.

10