| Chilton County Sheriffs Dept. | MEDICAL SCREENING FORM | Booking Number 200116601 |
|---|---|---|
| | DON MICHAEL SKELTON (S419809151) | Booking Date AUGUST 17th, 2004 |

## ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y **N** | Heart Disease | Y **N** | Mental/Emotional Upset | Y **N** |
| Tuberculosis | Y **N** | Hypertension | Y **N** | Attempted Suicide | Y **N** |
| Sexually Transmitted Disease | Y **N** | Epilepsy/Convulsions | Y **N** | Asthma/Emphysema | Y **N** |
| Ulcers | Y **N** | Hemophiliac (bleeder) | Y **N** | Cancer | Y **N** |
| Kidney Trouble | Y **N** | Aids/Exposed to Aids | Y **N** | Diabetes | Y **N** |
| DT's | Y **N** | Skin Problems | Y **N** | Use Insulin | Y **N** |
| Drug Addiction | Y **N** | Alcholism | Y **N** | Mental Illness | Y **N** |
| Recent Head Injury | Y **N** | Coughed/Passed Blood | Y **N** | Recent Hospital Patient | Y **N** |
| Recent Treatment | Y **N** | Use Needles | Y **N** | False Limbs/Teeth | Y **N** |
| Contagious Disease | Y **N** | Pregnant/Recent Delivery | Y **N** | | |

Doctors Name and Address
NONE

Health Insurance
NONE

Special Diet

Prescriptions/Medications
NONE

Drug Allergies
NONE

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____    Date: _____    Time: _____

Officers's Signature _____    Date: _____    Time: _____
00CO3 BLAND, JENNIFER



NKA

# TB SKIN TEST VERIFICATION FORM

Prior to administering the TB skin test, please complete the information below. After administering the TB skin test, place this form in a central location for the test to be read within 72 hours. Once all information has been completed, file this completed form in the patient's medical record.

Inmate Name: Skelton, Don M.        Cell #: D

SS#: ████████        DOB: ████████        (Male) or  Female

Date of TB Skin test: 7/6/05        Done by Nurse: Meguire

Previous Positive: YES or (NO)        Previous Therapy: YES or (NO)

**TEST TO BE READ WITHIN 72 HOURS – COMPLETE BELOW INFORMATION:**

Date TB Skin test was read: 7/09        Done by Nurse: Ojomarepu

Number mm: neg        Referral for Chest X-ray: YES or NO    If yes, Date of CXR: _____

Comments: _____

# MEDICATION ADMINISTRATION RECORD

| RESIDENT / MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| Acyclovir 200mg 1 q PM | PM | (illegible tick marks across days) |
| Triamcinolone 1% cream q PM | PM | (illegible tick marks across days) |

CHARTING FOR: 3-1-06  THROUGH: 3-31-06

Physician: K. Nichols

Alt. Physician:

Allergies: NKA

Diagnosis:

RESIDENT: Skelton, Mike   Sex: M

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-31 chart |
|---|---|---|
| Acyclovir 200mg q PM | PM | (initials recorded across days) |
| Triamcinolone 1% Ointment q PM | PM | (initials recorded across days) |

CHARTING FOR: 2·1·06　THROUGH: 2·28·06

Physician: K. Nichols

Alt. Physician:

Allergies: NKA

Telephone No.:

Alt. Telephone:

Rehabilitative Potential:

Diagnosis:

Medicaid Number:　Medicare Number:

Approved By Doctor:
By:　Title:　Date:

RESIDENT: Skelton, Mike

D.O.B.: [redacted]　Sex: M　Room #: D　Patient Code:　Admission Date:

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| Acyclovir 200mg 1 9pm | 9pm | (daily entries) |
| Triamcinalone 1% ointment 9pm | 9pm | (daily entries) |

CHARTING FOR: 1-1-06  THROUGH: 1-31-06

Physician: Nichols
Alt. Physician:
Allergies: NKA

Telephone No.:
Alt. Telephone:
Rehabilitative Potential:

Diagnosis:
Medicaid Number:
Medicare Number:
Approved By Doctor:
By:   Title:   Date:

RESIDENT: Skelton, Mike
D.O.B.: [redacted]   Sex:   Room #:   Patient Code:   Admission Date:

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acyclovir 200mg 1gm | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Triamcinalone 1% ointment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR: 12-1-05  THROUGH: 12-31-05
Physician: Nichols
Allergies: NKA
RESIDENT: Skelton, Mike   Sex: M

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| Acyclovir 200mg ī q pm prn | pm | (initials across days 1-31) |
| Triamcinolone 1% Ointment | pm | (initials across days 1-31) |

CHARTING FOR: 11-1-05    THROUGH: 11-30-05

Physician: L. Nichols

Allergies: NKA

RESIDENT: Skelton, Mike

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-31 administration marks |
|---|---|---|
| Acyclovir 200mg ⊤ qpm | pm | (initials across days 1–31) |
| Triamcinalone 1% ointment qhs PRN | pm | (initials across days 1–31) |

CHARTING FOR: 10/1/05  THROUGH: 10/31/05
Physician: K. Nichols
Alt. Physician:
Allergies: NKA
Telephone No.:
Alt. Telephone:
Rehabilitative Potential:
Diagnosis:
Medicaid Number:
Medicare Number:
Approved By Doctor:
By:                   Title:           Date:
RESIDENT: Skelton, Mike
D.O.B.: [redacted]   Sex: M   Room #: D   Patient Code:   Admission Date:

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15-31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acyclovir 200 mg i qAM | AM | TE | TE | TE | W | TH | TH | P | TE | TE | TE | TH | TH | TH | | |
| Triamcinalone 0.1% ointment BID PRN | AM | TE | | | W | TH | TH | N | TE | TE | TE | TH | | | | |
| | PM | TE | TE | | W | P | P | TH | P | TE | TE | TE | P | | | |
| Acyclovir 200 mg i qPM | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | TE | TE | ... |
| Triamcinalone 1% ointment qhs PRN | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | TE | TE | ... |

CHARTING FOR 9-1-05 THROUGH 9-30-05

Physician: K. Nichols

Allergies: NKA

RESIDENT: Skelton, Mike    Sex: M

# CHILTON COUNTY JAIL
# MEDICATION ADMINISTRATION RECORD

REPORT DATE : 08/05

| MEDICATIONS | HOUR | 1-31 administration grid |
|---|---|---|
| ACYCLOVIR 200MG CAPSULE TAKE 1 CAPSULE IN THE MORNING | 6AM | TH TH TH TC TC QR TD TD TD TE TC TC TA TH TH TE TE TH TH TC TE TE TO TC TE TE TA TA |
| HYDROCHLOROTHIAZIDE 25MG TAKE (1) TABLET BY MOUTH TWICE DAILY. | 6AM | |
| | 6PM | |
| Triamcinalone ointment BID | am | TC TE JW X TE TE TH TA |
| | pm | TH TH TH TC QR TC TC TH TH TC TC TC JW TD TA TD TD TH TO TC TC TE TD TH TA |

CHARTING FOR 08/01/05   THROUGH 08/31/05   PAGE 1 OF 1

Physician: COLLINS, LUCY   Telephone No. 334-366-5550   Medical Record
Alt. Physician: NICHOLS, KENNETH   Alt. Telephone 334-361-0986   140999
Allergies: NKA
Rehabilitative Potential:

Diagnosis:
Medicaid Number:   Medicare Number:   Approved By Doctor:
By:   Title:   Date:

RESIDENT: SKELTON, MIKE   D.O.B.: [redacted]   Sex:   Room #: CI999   Patient Code: SKELM2   Admission Date: 03/30/05

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| Aclyvoir ÷ q am | am | (initials across days) |
| Triamcinalone cream 1% bid | am / pm | (initials across days) |
| Keflex 500mg bid x 7 days (infected ingrown toe nail) | am / pm | (initials across days) |

CHARTING FOR: 7/1/05　THROUGH: 7/31/05
Physician: K. Nichols
Alt. Physician:
Allergies: NKA
Diagnosis:
Medicaid Number:　Medicare Number:
RESIDENT: Skelton, Mike　Sex: M



SOUTHERN HEALTH PARTNERS

# INMATE SICK CALL SLIP – MEDICAL REQUEST

TO BE COMPLETED BY INMATE: Please complete the top half of the Sick Call Slip and return it to the correctional officer and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system at this facility.

Today's Date: 7/15/05  Pod/Location: D-Pod  Cell: D-11  ID#: _____

Inmate's Full Name: Don Michael Skelton

Complaint/Problem: Ingrown toe nail

How long have you had this problem? 10 years

Inmate's Signature: Don M. Skelton  Date: 7/15/05

NKA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO BE COMPLETED BY MEDICAL STAFF:

Note Patient's Vital Signs:   Temp 97   Resp ____   Pulse 98   B/P 134/86

Instructions/Assessment: Document your findings, Inmate's responses/actions  inside toenail ® 1st toe. old blood and drainage was observed. pt. was given plastic tweezers and blade. Removed toenail himself c̄ guard present. stated "instant relief, feels much better." Ibuprophen 600mg x1 dose. Keflex 500mg bid x 7 days. V.O. Dr Nichols, T Edwards

☑ Received Orders – thru Treatment Protocols; via telephone order; via verbal order
☐ Follow-Up Required?  If checked, date to be seen again _____
☐ Chronic Condition
☑ Inmate to be charged through medical co-pay for this visit

Date Seen by Medical: 7/15/05   Seen by: T Edwards, LPN

Place original form in patient's medical record.

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCTZ 25 mg PO BID pt does not want | AM | | | | | | | | | | | | | | | | | | | | | pt states does not want | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| aclovir ↓ q AM | AM | | | | | | | | | | | | | | | | | TH | TE | TE | W | D | TH | TA | TH | TE | | | | | | | |
| Niamoredone Cream 1% BID | AM | | | | | | | | | | | | | | | | | O | TH | TE | W | D | TH | TA | TH | TE | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | TH | TH | TE | TE | W | D | TH | TA | TH | TE | | | | | | |

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|   | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

CHARTING FOR: 6-16-05   THROUGH: 6-30-05
Physician: K. Nichols
Alt. Physician:
Allergies: NKA
Telephone No.:
Alt. Telephone:
Rehabilitative Potential:
Medical Rec: [redacted]

Diagnosis:
Medicaid Number:   Medicare Number:   Approved By Doctor:
By:   Title:   Date:
RESIDENT: Skelton, Mike   D.O.B. [redacted]   Sex: M   Room #:   Patient Code:   Admission Date:

# IHS Pharmacy
Independent Health Services, Inc.
Post Office Box 1428
Rainsville, AL 35986

Phone: 1(800)638-3104
Fax: 1(800)638-9459

## MEDICATION INFORMATION FORM    FACILITY/CODE: CHILTON CO JAIL (AL)(CI)

*Refill*

PLEASE PRINT CLEARLY AND COMPLETE ALL FIELDS, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

LAST NAME: Shelton    FIRST NAME: Don    SS#: [redacted]    ALLERGY:    BIRTHDATE: [redacted]

CIRCLE ONE:  CITY   COUNTY   STATE   FEDERAL

BILL TO (IF DIFFERENT ACCOUNT):    CELL BLOCK:

| DRUG NAME | STRENGTH | DIRECTIONS | PHYSICIAN | HOUR(S) GIVEN | START DATE | QTY. | REF. |
|---|---|---|---|---|---|---|---|
| SHELTON, DON RX # 625548 TRIAMCINOLON CR 1% CREAM 15 GM REORDER | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

/FORMS/MED INFO FORM CUSTOM 2001.DOC

R.N./L.P.N. SIGNATURE: _____    M.D. SIGNATURE: _____

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT, EMPLOYEE NOR AGENT RESPONSIBLE FOR DELIVERING THIS INFORMATION, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, ETC., IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE CALL 1(800)638-3104.

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | Days 1–31 |
|---|---|---|
| ACYCLOVIR 200MG CAPSULE — GENERIC FOR ZOVIRAX 200MG — TAKE ONE TABLET BY MOUTH ONCE DAILY | 6AM | (initialed daily 1–31) |
| CEPHALEXIN 500 MG CAPSULE — GENERIC FOR KEFLEX 500MG — TAKE 2 CAPSULE TWICE DAILY FOR 10 DAYS | 6AM / 6PM | (initialed days 1–10) |
| FLUCONAZOLE 150 MG TABLET — GENERIC FOR DIFLUCAN 150M — TAKE 1 TABLET NOW | 6AM / 6PM | (day 1) |
| Hydroxyzine HCl 25mg T BID | 6AM / 6PM | (initialed days 23–31) |
| Methylprednisolone 4mg Take as Directed | 6AM / 12N / 6PM / 9PM | (initialed days 23–31) |

Daily sign-off grid (B / L / S / BT) for days 1–31 present with staff initials.

CHARTING FOR 03/01/05    THROUGH 03/31/05    PAGE 1 OF 1

Physician: COLLINS, LUCY
Alt. Physician: COLLINS, LUCY
Telephone No.: 334-366-5550
Alt. Telephone: 334-366-5550
Medical Record No.: 140999

Allergies:
Rehabilitative Potential:
Diagnosis:
Medicaid Number: 
Medicare Number:
Approved By Doctor: By:   Title:   Date:

RESIDENT: SKELTON, MIKE
D.O.B.: [redacted]
Sex:
Room #: CI999
Patient Code: SKELM2
Admission Date: 03/30/05

176134

# IHS Pharmacy

Independent Health Services, Inc.
Post Office Box 1428
Rainsville, AL 35986

Phone: 1(800)638-3104
Fax: 1(800)638-9459

## MEDICATION INFORMATION FORM    FACILITY/CODE: CHILTON CO JAIL (AL)(CI)

PLEASE PRINT CLEARLY AND COMPLETE ALL FIELDS, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

LAST NAME: Shelton            FIRST NAME: [illegible]

CIRCLE ONE:  CITY   COUNTY   STATE   FEDERAL

SS#: [redacted]    BIRTHDATE: [redacted]    CELL BLOCK:

BILL TO
(IF DIFFERENT ACCOUNT)

ALLERGY:

Add to Current Meds

| DRUG NAME | STRENGTH | DIRECTIONS | PHYSICIAN | HOUR(S) GIVEN | START DATE | QTY. | REFILLS |
|---|---|---|---|---|---|---|---|
| Trazodone | 0.150 | hhs BID | Chilie | 6A 6P | 5306 | 13am | 5 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

R.N./L.P.N. SIGNATURE:

M.D. SIGNATURE: [signature]

JFORMSIMED INFO FORM CUSTOM 2001.DOC

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT, EMPLOYEE NOR AGENT RESPONSIBLE FOR DELIVERING THIS INFORMATION, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, ETC. IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE CALL 1(800)638-3104.

# IHS Pharmacy

Independent Health Services, Inc.
Post Office Box 1428
Rainsville, AL 35986

Phone: 1(800)638-3104
Fax: 1(800)638-9459

## MEDICATION INFORMATION FORM   FACILITY/CODE: CHILTON CO JAIL (AL)(CI)

PLEASE PRINT CLEARLY AND COMPLETE ALL FIELDS, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

LAST NAME: Shelton    FIRST NAME: Don    SS#: [redacted]    ALLERGY:    BIRTHDATE: [redacted]    CELL BLOCK:

CIRCLE ONE: CITY  COUNTY  STATE  FEDERAL

BILL TO (IF DIFFERENT ACCOUNT):

Add to current meds

| DRUG NAME | STRENGTH | DIRECTIONS | PHYSICIAN | HOUR(S) GIVEN | START DATE | QTY. | REFILLS |
|---|---|---|---|---|---|---|---|
| Phenex | 25 mg | T BID | Collins | 6A 6P | 4-19-05 | 60 | one |
| Medrol dosepak | | Follow pkg directions | Collins | Per directions | 4-19-05 | one | 0 |
| Depo vera given by M. Collins | | 1 M | Collins | | | | |
| hypo allergenic soap | | | | | | | |

R.N./L.P.N. SIGNATURE: _____    M.D. SIGNATURE: [signature]

IFORMS/MED INFO FORM CUSTOM 2001.DOC

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT, EMPLOYEE NOR AGENT RESPONSIBLE FOR DELIVERING THIS INFORMATION, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, ETC, IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE CALL 1(800)638-3104.

Case 2:06-cv-00195-WKW-TFM    Document 49-3    Filed 06/02/2008    Page 18 of 19

# IHS Pharmacy

Independent Health Services, Inc.
Post Office Box 1428
Rainsville, AL 35986

Phone: 1(800)638-3104
Fax: 1(800)638-9459

## MEDICATION INFORMATION FORM   FACILITY/CODE: CHILTON CO JAIL (AL)(CI)

PLEASE PRINT CLEARLY AND COMPLETE ALL FIELDS, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

LAST NAME: Shelton        FIRST NAME: Mike

CIRCLE ONE: CITY  COUNTY  STATE  FEDERAL

SS#: [redacted]   ALLERGY:   BIRTHDATE: [redacted]   CELL BLOCK:

BILL TO (IF DIFFERENT ACCOUNT):

| DRUG NAME | STRENGTH | DIRECTIONS | PHYSICIAN | HOUR(S) GIVEN | START DATE | QTY. | REFILLS |
|---|---|---|---|---|---|---|---|
| Dilican | 150 | one tablet | Collins | when received | 3-29-05 | one | 0 |
| Soltrex | 200 mg | 1 p d | Collins | 6A | 3-29-05 | 30 | 5 |
| Keflex | 500 mg | 1T BID x 10d | Collins | 6A 6P | 3-29-05 | 40 | 0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

R.N./L.P.N. SIGNATURE: _____

M.D. SIGNATURE: /s/ Collins

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT, EMPLOYEE NOR AGENT RESPONSIBLE FOR DELIVERING THIS INFORMATION, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, ETC., IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE CALL 1(800)638-3104.

J:FORMS/MED INFO FORM CUSTOM 2001.DOC



Date 3/29/05

# Doctor/Dentist/Mental Health Request Form
(Circle one)

Name Don Skelton     Age ■

Chief Complaint Rash on Side
_____
_____
Allergies _____
Previous Major Illnesses and Surgeries _____
_____
Current Medications (first-time visits only) _____
_____

(Do not write below this line)

Receiving Officer _____ Date _____
Date Received by Medical Officer _____ Initials ___
Current Medications:

Date of Visit _____ Administered By _____
Weight _____ Height _____ T _____ BP _____ Pulse _____
Exam: lesion on side
 Sore throat

Diagnosis/ Treatment:
2 lesions - vesicular lesions on erythematous bases, breaking into ulcers. Red throat, ulcerated tonsils
A: Skin lesions ( Herpetic + Fungal )
P: Diflucan 150 mg i (take when recieved)
  Zovirax 200 mg i qd #30 5 refills
  Keflex 500 ii BID x 10d