THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DON MICHAEL SKELTON, #194433, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-195-WKW |
| | ) | [WO] |
| | ) | |
| BILLY WAYNE FULMER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 5, 2008, the Magistrate Judge filed a Report and Recommendation (Doc. #50) in this case to which no timely objections were filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. #50) of the Magistrate Judge is ADOPTED;

2. The defendants' motions for summary judgment (Docs. # 38, #49) be granted to the extent the defendants seek dismissal of this case due to plaintiff's failure to properly exhaust available administrative remedies.

3. This case is DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the Plaintiff's failure to exhaust administrative remedies available to him during his confinement in the Chilton County Jail.

An appropriate judgment will be entered.

Done this 3rd day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE